IN THE UNITED STATES MIDDLE DISTRICT COURT
IN AND FOR THE DISTRICT OF FLORIDA

DANIEL. E. Snodgrass                    3:23-cv-982-BJD-MCR
DeFendant
                                        Putnam County Florida
   -VS-                                 CASE #: >2007-2375-C.F
The U.S. middle District Court          Division : >53
   RespondAnt

RE:>This PETITION> FOR (WRIT oF HABEAS CORPUS) Pursuant to (28 USC § 2254)
RE: Motion ; >(Now) > This Motion is Being Filed Under (28 USC
§ 2254) And (I) Filed A Previse (Motion) Years Ago in (Feb 2, 2020) >(1st)
that the (Honorable) > Judge > (MARCIA MORALES HOWARD) X (M.C.R) > Stated:
It Was Dismiss (Without)(PREjudica) And Could ReFile (my Claim >
>(1st) Under (28 USC § 2254) Now SEE (EXHiBit)(EX: *A) & 2 of 2> (As Followed: >

(#1.)(Now)(Your) Honors) This Case is About my (100% Bogus)(FABRicated)
(Criminal Case). That (I) WAS (DeFinetly)(100% FRAMED) For) Not (98>
OR 99%)(But 100%) For This (100% (EnBorated) Crime) > That (NEVER)
EVEN (EXSiSted) OR (NEVER EVEN (HAppin) Under (FS; >817.49) > State>
that (No) such (crime Had Actually Been Committed) And WAS (100%
(Enisely) IN CARCERATED) FOR). (EXCEPT): > For All of (the States) > (False)
>(EVidence) + (Perjury) testimonies) + the Planted (False) Evidence) the Brown)
Rope) Plus (the (3 Month) Later (Police Photos) (wrongFully) (Taken) And Used IN
(the PROSECUTION) Proceedure) Under (FS; 90.91) (Proof) (Center)

(#2.) > (Now) This is A VERY Long Story That Started in (1996) When I MAR>
>Ried)(the Devils > Daughter) > That (I) will (DeFinetly)(PROVE) Later ON: >
* (IN this Motion that Has Also TRYED (to Pay) (4) other (Women) And
>(A MAN) to FRAME) Me) FOR this (EXACT) (HANiS) Bogus) Crime) And is
Going to BE VERY VERY HARD (to PROVE) All oF this (CRAZYNESS)
+(TRUE Facts) That (I) Have Been (100%) FRAMED Because of (your)
(50 Page) Limit (RULE) And that it would TAKE About (38) more (40)
> Pages) + (Exhibits) (included) (to Prove) That this (So Called) (FAbricated)
Victim (BW) Has (Lied) over (90) times) + (Fabricated) Stories) that
(the FAbricated) (So Called) Victim (BW) > That >

(Pg 10 of 18) OR (40) oF (40) (F Excepted) (Important)
                              (EXTRA) (VERY VERY)
                              (EXculpatory) (Evidence)

(SCARY) (1) Proof) SEE Back (Page)

*Plus (I) RAN OUT OF (PAPER)

* (PLEASE) (FORGIVE) (ME) (FOR WRITTING) (EXCULPATORY) + (IMPEACHING) (EVIDENCE) ON THE BACKS) OF THESE (PAPERS), But ITS) DUE TO (A COUPLE) OF GOOD (REASONS) (#1) I'AM) ONLY A COUPLE OF MONTHS FROM BEING (70 YRS OLD). (#2) (MY) (MIND) ISN'T (AS SHARP) AS IT USE TO BE (#3) IS IT BEEN (16 YRS) (PLUS) TO TRY TO REMEMBER EVERY (DETAIL) THAT HAPPEN + (TRYING TO REMEMBER) ALL THE (IT) + (DOC) & (B.W.) (90) PLUS (YRS) + (FABRICATED STORIES) THAT ALL GOT (ME) (FALSELY) CONVICTED). (4) Plus I JUST (REMEMBER) ALL OF THIS (AFTER) (I WROTE) THIS PETITION/MOTION. (TO ADD IN)

* SO (PLEASE) EXCEPT WITH DUE ALL (RESPECT) (I MEAN) (NO) DIS-RESPECT)

* (FOOT NOTES) (1) FORGOT (AT FIRST) ABOUT (37 YRS AGO) (M.Y.K.) *

(#2) MY (EX-WIFE) JOAN (#3) PLUS I WAS (HER) (8TH HUS PRAND) + MARRIED AGAIN (#9) Plus?

* * (SHE) IS (A VERY) (EVIL) WOMEN AND IF (YOU) (CROSS) (HER) OR = (LEAVE) HER (LIKE I DID), (YOU'LL) GET (FRAMED) FOR (3 LIFE) SENTENCES (AND I AM THE PROOF)

* THIS IS (VERY) (VERY) (IMPORTANT) & (TRUE) (FACTS) THAT ARE (WEIRED)

(1)= (PLEASE) EXCUSS THIS BACKSIDE (IMPORTANT) INFORMATION (PROOF) BUT (I) = AM) JUST (TRYING) (TO PROVE) (A POINT) (HERE) LIKE THE SONG (BY (E) LVIS PRESLEY TITLE) = (DEVIL IN DISGUISE)

(2)= AND (PLEASE) (EXCEPT) WITH DUE ALL (RESPECT) (I MEAN (NO) DUE RESPECT TO THE COURT)

(3)= AND (PLEASE) DO NOT TAKE THIS (THE WRONG WAY) (I AM) JUST STATING (THE FACTS) (HERE)

(4)= FOR ONE THING (SHE) HAS DEFINETLY) PUT (ME) THREW (HELL) SINCE (1998)

(5)= NOW ABOUT (MY) EX-WIFE (JOAN) BEING (THE DEVILS DAUGHTER) AS (YOU) WELL (DEFINETLY) SEE A LOT (LATER) IN THIS (MOTION) THAT IS IN THE (EXTRA) (BTO) = PAGES (PACKAGE) (I EXCEPTED), (NOW) = WHEN (WE) GOT MARRIED (I) GOT (HER) (A CREDIT CARD) AND THEY TOLD (HER) (SHE) NEEDED (A CODE NUMBER) SO (SHE) TOLD THEM = (666) (THE DEVIL'S) SIGN AND THEY TOLD HER (SHE) NEEDED (4) NUMBERS SO (SHE) SAID (6666) PLUS (SHE) HAD (2) HUGES) (LUMPS) ONE

FOR EXAMPLE →

(SHE) SAID IT WAS FROM A CAR ACCIDENT (?) →

= ON EACH SIDE OF (HER) HEAD (LIKE HORNS) (Broken off) THIS IS (NO) JOKE THAT I DID NOT REALIZE THIS UNTIL (LATER ON) DN8 TIME PUTTING (MY FINGERS) THREW HER (HAIR) (THAT COVER THEM UP) PLUS (A LOT LOT MORE) (PROOF) IN THE (848) EXTRA PAGES (INCLUDING) (EXHIBITS) (BUT (YOU) DEFINETLY) HAVE TO (READ) (REVIEW) THESE (EXTRA) (EXCULPATORY) + (IMPEACHING) (EVIDENCE) ON (Pg 21) (EX: Q) (Pg 245) + (Pg 22) (EX: Q5) Pg 248) + (Pg 23) (EX: Q 242) Pg 508, 568 + (Pg 25) (PAR) R Pg 268 + (EX: Pg 268 + 269) Plus A LOT MORE (THAT ALL DEFINETLY) (PROVES) SHE (FRAMED) (ME) FOR THIS).

4 (SHE) LIKES (PLAYING) (WITH SNAKES) OR (SERPANTS) (POLICE REPORT # 2002=9962) HER (GREEN) (PYTHON) SNAKE WAS (STOLEN) ($250°°) (I) KNOWN ALL THY SOUNDS REALLY (WEIRED) (BUT ITS THE REAL (TRUTH) + HOW (EVIL) (SHE) REALLY IS

GO BACK TO THE FRONT PAGE

offended when a state employee intentionally deprives an individual of his property as long as the State provides him with a meaningful post-deprivation remedy. See Hudson v. Palmer, 468 U.S. 517, 533 (1984); Jackson v. Hill, 569 F. App'x 697, 698 (11th Cir. 2014) (per curiam); Taylor v. McSwain, 335 F. App'x 32, 34 (11th Cir. 2009). For a deprivation of property, Snodgrass has an available adequate post-deprivation remedy under state law. "Under Florida law, [a plaintiff] can sue the officer[] for the conversion of his personal property." Jackson, 569 F. App'x at 698 (citing Case v. Eslinger, 555 F.3d 1317, 1331 (11th Cir. 2009)).

As to Snodgrass's remaining argument that he was "100% framed" in his "bogus criminal case," Complaint at 12, the Court finds that he is attempting to challenge the fact and validity of his confinement. To the extent Snodgrass seeks to invalidate his criminal proceedings, he must seek relief via a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Prior to instituting a federal-habeas proceeding, Snodgrass first must exhaust all state remedies, after which Snodgrass then may seek a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, if he so desires.

For the foregoing reasons, this case will be dismissed, pursuant to 28 U.S.C. § 1915(e)(2)(B), without prejudice to Snodgrass's right to refile his claim under 42 U.S.C. § 1983 with sufficient factual allegations to support a claim under § 1983 against the proper Defendants, if he elects to do so. Notably, pro se litigants are subject to the same law and rules of court that govern other litigants who are represented by counsel. See Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989). All filings with the Court must be made in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Middle District of Florida. The Clerk of Court will be directed

7

#2).> Has (Stated) or (Testified) to (Plus) (1) Really (Crazy) Statements
that I (Definitly) Can (Prove) Everyone of Them, But Again I would
Need Alot more than (50 Pages) to Do it. (& Again) it would take At
Least (& more) Pages For the Whole (True) Story (Not) (a Story with (50 Pages)

#3).> (Now (Sie)³ this (Whole) Case is About (Me) Being (in Show Busi->
>Ness) For over (45 yrs) All over (the USA) + (& other Countries) & (Teaching)
(2 Girls) To (Be) (in my Shows) to make Them (Alot Bigger) And of Course
to make Alot more (Money) Per (Show) (& 2,000°° to $5,000°° Dollers) (Per>
Show Depending On (How many of (my 25 Acts) they want to Book) Father Day
(And (I) Come From (A Show Business) (Family) my (Mother) (Stage) Name
was (Betty (Delmar) that work with (Big Stars) Like (the Bob Hope) >
>USO Show) (in Korea) were (She) met my (Father) that was (a Marine)
in the (Audience) + Also (Betty White) + (Doris Day) + (Betty Gravel)
+ (Dick Maclaine) + (The CEO) of (Capital Records) in (LA) Calif.
(Nick Nau) that was Also (my middle (Step) Brother (Dads) (Father) that
I talk to (Him in (972) And As For (Me) my (Stage) name was After my
(mothers) (Last name) (Danny (Delmar) And (I) Do 25 Acts (Listed) if into
Rested (Just to Let (You) know (A Little Bit) About (Me). Plus >

#4).> Also (I'Am) (Veteran) with (2) (Honorable) (Dis Charges) >
(1> Army) + (1> National Guard) with (& Very (Very) (Clean Record)
All my (69 yrs) until I was (Blindsided) + (100% Framed) For the
(100%) (Fabricated) Crime (Story) that (I) well (Definitly) (Prove) And
*(I am) (No) (B.S. Er) + (No) Con Artist (Just the (Fair) Facts) And Every>
thing (I) well tell (You) (I) Have Some kind of (Evidence) or (Proof)
to Back it All up with a (Most of it (I) Have with (Me) or the Courts)
that is All (100% (Exculpotary) + (Unpouching) (Evidence) that (the
(State) Court) Has (Egnored) And Has (Violated) my Rights (to A Fair Trial)
+ (Appeals) And Also Has (Egnored) All of (the Florida Statutes) or (FS)
+ (Const. Laws) + (Criminal Law) + (Case Laws) (I) Have Presented to them
As (I) well Now (Present) to (You) (the United States) (Federal) Court) that All (Proves)
my (100% (Innocence) And that this (Whole) (Bogus) Crime (Story) was (100%)
(Fabricated) And Also (under (the Boos Corpus) (A197-447) + (A 397-1187)
State) is (a Miscarrige) of (Justice) + (a man For the (Un) Just Law) + Was (a Deprivation)

(Pg 2 of 18 ) or (34)

(#4) > of (A Fundamental) or (Constitutional) Rights)

(#5) > (Now) (SIR) (I am) (Definetly) Going (to Prove) to (You) All the (90 Plus Lies) + (Fabricated) Stories) that this (Fabricated) So called Victem (B████ ███ Ma W███) OR (RW) now (Adopted) 20 yr B████ (G████) or (E) (Plus Has told in the Last + (4½ yrs) Plus Before (Trial) That is (Definetly) (No) Victem (At ALL) on (My) Behalf) (Because) (I'am) the (only) (TRUE) Victem) in this Case (only) of ALL (BW) > (Perjury) (Testimony) under (FS: 837.02(2) + (FS: 837.02) (2)(4) + Also All the (Fake) (Planted) (Evidence) under (FS: 918.13 (A)(B) By (the Hand) (Detective) or (Det) K. > (Taylor) I (Proved) (At Trial) And was (Fired) Per this) (And (that (False) Bogus) Police Report) on (Dec 19, 2007) under (FS: 837.05) (1)(2) that was (Drop) Both (Counts: 1+2) About (50 Days) Later on (Feb 6, 2008) Be> > Cause They were All (Lies) + (Fabricated) Stories). That (I will (Def> > Inetly) Prove) with (Trail Transcripts) or (T.T) And Again its going to Be (Very) Hard (to Prove) All of (them) within (50 Pages) Limit (Plus All of (the Police) (Photographs) (wrongs fully) (illegible) taken) And (Used) as (the Prosecution) (Proceedure) (3) months (After this (Fabricated) Crime (So Called) (Comparison) (Sept 14) 2007) (Dated) Picture (Proof B) in (Evidence) And (the Police Photos) All taken on (Dec 19 + 20) of 2007) (illegally) under (FS 918.13) of (Stuff) (Not Even there (3) months (Prior) that (the Alleged Victem > (Fake) (BW) (I.D) (At Trial) (Falsely) (1). the Planted (Brown) (Rope) thats (50 Foot Long) (2) Christmas Cookie Jar (Night Stand) in Bedroom Recovered on (Dec 15) 2007 (3) And that this (Fraud) (Detective) Was (Fired) For (Planting) the (Brown) Rope (BW) (Falsely) (I.D) At trial + (they Also (Stole) Stuff (at my Place) (Plus) (the Detective) At (my Place) Also Got (Fired) For (Buying) or (Selling) Drugs (illegible)

(#6) > (Now) (I) Well Also (Prove) that (I) was (Not) Just (Framed) By My (Crazy) Ex. Wife (Gave (medical (Proof) that (She) Has Also (Paid) the (So called Victem (BW) > (Crack Cocaine) / (Prostituted) Mother (Mary > Ann (Detail (T.D) (Proof) Later (Pg 952) Report) on E.O.R (8) its Also (Prove) (me) By Getting (Her) own (Daughter (BW) to (Fabricate) this Whole (Bogus) (Story) (Not (A Crime) Which (I) well Try (to Prove) All of this (with) in these (50 Page) (Limit (Rule) But (Really (You) Have To (See) (All He Rest) of my (Exculpatory) + (Impeaching (Evidence) I Have (to (Prove) All of (BW) (Go) Lies) + (Fabricated) Stories), that My (Half Drunken) Lawyer > * That (Smelled Like (A Bar) at Trial * That Got (Everything (Mix up) I Had (to (Court))

#6). that (Failed) to Ask (my) (Questions) Ask (my) (SBC) Lawyer (By Law) > Under (Lovier(?) V. State) > 619 So2d 334 (5th DCA) Plates And Also (Violated) my (FAROTTA (Rights) under (FAROTTA V. California) 422 US 806, 95 SCt 2525, 45 Lod 2d 562 (1975) To (A Full Confrontation) And to Do it my way (ONLY) And that the Defendant Shall Have the Right to Control (His own) Defence (ID > 465 US At 177-104 SCt At 950) that (BAC) (Failed) to Do By (Cesolas Law) And that (the Primary Focus) (Must BE) on weather (the Defendant) Recieved (A Fair Trial) (which I (Did not) Recieve (A Fair Trial) At ALL) ALso Be Cause He (Failed) to Ask (4 ZO) Exculpatory And impeaching (A most Ims) (I) Gave (Instruction) to Ask (BW) + to (By Law) ask them (in a day) (Need) (for Back) * For (Word) (to say) (BW) in All. Hear (So Plus) (Lies) + (Pro Prevents) Stories And Also (Failed to Publish) And (Introduce) vital (Evidence) (Not) EVEN (ONE) of my (Exculpatory) + (Impeaching) (Evidences) By Law (see (EX:) 5-7 + (HB)) (II) (Pgs 283 + 284) that Also would of (Prove) that (I) was (100%) (Framed) + (100% Innocent) that (Definetly) (Deprived) (ME) of (A Fair Trial) And that (the State) Court Has (Egnored) All of this (6th) And if (I) (Repeat) my (Self) (which (I) Have) it's Not that (I) Have For Got I wrote it Before (it's to (Prove)) A (Very) (Strong) (Point) Here And Also (Please) EXCUSS my (Bad) (writing) (If any) I Have (NERNE) (Damage) in my (Writing Hand) + Also (excuss me) For All (the Messy) side (writes) on All the (EXHibits) they Have Been Really Used over the (16 Years) So (Please) Except with Due All Respect to this Honorable Court (Judge) * Also any (Bad) spelling (As only (Seeing) good out of (One Eye) ⊙ only ⊙)

#7). > (Now) (Youre) (HONORS) > (I am Going to (Definetly) (Prove) to this (Court) that (Right off (the Bat) > (I) was (100%) (Falsely) > (Accused) + (100% Falsely) (Arrested) on (Dec 19, 2007) And (See) was A (100% Bogus) (Fabricated) (Police Report) (D01-2375-CF53) (EVEN) under (FS:) > 837.05 (1)(b) > State > (False Reports) to A (Law) (ON > (2001-196)) > (Enforcement) (Authorities) + (Who EVER) (Knowing) Gives (False) (In > Formation) to Any (law) Enforcement (officer) Concerning the Alleged Commission of (A CAPITAL Felony) > (Commits) (A Felony) (IN (the 3rd) (Degree) > that (Falsely) (Stated) - (I) (Fabricated) (Fred) (BW) up (to my (Bed) (A) (Poor) (Poster Bed) I (never) Had) And Has (Stated) And (testified) For (15 yrs Plus) until (trial) that (She) was (Fabricated)

#6   (SORRY)

→ And that (SAL) (FORGOT) (to BRING) All my (500 Questions) (I GAVE to)
(Him) to ASK (the Allogod Victem BUL) At Trial) And Left them At
HIS (oFFice) + Also (Forgot) to Bring (the 200 Guestions) I GAVE
(to Him) to ASK (ME) on (the Stand) Because of (Him) Being
(HALF DRUNK) And keep on taking (BREATH Mints) to Try
to cover up (His) (BREATH) = I (Do Not) (Fabricate) (Stories) Just
(the Facts)

Go Back
To the
Point

Exhibit H

12. Susan STEFF
147 Rossum Walk Rd. ← Egnore This
Satsuma, FL 32189   witness
(386) 649-1818

* The (Items) The Defendent intends To Use At (Hearing) or (Trail) As Follows:

(1.) B.W. Police Report, (2) Dec. 18, 07 Interview of B.W. And A.W. (3) Dec. 19, 07 CPT Report Ms Van Hauten, (4) All The States witnesses Depositions (5) Picture's Ms Snodgrass Took of Various Beds (6) Picture of Castumes Mr Snodgrass Designed + made (7) 2007 Calander (8) A statement writter From Jean Mayo to Val Giuitti about what Mr Webb + A ▮▮▮▮ w ▮▮▮▮ (9) Picture of Euey Body on Unicycle + holding seat (10) Picture of Clothes on walls (11) Pictures of F Mr Snodgrass Bedroom + Bathroom + Living Room + Kichen + Property (12) Loan Papers (13) BW medical Records (14) DCF + CPT Reports (15) Pictures of B.W + A.W on Unicycle + in Costumes + Bathing Suits (16) The Contract And Interview with B.W. And A.W. (17) Advertisment of Bra Party (18) Pictures of Mr Snodgrass on Unicycle And Boths on his shoulders (19) Alibi For Sept 23,07 (20) Pictures of Sept 23,07 Circus + Circus Ticket Stub + Gas Receipt (21) - (The Letter B.W. wrote) (22) (Picture B.W. Drew of Mr Snodgrass Red and Bedroom And Bathroom) And his house And Property (23) Folder of Crazy statements (24) Pictures of Different Rooms (25) Pictures of Pet Shop and DVD of Mr Snodgrass X wife (26) B.W. Dueling 2 Trixs (27) DVD Video of A.W And B.W. (28) Other Girls in Bathing Suits (29) DVD Video on Dec 19 + 20, 2007 Police Video. (30) Picture were The Webbs Lived

Exhibit #
(9-2-12)

30 Picture were Mr Snodgrass met Webb family 31 6
stones Mr Snodgrass Desired And moved 32 Mary Ann
Petti Police Records + Documents 33 All Documents on
BW and NW 34 All Depositions of Mr Snodgrass witness
and Documents 35 Picture of Surveillance Cameras and
DVD's Also 36 Picture + Articals of Show Mr Snodgrass
this Show Books 37 New Paper Articles 38 Palm/Pads
39 Joan Pade Police Interview DVD. 40 (my) Similar Facts notarized
statement linda guillan Sept 23, 1998 41 Joan Pade Police Records
42 D.C.F. CPT Report From 1998 43 Picture off TW 44
States Similar Fact Hearing + Documents 45 Pictures of
Secret Wall 46 All DVD's  (Plus 2 more = 48 Items) I Forgot to Add!
btus

I certify that a copy here of has been furnished to the
States Attorney Ms Opshal by mail on March 31, 2012

X _____
Daniel Snodgrass
Represents him self
1300 Rice Giffe Blvd
BE 80 Palatka FL 32177

284

*(Exhibit)*
*(Pg 10 of 1)*

**7th. Judicial Circuit 707**                    Arrest # _____    Bk # ___ *(Pg 26)*    Pg #1 of ___

**Charging Affidavit – Putnam**

| ARREST ☐ NOTICE TO APPEAR ☐ AFFIDAVIT ☒ C.C.☐ | ADULT ☒ JUVENILE ☐ | Court Case Number: 07-2375-CF53 |
|---|---|---|

| (ORJ) FL: | | Agency Name: | | | | Agency Case Number: | 2007-11966 |
|---|---|---|---|---|---|---|---|

| FCIC/NCIC Check? Yes ☒ No ☐ | OBTS# | | UCR: | Date Arrested: | Time of Arrest: |
|---|---|---|---|---|---|

| ADDRESS OF ARREST: | | Arrested By: | ID Number: |
|---|---|---|---|

| **DEFENDANT** | Name (L,F,M): | Snodgrass, Daniel E | | A.K.A.: "Dan DeLmar "Dan"" | Sex: Male | Race: White |
|---|---|---|---|---|---|---|

| ▓▓▓ | -53 | Age: 54 | Driver's Lic/ ID No.: | | State: Fl | Year Expires: 2009 | S.S. #: |
|---|---|---|---|---|---|---|---|

| Height: 5'5" | Weight: 160 | Hair: Brown | Eyes: Brown | POB (City, St, Country): Ohio | | Statement: Yes ☐ No ☒ |
|---|---|---|---|---|---|---|

| Scars, Marks, Tattoos: Unknown | | Business & Occupation: univ;c;le instructor ~ | | | Citizenship: Yes ☒ No ☐ |
|---|---|---|---|---|---|

| Probation: Yes ☐ No ☒ | Sexual Predator: Yes ☐ No ☒ | English: Yes ☒ No ☐ ____ | Deaf/Mute: | Yes ☐ No ☒ |
|---|---|---|---|---|

| Address-Mailing/Permanent | (STREET, APT. NUMBER) 116 Betsy Ross Place | (CITY) Satsuma | (STATE) Fl | ZIPCODE 32189 | RESIDENCE PHONE |
|---|---|---|---|---|---|

| Address-Local | (STREET, APT. NUMBER) Same | (CITY) | (STATE) | ZIPCODE | RESIDENCE PHONE |
|---|---|---|---|---|---|

| Address-Other(Employer/School) | (STREET, APT. NUMBER) | (CITY) | (STATE) | ZIPCODE | BUS/SCHOOL PHONE |
|---|---|---|---|---|---|

| **CHARGES** | DOMESTIC VIOLENCE? YES ☐ | Attachments: Affidavit(s) ☐ Statement(s) ☐ NTA Schedule ☐ Report ☐ Traffic Infraction(s) ☐ DUI ☐ | | Total Charges: |
|---|---|---|---|---|

| #1 | Charge: Capital Sexual Battery | FEL ☒ MISD ☐ ORD ☐ | FS/ORD: 794.011 | Citation No.: | Bond: |
|---|---|---|---|---|---|
| #2 | Charge: Lewd & Lascivious Molestation | FEL ☒ MISD ☐ ORD ☐ | FS/ORD: 800.04 (5) (a) | Citation No.: | Bond |
| #3 | Charge: | FEL ☐ MISD ☐ ORD ☐ | FS/ORD: | Citation No.: | Bond |

| **CO-DEFENDANT** | Co-Def #1. Arrested? Y ☐ N ☐ Fel ☐ Misd. ☐ Traf. ☐ Ord. ☐ NTA ☐ | Co-Def #2. Arrested? Y ☐ N ☐ Fel. ☐ Misd. ☐ Traf. ☐ Ord. ☐ NTA ☐ |
|---|---|---|
| #1 NAME(L,F,M): | Race: | Sex: | DOB: | Age: |
| #2 NAME(L,F,M): | Race: | Sex: | | Age: |

**NARRATIVE**   The undersigned certifies and swears that there is probable cause to believe the above named defendant, on the 23 day of September, 2007, at approximately 5:30 ☐ a.m. ☒ p.m. at 116 Betsy Ross Place within Putnam County, violated the law and did then and there:

#1 Daniel E. Snodgrass, a person 18 years of age or older, did unlawfully commit sexual battery upon, B.M.W, a person less than 12 years of age, by tying her to his bed and placing his mouth on her vaginal area and forcing her to hold his penis, contrary to Florida Statute 794.011. *(changed 5 times)*

#2 Daniel E. Snodgrass, a person over the age of 18, intentionally touched in a lewd and lascivious manner the breasts and viginal area of A.W a minor child 16 years of age. To Wit: while massaging the minor childs legs he intentional rubbed her viginal area and her breasts over her clothing, contrary to Florida Statute 800.04 (5) (a)

*(handwritten annotations:)* (Proves) there is A ) *(was 6 accounts)* *(word) Dropped*
*(Beth) count 1+2 (FALSE) Police Report) under (FS:837.05) (1) (2)*
*(changed) all of these (charges) and even change the Date) And add New bogus*
*(F:816) (charges + Dates) (Count 1+2) on (FEB 6 2008) (why) Because they were all (1105)*
*(also) ... Reversed Stone*

| **NOTICE TO APPEAR** | MANDATORY APPEARANCE ☐ | YOU NEED NOT APPEAR IN COURT BUT MUST COMPLY WITH INSTRUCTIONS ON THE REVERSE SIDE OF YOUR COPY ☐ | FINE AND COSTS AMOUNT: |
|---|---|---|---|

I AGREE TO APPEAR IN COURT HEREIN TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE INDICATED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED, OR PAY THE LISTED FINE, I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST WILL BE ISSUED.

| | | Juve | |
|---|---|---|---|
| | SIGNATURE OF JUVENILE PARENT OR CUSTODIAN | Disp. CITATION No. | |

| SIGNATURE OF DEFENDANT | DATE | RELATIONSHIP TO JUVENILE | |
|---|---|---|---|

| Sworn to and subscribed before me, the undersigned This 19 day of December, 2007. | I swear/affirm the above statements are correct and true | Rt Thumb |
|---|---|---|

Name: _____

OFFICER'S/COMPLAINANT'S SIGNATURE

| Notary Public ☐ Law Enforcement or Corrections Officer ☒ Personally Known ☐ Produced Identification ☐ Type of Identification: | NAME(PRINTED) Ken Taylor | ID NUMBER D 194 |
|---|---|---|

| **OFFICIAL USE ONLY** | Inmate Number & Facility: 12-11 2021 4: 21 P |
|---|---|

(#1). ~ (Tied) Hor(up) to my (4 Posts) Poster Bed (I) (never) had
a (2) or (4 Posts) Poster Bed (in my 69 yrs) (Except For Persons
(Bed's) Double Bunks) that Also (at Trial) (BW) (Recanned) and (add-
mitted) she (lied) SEE (EX) ~ #C) (II) (Pg 194-L-8-14) Also (6-18-21) that
this (never) (Happen) and Also (Fabricated) states ~ (I) so called
(Cunningus) ~ (Performed) (Cunning) (xunxxxxx) on (Her) and Also (Recanned) (at ~
Trial) & (Addmitted) she (Lied) ~ this Also (never) Happen). SEE
(II) Ex: ~ #9) (Pg 169-L-22-25) als (II EX #9) Pg 170-L-1-4) and as For
(Fabricating) (BW) So called (Holding) on (touching) my (Penis)
is Also (A Bounch) OF (B.S) Because (BW) Has (testified) in
Hor (1st Deposition) or (Depo) on (Dec 10 2009) ~ that (She) Has ~
(never) Seen (me) with my (Clothes off) & Also (I) Have (never)
Seen (BW) (Her) with (Her) Clothes off (neighbor) & this was ALL
Bogus (Count #1) (Plus) (the Prosecuted) (wrong) (Date) Stating it
So called) Happen on (Sept 23) ~ 2007) At 16 PM) and the State
Ask (me) For (2) (Alibi For) (II) Pg 27 ) on (March 25, 2008)
and I Gave (the State) and (Air tight) (Alibi) For (Sept 23)
Besides (witness) & (Dated Pictures) (As Evidence) (Prove) this (Fabricated)
(Crime) So called Happen on (Sept 14) 2007) an (BW) (1st Uncycle)
~ (Essau) and Also the State as it again on (Open Case) on (April 25, 2012)
See (II Pg 379) (At Trial) For (Sept 22) that (we) All Were At (The ~
Shinners Circus) in (Jacksonville, FL) with At Least (19) Plus
witness'es & (Performer) that (All Knew (me) even (the Ring ~
master) & the owner) (Mel ~ Saunders) & (lead) (Gus Racing) & (Pictures)
my (9 Free) (Circus) tickets) & (I) Get Every (Year) Because (I)
Also used (to work) For (the Circus) Before) So As For (Bogus) ~
(Count #2) on (the Police Report) that (I) So called (Fabricated) ~
(Fondled) (Ashley) (work) on (AW) (Virginia) & (Breast) During
(Hor) Walk Need Back (Leg) (Message) (BW) Massages) (was) that this is
MORE (B.S) Because (AW) (Recanned) & (Confess) to the State)
(a) Guy Named ~ (Bill Cotton) that I (Accidently) Touch Hor
(Virginia) (on) (time During (Her) (Leg) (Message) and (nothing)
About (Her) (Breast) that (Falsed) (testified) (At Trial) (I) Didit
(Touch much) I (never) (touch) Hor Virginia or (Breast) (Period)
And I Gave (her) (a message) Because (She) was So (tense) During (Her)
(Leg Only)

*[Handwritten annotations across top:]*

Exhibit # ☐

Page ☐ of ☐ P210 L6

(L-18-21) (L-8-14)

(BW) on the Stand

Like to do what her Sister does

Like Frame People For this (L-5-7)

Also (L-3-21)

194



(1) *Cont*    A    I think so.

(2) *Cont*    Q    Didn't you want to get a picture of you on the

3    bed after you saw your sister?

4    A    (No response.)

(5) *Cont*    Q    You like to do what your sister did, right,

6    she was your older sister) (A____,W) Also (P 189-L 8-25 +P 188-L1)

(7)    A    Yeah. *Because A___ Did the exact Same thing to another Guy that went to Prison For Life named (Blue) when She was 14 years old, now they out that is 18 Pay away For Being (14 years old) And Putten (me) imprison For Life (FASLEY) To Be Like her Sister*

(8) 51'    Q    Based on what you've seen today and looking *(me)* At

9    today and yesterday, Mr. Snodgrass (me) did not have a poster

10    bed, did he?

11    A    No. *Because (BW) Fabricated all of it*

(12) 53    Q    And you were never tied up to a poster bed,

13    were you?

(14)    A    No. *Because (She BW) Fabricated all of it For (4 years) Plus Until Trial After (the ADA) Showed (BW) A Picture of my Real Bed*

(15) 53    Q    And you don't know if you were wearing long

16    pants or shorts, do you?

17    A    No.

(18) 54    Q    And you don't remember whether or not Mr.

19 *(me)*    Snodgrass undressed you or -- or ever dressed you or

20    undressed you, do you?

(21)    A    No. *Because (A) never Did this, ALL (Lies)*

22    MR. QUARLES: Judge, I think if we took a

23    break I might -- we might save some time in that if

24    I talk to Mr. Snodgrass about some of the proposed

25    questions, I think we might can eliminate some of



Page 27

169

```
 1      A    Yeah.

 2      Q    And do you say you're not sure if you were

 3   standing up or lying down?

 4      A    Yeah.  I say I'm not sure.

 5      Q    So you weren't sure; is that right?

 6      A    (Witness nods head.)

 7      Q    B_____  you've testified today that

 8   Mr. Snodgrass touched you in the bathroom.  You

 9   testified about that yesterday and today, correct?

10      A    Yes.

11      Q    You never had -- you've been questioned about

12   what happened in Mr. Snodgrass  bath-  bedroom area

13   before, you never had said anything about something

14   happening in the bathroom before yesterday, had you?

15      A    No.

16      Q    Why not?

17      A    Because I didn't want to.

18      Q    You've talked about other stuff, stuff he did

19   to you on the bed supposedly, but you didn't mention

20   anything about the bathroom.

21      A    No.

22      Q    Have you also said other things happened at

23   other times?  Did you ever say anything about him

24   putting his mouth on your private area?

25      A    No.
```

12 | 27 | 2021  4:

VOLUSIA REPORTING COMPANY

170

*[handwritten notes in top margin: "So why would she say (if I'd did) Bx IF IT isn't TRUE"]*

1  Q    You've never told anybody that?

2  A    No. If I did, I don't remember

*[handwritten: "How can you forget this Unless of course its (A LIE) And was (Fabricated) At the time"]*

3  Q    So you might have?

4  A    I don't think I did.

5  Q    What were you wearing that second time that

6  you went over to Mr. Snodgrass? What clothes were you

7  wearing?

8  A    I'm not sure.

9  Q    Could you have been wearing blue jeans? *[handwritten: "Witness Answers At Least Emotion Change to (shorts)"]*

10  A   I don't think.

11  Q   You don't know?

12  A   I don't think.

13  Q   It could have been shorts?

14  A   I'm pretty sure I was wearing shorts.

15  Q   Could it have been a dress or a skirt?

16  A   No.

17  Q   Were you wearing underwear?

18  A   Yes.

19  Q   You were wearing underwear?

20  A   Yes.

21  Q   Didn't you testify yesterday that you didn't

22  have any underwear on?

23  A   No.

24  Q   You don't remember yesterday sitting right

25  there being under oath and being asked by Ms. Opsahl if

*[handwritten at bottom: "Changes her (Story) Again"]*

VOLUSIA REPORTING COMPANY

(#7) > (Unicycle Lesson) So on (Her)(2nd one) I Gave (Her)(a Leg)(massage) to (Loosen up)(Her)(musels) (in her (Legs)only) For (Unicycle)(Practice)(only) Because on (Her)(1st Unicycle Lesson)(She) About Broke my BACK (And She) was (A Big Gurl) At (6yrs old) And that (the only) Reason) (But I (NEVER) GAVE (BW) (A message) That was (a tiny (6yr old) Gurl > Because (She) was Very (Limber) During (Her)(Unicycle)(Practice) So iP this was For So Called (Sexual) Reasons Than (Why) Didn't I Also Give (BW) (A message)(to) And (Fabricate) I Fondle (Her) But (testifed) I (Never) Gave (her)(a message) + Thy (Fabricated) So Called (Crime)(Stay) Happen on (BW)(1st) > (Unicycle Lesson) (For)(my Shows) And All oP them (Bogus) > (Fabricated)(Charges) on the (Bogus)(Police Report)(Counts 1&2) (that)(Were All (Drop) About 60 Days Later)(Reported on)(Dept 9, 2007) + (Drop)on (FEB 6,)2008) (Why) > Because they were (Definatly) ~ (100%)(Bogus)(FABricated)(Stories) + (Lies) That (I) was (100% (Falsely)(Accurate) + (100% (Falsely)(Arrested) For (New) Has (Violated) (FS: > 837.05)(1)(a) > States > Given (False) IN > > Formation on (A Police Report)(that Has Caused(me) to Be (Falsely) (Arrested) For (A Capital Crime). Then APter (the State) > (Drop) All of them (Bogus)(Fabricated)(Charges). (Now) they (FAB > > Ricated) (2) New (Bogus)(FaBricated)(Charges). Plus (I) Forgot > Also (BW) Has Also (Accused) (another)(man) Named (MEL)(that)(Also)(testified) > (Committing (sex) on (Her) About (4 months)(Prior) to (meeting)(me) Also see (EX: > #E) > (I)(Pg.8) Stating (I) Also (FaBricated)(For Found) or (BW)(threw to my)(Fabricated)(4 Posts) Poster Bed) + (FaBricted) made (tor)(Holding)(my)(Penis) that will Change (3 times)(to Holding)(a teacher) But As (You) Can See they (Drop)(Count #2) on (All)(BW) By Sista Right Away) And (Never)(mention) it Again (until (trial) And All of this is (Count #2) + (that Drop) that Counts 1 + 2) on (FEB 6)2008).

(#8) > (Now)(Your)(Honers) I want (You) to Really (think) About > this). (IP) > (the First)(2) (Bogus)(FABricated)(Charges) were (Drop) on (FEB 6,)2008 About (60 Days)(Later) that were (Definatly) (Base > on) All (Lies) + (FaBricated)(Stories) What Are The (2) New > (Bogus)(Fabricated)(Stories)(All Lies) too) or they would of (Charged)

(Pg 6 oP 18) or (34)

✱ (BW) Has Also stated (Test + Prod) (She) Enjoyed (Her) unicycle Lesson
And Dedn't Know (Why) they (Stop)
(Sorry)    (Foot Notes) (I Forgot) At First
(Please) Excerpt) that

✱✱ (Very) Important to that (Prove) (BW) (Fabricated) this (Whol Story)
Now Here is something to Really (think) About if this (Fabricated) Crime
(Happen) on (BW) (First unicycle) Lesson) with (7) People at My Place) counting
me) (BW) + (Mother) (BW) (Father) (Sister) (Brother) + my (Parents) that would Be (stupid)
> to No) then (Why) Did (BW) come to (Her) (2nd unicycle) Lesson) (4 Days)
After this For (2) more (Hours) (Practice) And I Pick (Her) up) this time
in (my Truck) Just (me) + (Her) (Alone) For (the First time) Because (BW) (mother)
Had (BW) (Father) (Van) For a Couple (Hours) And (She) Goes to (my Place)
And (Practice) For (2) Hours) on (the unicycle) And Her (Dad) (Drives)
up in (Her) (Van) to Pick (Her up) And was (Early) By About (10)
> mins And watch (me train) (BW) For (10 more mins) And took her
Home (Now) (I) So called (Fabricated) (Trod) Her up) to her) (Fabricated)
(4 Posts) (Posta Bed) And (Fabricated) (Rape) + (Finger) + (Rape) her to (Prison) Any
(Paris) in (2 or 3 mins) out of the Father (Sight) this Day) (Exit) (Pg 869 & 12,23)) >
with (5 other) (People) at (my Place) Plus (me) + (BW) = (7 people) But (She) Has
(Never) (Stated) or (testified) that (I) Did (Anything) (Wrong) to (Her)
when (I) Had (Her) All (Alone) Just me + (Her) on Her (2) unicycle)
Lesson) For (1 hr) (50 mins) Now (Again) (I) Fabricated Did
All of these (Henis) thing to (Her) on Her 1st (unicycle) Lesson) on Sept 14)
With (5 other People) (at my place) But (Never) Did (Nothing) to
(Her) on Her (2nd unicycle) Lesson) (4 Days) Later) on (Sept 18 07)
when I Had (Her) All (Alone) For (1 Hour) + (50 mins) And
(Proves) (She) (Fabricated) What so called (Happen) to (Her) on
(Sept 14) Her (First) unicycle Lesson) that (No one) in this
(World) would Be (Dum) (Enough) to Do All of these (Henis)
(Things) to (Her) With (5 other) People) there (Especially) Her (Father)
there) But Does (nothing) to (Her) (According to (Her) when I Had (her)
All (Alone) (4 Days) Later) this is (A breach of) (BS) + (Libs) =
(Pg 6ᴬ)

Because (BW) + Her (Mother) + Father (Van)

extra Packet
With (Pg 26)
of 34
(Exit)

Accorcing
To (BW)
Testimony
in (Dep) (Deposition)
+ At Trial)

(Go Back
To THR Past
Pages

*(Exhibit)*
*(#E)*
*(Pg 1 of 1)*

PUTNAM County Warrant Number

**#1**
**FELONY WARRANT**

STATE OF FLORIDA

VS.

DANIEL EVERETT SNODGRASS

IN THE CIRCUIT COURT FOR
PUTNAM COUNTY, FLORIDA
CASE NUMBER: 2007- 2375 · CF 53
AGENCY:  PUTNAM COUNTY SHERIFFS
OFFICE
AGENCY REPORT NO. 0711966
CHARGE(S):
- **SEXUAL BATTERY ON PERSON LESS THAN 12 YEARS OF
AGE**

W/M; DOB: ▮▮▮▮  SSN: ▮▮▮▮
HGT.: 506 / WGT.: 150

*(Dirty) The People (Det) K Taylor Got (Pieces) For Planting (False) Evidence at my Place)*

*(Dirty) 2 other Detectives at my Place (Det) William Miller (both) (Det) William PRJ 10 # 1 (G.H) Got (Pieced) For Buying + selling (DRUGS)*

In the name of the State of Florida, to All and Singular the Sheriffs of the State of Florida:
WHEREAS (DETECTIVE KEN TAYLOR) has made oath before (DETECTIVE WILLIAM PRIOLETTI) A Law
Enforcement Officer, that one, DANIEL EVERETT SNODGRASS on or about September 23, 2007, in the County of PUTNAM
and State of Florida, DANIEL EVERETT SNODGRASS, a person eighteen years of age or older, did unlawfully commit sexual
battery upon B.M.W., or injure the sexual organs during an attempt to commit sexual battery upon , a person less than twelve years of
age, (by tying her to his bed and placing (his mouth) on her (vaginal area) and (forcing her to hold his penis,) contrary to Florida Statute
794.011(2)(a). (CAPITAL FELONY)

These are, therefore, to command you to arrest instanter the above named accused and bring him/her before the
CIRCUIT Court, PUTNAM County, Florida, at the next scheduled 24-hour appearance hearing following his/her arrest,
unless he/she shall first post bond in the amount of $ *NONe* .
Given under my hand and seal this *19th* day of December, 2007.

CIRCUIT JUDGE
PUTNAM COUNTY, FLORIDA

EXTRADITION INFORMATION:     ENTER INTO NCIC/FCIC
NATIONWIDE

*All These (Bogus) (Fabricated) (Charges) was (Drop) on (Feb 6, 2008)
(Why) All (LIES) + (A Fabricated) (Story)
Again (TT) (Proves) this was (a LIE)
(3 Det's) (Det) * See (TO) (Pg 168-L-22-25) + (Pg 170-L-1-4) (Proof this)*

*(#1) Plus (Det.) Ken Taylor Got (Fired) For stealing Stuff at my Place Plus
Planting (False) Evidence (the Bogus Rape) That was sold all of (Bogus) (the Rape) both*

*(#2) Also (Det) William PRiolatti and this other (Det) at my Place (Det) Miller Both
Shorty Apes this Got Busted + I Have a Newspaper Articals on this (ARREST)
For Buying + Selling (DRUGS)*

8

(#8). (MB) with these (2 New (Bogus) (Fabricated) Charges) In The (First Place) (Not) (60 Days) Later. Now (I'Am) Also Going to (Prove) That (BW) is (Definetly) (A Pathological) (Liar) that (He's) (Lied) over (90) (times) And Hes (Fabricated) All of these (Stories) And Also (testified) To (4) Really (Crazy) Statements (Under) And Also on (Every one) o'F (BW) (7) (Repeats) + (This) → All (Countradict) (Each other). And (iF) (BW) was (Telling) the Real (Truth) All (7) of these (Repeats) would oF Been (Closed) (Testimony) or (Identical) (Testimony) Because (You) (Never) (Forget) (the Truth) (especially) when (A Tragedy) Happens To (You) + (Every) (Detail) (of it) (You) only (Forget) (Lies) + (Fabricated) (Stories) And Thats (Why) ALL (7) oF these (Repeats) (Countradict) (Each other) Be cause (BW) (Can Not) (Remember) (His) (Her) (90) (Plus) (Lies) + (Fabricated) (Stories) that (I) was (Definetly) (Falsely) (Convicted on)

(#9). (Now) (State) (500) (EX) → (#P) (#7) (Pg 10) (Information) Sheet) States (the (2) New (Bogus) (Fabricated) (Changes) 4 (Count #1) → (Now) States (I) so called (Fabricated) (Penetrated) (BW) (Vigina) with My (Hose) (Penis) 4 Also (Count #2) → States → Now (I) so called (Fabricated) (Penetrated) (BW) (tiny) (Vigina) with my (Finger) Now (Your) (Honor) Here is (the Real (Proof) that this (Never) (Happen) (#1). Again they (Drop) (the First (2) (Bogus) (Fabricated) (Charges) For Being ALL (Lies) + (Fabricated) (Stories) on the (Police (Report) That I was 100% (Falsely) (Arrested (For) And (Proves) (BW) (Lied) + (Fabricated) (Stories) + Also these (2) New (Bogus) (Fabricated) (Stories) (#2). And on This (Document) or (Doc) → Shows (No Thing) About (Me) so called (Fabricating) (tying) (BW) (Up) to My (Fabricated) (4) (Posts) (Pista Bed) (I Invoice the) Because my (Bed) was A Queen size Bed with (A Half Moon) Block (Headboard) Like this with (No) (Foot Board) + (No) Posts) See (Police Pictures) (#3). And there is (Nothing) About (Me) so called (Fabricating) (For Running (Cunnilingus) (Cunnilingus) on (BW). And there (Nothing) About (Me) (so called) → (Fabricating) (maken) (BW) (Hold) or (touching) my (Penis) (Count #) (#5). And there is (Nothing) About (Me) so called (Fabricating) (Fondling) (AW) (BW) Big Sister (Virginia) + (Repeat) (Why) Because they were All (Lies)

(Pg 7 oF 18) or (34)

*(For EXAMPLE)*

>(#8)> Now (I am) Just 3 months Away From Being (70 yrs old) And Still to this (Day)(I) Remember (4) Tragedies that Happen to (me) when it was (7 & 8 yrs old) & (Every)(Detail) oF these (4) Tragedies)> & All the First & Last Names of All the other People (Involved)(why) Because, its the (Real (Truth) And A Real (Tragedy) that Happen to (me) that (you)(INFORCE) (Forget) (1) when (me)+(my) Brother(Bob)+(G)anon (URANIO)(Townes) were in (A Tree Fort) (Bon Fire) + my brother Left Leg Got (Burn). (2) when (I) was (swinging) on the Clothy Line) + (it Broke) I Feel > Backwards into (A Pile) of (Rocks) & (I)(Its) my Head (wide open) (3), then (6 months) Later (my Brother) Drops (the Attic) Stairs on to my (Head) And (Spits) my (Head) (wide open)(Again) About (3 Inch) From th First time (4)> then when I was walking in the woods Behind ARE (Houses) + Trying to catch wild Animals the (2 Kids) that Lived 5 Houses Down Name (B█████)+(P███)(2█████) Were (Shooting) their (High)> (Powered) Pump BeB Gun (Rifles) + (B█████) Shoot (me) in (my) (LeFt) Back (Leg) + (my Dad) took (His) Pocket (knife) + (Cut > it out) the (BeB Gun) out of my (Leg) + took (me) over to th (█████) House + told them (Parents) + they say they Brought (P███)(B█████) then (BeB Gun)(Rifles) For (Christmas) And they took them (Away) From them + Gave them to (my Dad) Plus (I) Also (Remember) Alot more (Details) to then (4)(True)(Stories) (Why) Because it was A (True) Story)+And thats (why) (I) Remember (Every)(Detail) to this (Basic) (Fabricated) Story Because its the (5th) Tragedy) thats Happen to (me)+ (And that (why)(BW)(Can Not)(Remember) over (37 times) Plus And (Every) one of the (7)(Reports)(Contradicts)(Each Other) Because (She)(Fabricated) this whole (Tragedy) that (So called (Happen to) (Her) Plus)(Being (Couch) + (that (90 Plus)(lies) + (Fabricated)(Stories) (that (I) Can(De Pinattly)(prove) (Every) one of Them + (Forensicly)(Counts 1,2,3) + Again (you)(only) > (Forget)(lies) + (Fabricated)(Stories) (Not) the Truth)

*(left margin, vertical):* I Still Have The BeB Bue The Scars To the Day For Proof

(Pg 7 # of 18)

CLASSIFICATION: FEL

**STATE OF FLORIDA**

VS.

**DANIEL EVERETT SNODGRASS**
**W/M; DOB:** ▮▮ 1953 SS# ▮▮▮ 7051

IN THE CIRCUIT COURT OF THE SEVENTH
JUDICIAL COURT, IN AND FOR PUTNAM
COUNTY, FLORIDA, IN THE YEAR TWO
THOUSAND EIGHT

CASE NO:   2007-2375-CF 53
AGENCY:   PCSO/0711966

## INFORMATION

CHARGE(S):
SEXUAL BATTERY ON PERSON LESS THAN 12 YEARS OF AGE *(ALL LIES)*
LEWD OR LASCIVIOUS MOLESTATION

JOHN TANNER, State Attorney for the Seventh Judicial Circuit of the State of Florida and as such prosecuting attorney for this Court, in the name of and by the authority of the State of Florida charges that: *[handwritten annotations]*

COUNT I: IN THAT DANIEL EVERETT SNODGRASS between September 23, 2007 and November 18, 2007, in the County of PUTNAM and State of Florida, DANIEL EVERETT SNODGRASS, a person eighteen years of age or older, did unlawfully commit sexual battery upon B.M.W. or injure the sexual organs during an attempt to commit sexual battery upon BMW, a person less than twelve years of age, penetrating her vagina with his penis, contrary to Florida Statute 794.011(2)(a). (CAPITAL FELONY)

COUNT II: IN THAT DANIEL EVERETT SNODGRASS between September 23, 2007 and November 18, 2007, in the County of PUTNAM and State of Florida, DANIEL EVERETT SNODGRASS, a person 18 years of age or older, did unlawfully and intentionally touch B.M.W., a person less than 12 years of age, in a lewd and lascivious manner the breast, genitals, genital area, or buttocks, or the clothing covering them (or) did force or entice B.M.W. to so touch B.M.W., in that DANIEL EVERETT SNODGRASS did penetrate her vagina with his finger, contrary to Florida Statute 800.04(5)(a)(b). (1 DEG FEL)

FOR THE STATE ATTORNEY

*[signature]*

**JANET M ANDERSON**
ASSISTANT STATE ATTORNEY
SEVENTH JUDICIAL CIRCUIT OF THE
STATE OF FLORIDA
BAR NUMBER 0545821

COUNTY OF PUTNAM

STATE OF FLORIDA

Personally appeared before me JANET M ANDERSON, Assistant State Attorney for the Seventh Judicial Circuit of the State of Florida, known to me to be the foregoing prosecuting officer, who being duly sworn, says that the allegations set forth in the foregoing information are based upon facts that have been sworn to as true, and which, if true, would constitute the offense therein charged. Subscribed in good faith. Said facts based on testimony of material witnesses.

SWORN to and subscribed before me this _____ day of February, 2008.

Submitted to the Clerk of the CIRCUIT
Court, Seventh Judicial Circuit, in and
For PUTNAM County, Florida, on the
_____ day of February, 2008.

NOTARY PUBLIC AT LARGE
STATE OF FLORIDA

**Candace R. Hardy**
Commission # DD396674
Expires February 15, 2009
Bonded Troy Fain - Insurance, Inc. 800-385-7019

#10 ? (Now) (According) to (the Alleged Victim (BW) And (Doctored) (Pictures) (an Evidence) of (RW) (Riding) on top of F My (Shoulders) on My (3' Unicycle) (upon my) (20'x40' Pad) (Store) in my Rock Yard (with A Really (Big Smile) on (His) Face) (After Being (so Called) (Fabricated) (Penetrated) + (Rape) + Fingers) (His Mother Rothy) (Ma WEBB) took (this Picture) on (BW) (First (Unicycle) Lesson) (the Day this (so Called) (Fabricated) (Claim) (Stay) (Happened) (on Sept 14, 2007) And (IF) this would of (Really) (Happened) (which it Didn't) (BW) would of P Been (Bleeding) All over the (Uni-cycle (Seat) And (Especially) All (over) my (Shoulders) (with (His) (Baggie (Short) on) And (And Hymen) (But (According) to (BW) to (the medical Record) + (6) Vaginal (Pictures) + (According) to (the State) (GYN Nurse) (Ms) Van Hoosier (RW) was (Still) A Virgin) with (No) Damage to (Her) Hymen) (Now Also (on this Day) there was (7) People) (at My Place) > Counting (Ma) + (Blw) + (5 others) (BW) (Father (Ma WEBB) + (BW) Big Sister (RW) + (BW) Little Brother (MW) (Plus > My (2) Renters) (not Friends) that (Rented out) my (2) Back (Bedrooms) that use to be (my) (office) + (the other (Bedroom) (my Sewing Room) + that (Both) my (Renters) Had to (Pass) (Right Pass) my (Bedroom) (Door) Also (to watch) T.V in the (Living Room) Across From (my) Bedroom (Door) + (Where) this (so Called) (Bogus) (Fabricated Crime) (Happen At) That Had to (Pass) Right (Pass) my (Bedroom) (Door) (Who) Knows (when) And (No) Body (Hears) or (Sees) (anything) (Happening) (Why) Because (Nothing) (Happened) for then to (Hear) or (See) And (No Body) (in this (World) would Be (Dumb) > Enough to Do This with (5) other (People) (at (His) Place) (Especially (BW) (Father there) And (Proves) that All of this IS (Lies) + (Fabricated) Stories (and (Bunch of BS) (Excuse (ME) But it is (the truth) that Just (8) days Before (Trial) on (10.13.13) At this (Hearing) + (Jury Section) (The ADA) (Falsely) Add (Count #) + (New) A Plea (4 + yes) (Plus (the ADA) Brings Back (Now (touching) my (Penis) with His Hand (But (the Police Report) (4 + yes) (Raped) it was (Fabricated) (Holding my (Penis) (it Change Back + Forth over (the years) Again that was (Disg) on (Pob 6) 2008) And This (Prostates) (my) >

(coming + going)

(#10) > (Fla Const Law) under (Artical #1-sub.sec.#9) > States (Double Jeopody) > That I Also Got (A (Bogus) (Life) > > (Sentance) For) Plus (2) More (Bogus) (Life) (Sentence) For the Other (2) (Bogus) (Fabricated) (Charges) & Also Under (PS'> 817.44) (an Break)

* (States) (that) (No) such (Creme) was (Actually) (Committed). See (EXiG) (II) > (Pg 297). Now See (EX: #H) (Pg 40-L-1-18) Especially (L-18-25) > Were (the ADA) (Putting the) (Couches) (BW) And (Puts) (words) In (her (Brain) & mouth) when (ASK) (What Did it (Feel) Like > (BW) (I) > (Don't) (know) (ME) > Because (it (never) (Happen). (L-20) (the ADA) > what were (you) (Feeling). (L-21) > (I) was (scared) + (Freaking) out (Lies) But on (L-22) > (the ADA) > (Did it (start) (L-22) (no Responds) Than (the) > (ADA) Puts these (words) in (Her) (Brain) & (mouth) Is that (A Yes) (L-23) (the ADA is (telling) (BW) to say (Yes). (But were said the) (that it (true) than (L-25) (BW) Just Agrees with (the (After Coach) (DA) (but when (ASK) this (EXAct) (Question) (you Have to See The Video on This) > During (BW) (Interview (Deo's on) with (CPI) & (Ms Patten or (MsP) that Also. > (Lend) (BW) with (leading) Questions (throw) out (the whole (interview) And (BW) (Answer) was (It (Felt) (Nasty) Than Again) was. > (Ask) this Same (Question) on (Her (2nd) (Depo) on (Sept 22 2011) And (BW) (Answer) was (It (Pott) (entered) Now After > (Couch) What (to say) See (EX: #H) (II) Pg 125-L-4-5) (Now) (BW) (said (it Hurts) After (Couch (the Day) before) But (these) at (Closing Argu > > ment) (the ADA) Tells (the Jury) (He) (Penetrated) (BW) (Vagina) with His (Huge) (Penis) And (How Do (we) know (He) (Penetrated it) Because (BW) said (it Hurt) (ME) (Because (She) told (her) (to say) this (Plus) Also At (BW) (First (Depo) on (Dec 10) 2009) (BW) was ASK By (one) of (my) (lawyers) (Did (he (ANother) Ever (Hurt) (You) (BW) (No) (an) (Never) (Hurt) (me) And (Contradicts) what (she) was (Couch) to say at trial) See (EX: #H2) (II) Pg > > 1104-L-1-5). Plus (the Really Big (Proof), (BW) was (Still) (A Virgin) After this) (This is (1000% (Inpossible) (to Happen) And Also (L-20-24) (Especially) (L-21 (Reasonable Doubt) + (L-24 (the Defendant) is (considered) (Innocent) (By (Pleading) (Not) Guilty)

(#11) > (Now) Here Is Some (Real (Medical) (Proof) that it would oP Been (totally) (1000% (Inpossible) For (me) to (Fabricated)

(Pg 9 oP 18) or (34)

(SORRY) I Forgot
** (VERY)(VERY, important)(information)>
** (Now) HERE IS something to Really (Consider) = That ALSO
(Definitely)(Proves) my (100%)(INNOCENCE)
Now (the ADA) Has offer (ME)(a Plead Deal)(Before)
And (At Trial)(IF)(I>plead Guilty)>For (3) MORE (Months
Behind Bars) Plus (the (15 months) Already (SERVED) =(18 months)
that (I)(Refussed)(Both)(Times)(Before (Trial) And (At Trial)
Than (the Judge) said to (the ADA) And (I) Quote)>(WHY>
Don't (You) OFFER (MR. Snodgrass)(ME) oh (MR.S)(PROBATION)
(only) And (d) said (Your)(Honor)(I) Don't Care) IF (He>
>ADA) only (offer)(ME)(5minute) of (Probation)(only)
(I AM)(Not)(Pleading)(Guilty) to A (100%)(Fabricated)>
>CRIME) (I) WAS (100%)(FRAMED) For) And Got (RailRoaded)
(At Trial) And Got (3)(Bogus) Life Sentence>(But (I)was
(counting) on (My LAWYER/SBC) to Do (His)(JOB) Right (BY LAW)
And to ASK (All) my Questions) d GAVE to (Him) to ASK (ME)+
(the Alleged (Fabricated) Victem)(BW) And (to Publish)(Introduce>
>Into (Evidence) ALL my (Exculpatory)+(Impeaching)(45 I Dms).
of (Evidence)(Not)(Even)(one)(of them).(that All Cost (me)
my (Life). For (His)(HALF)(Drunkness)+(Not)(Trance)
(Now) REALLY (Think)(About This) > Now EVEN (IF) d
WAS (only (1>Percent)(Guilty) of this (Fabricated)(Crime)(s)
(I) would of been (the Most (Stupidest)(Person) (on this
>World) to (REFUSS) then (2) Very Good)(Plead Deals)
(OFFers) of (I)(18 months) oh (What the Judge)said (Probation)
(only)(Especially) when (d) Already knew IF Found (Falsely)
(Guilty) (I) was (Looking) At (LIFE)(IN)(prison) But (I) was (Not)
(98 oh 99%)(Innocent)(I) was (100%)(Innocent) And (only)
AN (100%)(Innocent) Man/(Veteran) would (Refuss) Then (2)=
(Great offers). And (A>Guilty) Person) would of (Jump)
At Eighton(one) of these (2)(Great offers) But Again (I)
was (counting) on my (Lawyer)(SBC) to Do (His)(Job)(Right (BY LAW) that Definitly
(Failed) to Do)(Especially) All the (exculpatory)+(Impeaching)(Questions) to ASK
the (Fabricated)(Victem)(BW) that (Definitly) would of (Proven)(Counts 123)(Never Happen)
And Also would of (Proven)(BW) this (Lied) oh Add (to) (Lies)+(Fabricated) this (Story)
Pg 9ᴬ of (18) or (34)

Case 3:23-cv-00982-BJD-MCR   Document 1   Filed 08/21/23   Page 24 of 124 PageID 24

*(handwritten top left)* FRAMED) FOR AIL
(3 COUNTS) (PROOF) IN
(Pa 275) (248 (268 269) Plus Alot more

**CLASSIFICATION: FELONY**

**STATE OF FLORIDA**

VS.

**DANIEL EVERETT SNODGRASS**
**W/M; DOB:** ___ 1953 SS# ___ 7051

**IN THE CIRCUIT COURT OF THE SEVENTH**
**JUDICIAL CIRCUIT, IN AND FOR PUTNAM**
**COUNTY, FLORIDA, IN THE YEAR TWO**
**THOUSAND TWELVE**

CASE NO:    2007-2375-CF
AGENCY:    PCSO/0711966

*(handwritten)* ✶(8 DAYS BEFORE TRIAL
(HEARING)
✶ FILED IN OPEN COURT
THIS 16th DAY OF Apr 12

**STATE'S (THIRD AMENDED) INFORMATION**

CHARGE(S):
SEXUAL BATTERY ON PERSON LESS THAN 12 YEARS OF AGE
LEWD OR LASCIVIOUS MOLESTATION
LEWD/LASCIVIOUS MOLESTATION

*(handwritten)* DEPUTY CLERK OF CIRCUIT COURT

R.J. LARIZZA, State Attorney for the Seventh Judicial Circuit of the State of Florida and as such prosecuting attorney for this Court, in the name of and by the authority of the State of Florida charges that: *(handwritten: a sym content of)*

✶COUNT I: IN THAT DANIEL EVERETT SNODGRASS on (about or between September 11, 2007 and December 7, 2007) in the County of PUTNAM and State of Florida, DANIEL EVERETT SNODGRASS, a person eighteen years of age or older, did unlawfully commit sexual battery upon B.M.W., or injure the sexual organs during an attempt to commit sexual battery upon B.M.W. a person less than twelve years of age, by having union with or penetrating B.M.W.'s vagina with his penis, contrary to Florida Statute 794.011(2)(a). (CAPITAL FELONY) *(handwritten: There is Nothing About Union (blu) testify She was Penetrated But still is (a Virgin) impossible)*

✶COUNT II: IN THAT DANIEL EVERETT SNODGRASS on, about, or between September 11, 2007 and December 7,, 2007, in the County of PUTNAM and State of Florida, DANIEL EVERETT SNODGRASS, a person 18 years of age or older, did unlawfully and intentionally touch B.M.W., a person less than 12 years of age, in a lewd and lascivious manner the breast, genitals, genital area, or buttocks, or the clothing covering them, in that DANIEL EVERETT SNODGRASS did touch B.M.W.'s genitals or genital area/and did have union with or penetrate B.M.W.'s vagina with his hand, contrary to Florida Statute 800.04(5)(a)(b). (LIFE FEL) *(handwritten: There is Nothing About UNION)*

✶COUNT III: IN THAT DANIEL EVERETT SNODGRASS on, about, or between September 11, 2007 and December 7, 2007, in the County of PUTNAM and State of Florida, DANIEL EVERETT SNODGRASS, a person 18 years of age or older, did unlawfully and intentionally force or entice B.M.W., a person less than 12 years of age, to so touch DANIEL EVERETT SNODGRASS's genitals or genital area, in that DANIEL EVERETT SNODGRASS did force B.M.W. to touch his penis with her hand, contrary to Florida Statute 800.04(5)(a)(b). (LIFE FEL)

*(handwritten notes surrounding signature block)*

FOR THE STATE ATTORNEY

CHRISTINA OPSAHL
ASSISTANT STATE ATTORNEY
SEVENTH JUDICIAL CIRCUIT OF THE
STATE OF FLORIDA
BAR NUMBER 17428

Personally appeared before me CHRISTINA OPSAHL, Assistant State Attorney, for the Seventh Judicial Circuit of the State of Florida, known to me to be the foregoing prosecuting officer, who being duly sworn, says that the allegations set forth in the foregoing information are based upon facts that have been sworn to as true, and which, if true, would constitute the offense therein charged. Subscribed in good faith. Said facts based on testimony of material witnesses.

✶SWORN to and subscribed before me this ___ day of April, 2012.
Submitted to the Clerk of the CIRCUIT
Court, Seventh Judicial Circuit, in and
For PUTNAM County, Florida, on the
___ day of April, 2012.

NOTARY PUBLIC AT LARGE
STATE OF FLORIDA

*(notary stamp)* TINA R. KELLY
Commission # EE 097130
Expires August 19, 2015
Bonded Thru Troy Fain Insurance 800-385-7019

297

*** 
→ Now Again (the state) Changes the Date 1 + (FABricated) Happen on
Now it (Sept 11) 2007) to (Dec 7, 2007) Because I (Proved) By (Dated)
Pictures of (BW) on Her (First) Unicycle Lesson with (Her on top) of my
(Shoulders) on my (3 Foot Unicycle) up on my (20 x 40 Foot Stage) in my Back
Yard) That (BW) Father (Mr. We BB) took this (Picture) At d (Practice)(the ADA)(Lied)
To (the Jury) That there was (No) one Allowed At (BW) Unicycle Lessons)
(Plus) It Also (Shows) the Last Time (BW) was At my Place (Dec 7, 2007)
(But) Really (Her Last time) at my Place) was on (Sept 18, 2007) on (BW)
(2nd Unicycle Lesson) And Last on (4 Dogs) After Boring (FABricated) (Fingered
+ (Rape) + FABricated (Force to Hold my (PENIS) Count #3) that was Drop 4 + Plus (years
Ago) on (Feb 6, 2008) + was Definitly (Double Jeopdy) under (Flo Const Law) Artical #1 >
SUB SOC #9)
    And Also (the ADA) Couches (BW) to (Lie) Some More And (FAlsely)
(I D's) Christmas Cookies) on my (Night Stand) that I (Did Not) Recieved
Until (Dec 15, 2007) (3) months (After) thw (FABricated) CRime) So Called (Happen
on (Sept 14, 2007) And this (Document) Proves (BW) was (Never) At (my)
Place After (Dec 7, 2007) see (T) Police Photo Taken on (Dec 19 + 20, 2007) (Showing
these (Christmas Cookies) on my (Night Stand) that (BW) Testified she (Seen)
on (T) (Exi= 42) (Pg 373 L-23-25) + Also (Pg 374-L11-16) > Photo take (Dec 19) (3 months)
(later) + Also see Picture (#50) of these (Cookies) on my (Night Stand) Plus N see
see were (the ADA) Had this Picture (Blown up) Illegally (T) Pg 452 (Exi Y)
Again (Photographs) Taken + Wrong Full used in the (Prosecution) Proceedure
(me) by Stuff (Not) EVEN There (3) months (later) when they (FABricated) CRimes)
So called (Happen on (Sept 14) 2007) And the ADA Got (BW) to (FAlsely)
(ID) these (Cookies to Poison) (the mind) of (the Jury) with (FAlse)
EVidence + under (PSI 90.91)



*(Handwritten annotations throughout: "1 DAY BEFORE TRIAL", "(BW) (APRIL 23 HEARING)", "(Pg 1 of 3)", "What it felt like", "(Interview) CPT & Medical Report", "(NASTY)①", "(WEIRD)②", "2 Depo on Sept 21, 2011 it FELT", "MS GPSDAL & MR QUARLES AS COUNSEL", "And the (Couch) to SAY", "(IT HURTS) AT TRIAL", "Felt", etc.)*

L-18.75 SFH
2 L-1-18

Q   Do you want some?  (L-19 →③ I Don't Know)

A   (Inaudible response.)  Thank you.

3   Q   Okay.  Now, he tied you up and then did he do --

*Coaching*

4   what did he do that made you uncomfortable after that?

5   A   He put his private place in mine.

*You(mean) (Couch BW) Not Talk*

6   Q   Okay.  And we talked earlier, you described what

7   word you used for private places, and on a male you said you

*Coaching*

8   used the word pee pee back when you were nine; is that the

9   same --

10   A   Yes.

11   Q   -- body part you're talking about?

12   And when he put it in you what part of you did he

13   put it into?

14   A   My private place.

15   Q   And is that the same word that you used to call it

16   a TT?

17   A   Yes.   *the Day Before Trial on (April 23, 2012) KEY*

(ASSIS DA GPSDAL →)

18   Q   Okay.  Now, what did that feel like?

*#3 ②*

19   A   I don't know.   *(The interview CPT) (his 2 Depo②) with (Ms GPSDAL Assis DA & his Quarles as counsel at the time) Felt (NASTY)④ & FELT (WEIRD)②*

20   Q   What were you feeling?

21   A   I was scared and freaking out. *& ② NOT CASE*

22   Q   Did it hurt?   *(Couching) (BW) She tell (BW) to SAY*   *ASSIS DA*

23   A   (Inaudible response.)   *No Answer this*

24   Q   Is that a yes?   *(Couching) (DA)*

25   A   Yes.  *(She NEVER SAID (IT HURT) HERE Just (Falsey Agree) will be Assis DA*   *But (BW) Testified in her ① Depo & never hurt her*

*VOLUSIA REPORTING COMPANY*

*(Left margin and bottom handwritten notes, partially legible: "Nothing about Haunting...", "LEADING Couching", "#4②", "Nothing", "She telling us to say Yes②", "And never at Trial Too", "next May She states it hurt L25 L 4/5", "after being Couch", "were n't Present TA DA or Mr Quarles", "This will be Inconsistent & told By BW", "And Pg 125 L-4-5", "April 23, Hearing")*



125

1  A    (He pulled them down)

2  Q    Okay. And were (his) pants off?

3  A    Yes.

4       Do you remember what it felt like?

5  A    It hurt.

6  Q    Can you talk about or tell me as specific as

7       you can, did he just -- did he touch you with it or

8       where on your private part was it?

9  A    I don't understand.

10  Q   Was it on the outside or the inside?

11  A   Inside.

12  Q   Can you tell how far inside it was?

13  A   No.

14  Q   What were you feeling?

15  A   I was scared.

16  Q   Did he do anything else to you in that room?

17  A   No.

18  Q   And did you eventually get untied?

19  A   Yes.

20  Q   And how did you get untied?

21  A   He untied me.

22  Q   What did you do after you got untied?

23  A   I ran out of the room.

24  Q   Did he say anything to you after that?

25  A   He said if I told anybody that he'd hurt my

VOLUSIA REPORTING COMPANY



1   one wants to hear and no one wants to believe. But

2   this happened, (and he did it.) (He penetrated

3   (B_____ vagina) with (his penis) (And how do we

4   know (he penetrated it)  Because (she said (it hurt)

5   It doesn't have to go all the way in.  He touched

6   her vagina, committed a lewd and lascivious

7   molestation.  And he grabbed (her) hand and put it on

8   (his bare penis) and committed a lewd and lascivious

9   molestation.

10      And, ladies and gentlemen, I ask that you hold

11   him responsible and find him guilty as charged.

12      Thank you.

13      THE COURT: All right.  Thank you, Ms. Opsahl.

14      Okay.  Ladies and gentlemen, you've heard

15   the -- all of the testimony, you've heard the

16   arguments of the attorney for the state and from

17   Mr. Snodgrass himself.  I'm going to finish out the

18   jury instructions, and then you'll be taken into

19   the jury room for deliberations:

20      On the plea of not guilty, (the issue of

21   (reasonable doubt) and the issue of burden of proof:

22   (The defendant) has entered (a plea of (not guilty.)

23   This means (you) must presume or believe that (the >

24   > defendant is (innocent)  The presumption stays with

25   the defendant as to each material allegation in the

(#11): PeneTrated (BW) (Virginia) with my (Huge) Penis (Count #1)

*The Biggest (Proof) is that (BW) was (still a virgin) After so

Called Being (Penetrated) with my (Huge) Penis + (Finger) (impossible)

+ According To (BW) (medical Records) + (BW) (6) Virginal Pictures)

(Plus) in (the State) (G VA) NURSE (Mellon Hooton) stated in (Her)

Report that (BW) (Hymen) on (Cherry) was (in Full Tack) + (3)-(No)

Damage) (What so ever) to (Her) (Hymen), (3)-(No) Damage To (Her) (Cervix)

(4) (No) Damage to (Her) (Uterus) + (Gutted) (Libia) (5) And (No) Damage

to (Her) (Vulva) (6) (No) Damage to (BW) (Virginal) (Orifice) (7)-

And that Her (Virginal) (Orifice) was (Normal) Size) For (her)

Age of (9 yrs old) + (Now) Again (1 P) Then So Called (Happen) (BW)

would of Had (Massive) Damage) + (Definitely) (No) Hyman

that is (only) (A Quarter) (inch) (1 inch) (inside) at (BW) (Virginia)

(Orifice) that is (1 ← 4/4 an inch) (inside) And is (medically) + (Physically)

(100% totally (impossible) to of Been (Penetrated) (According)

to (BW) + the (ADA) (Falsely) (Stating) + (Testified) (I) Fabricated

(Penetrated) (BW) with my (Huge) (Penis + Finger) But (Still is A Virgin)

This (is totally) 100% (impossible) to (Do) and (again) (Plus) (BW) Has (testified)

(At Trial) (2 times) that (I) (Never) (Dress) or (UnDress) (Her) - See (II)

(Ex. I) (Pg 187-L-23-25) And Also (II) (EX: #I) (Pg-194-L-18-2))

That (Contradicts) (All of this) (Plus (II) (Ex: #I-A) Pg 51-L-4-6), (Plus) Also

(testified) in (Her) (1st Depo) on (Dec) 10, 2009) that (I) Have (Never)

Seen (Her) with (Her) (Clothes off) And Also (She) said (she) Has -

(Never) Seen (Me) with my (Clothes off) (either) - (So (Please)

Tell (Me) (How) in This (World) Could (Counts 1+2) Happen + (I P) (I)

(Never) Dress or (UnDress) (Her) And with (the (Both) of (Us) with

All And (Clothes on) (According) to this (Testimony) By (BW) And this -

(Testimony) (Contradicts) (Counts 1+2) And (Definitely) (Proves) -

They were (Fabricated) (Lies) + (Plus) (BW) (Testimony) on (II) (EX. #I) (Pg-

129-L-10-12) - States - (BW) - (It Never) (Happen) + Also (II) (Pg. (#I-)) -

(Pg 1095-L-12-13) - were (the ADA) At (Closing Arguments) (BW) Admits

(BW) Has (Stated) + (testified) - that (She) Got Right up Here + told (You)

(the Jury) (Yeah)! (I) said, it (A (Never) (Happen) (me (the Truth) (For once)

(#12): And Also (BW) Has (testified) (Several) times (She) Did -

(Pg 10 of 18) or (34)



A      Not really.

Q      So you don't remember what you would have told

3      them?

4      A      No.

5      Q      Going back to the day and what you say

6      happened, have you ever said that your hands were tied

7      together?

8      A      I don't remember.

9      Q      Is it possible your hands were tied together?

10     A      Maybe.

11     Q      And you might have told somebody that in the

12     past?

13     A      If I did, I don't remember.

14     Q      Do you remember now whether your hands were

15     tied together or not?

16     A      No.

17     Q      So you don't remember if they were tied

18     together and you don't remember if they were tied to

19     anything?

20     A      They were tied to something.

21     Q      But you don't know what?

22     A      No.

23     Q      Did Mr. Snodgrass ever dress or undress you?

24     A      No.

25     Q      He never did?

26

VOLUSIA REPORTING COMPANY

194

        1      A    I think so.

        2      Q    Didn't you want to get a picture of you on the

        3  bed after you saw your sister?

        4      A    (No response.)

        5      Q    You like to do what your sister did, right,

        6  she was your older sister?

        7      A    Yeah.

        8      Q    Based on what you've seen today and looking

        9  today and yesterday, Mr. Snodgrass did not have a poster

       10  bed, did he?

       11      A    No.

       12      Q    And you were never tied up to a poster bed,

       13  were you?

       14      A    No.

       15      Q    And you don't know if you were wearing long

       16  pants or shorts, do you?

       17      A    No.

       18      Q    And you don't remember whether or not Mr.

       19  Snodgrass undressed you or -- or ever dressed you or

       20  undressed you, do you?

       21      A    No.

       22           MR. QUARLES:  Judge, I think if we took a

       23      break I might -- we might save some time in that if

       24      I talk to Mr. Snodgrass about some of the proposed

       25      questions, I think we might can eliminate some of

VOLUSIA REPORTING COMPANY



1     And you testified that when he carried you he put

2    you on the bed; is that correct?

3    A   Yes.

4    Q   And that he -- you said that he pulled your pants

5    down?

6    A   Yes.

7    Q   And you've testified that he touched you in the

8    bathroom?

9    A   Yes.

10    Q   And that he put his -- put your hands on his pee

11   pee, right?

12    A   Yes.

13    Q   And that he put his pee pee inside you?

14    A   Yes.

15    Q   But you don't know how far?

16    A   Yes, I don't know.

17    Q   But on the bed did he do anything else?  Is that

18   all he did?

19    A   Yes.

20    Q   You said that he tied your arms with something that

21   was soft and braided?

22    A   Yes.

23    Q   Do you know what color it was?

24    A   White.

25    Q   Do you remember where it came from?

*(handwritten top margin)* About Call Phone + Rope the AOA



1    happened?

2        A    No.

3        Q    Have you seen your sister A▇▇▇?

4        A    No.

5        Q    Have you had a hard time talking about this?

6        A    Yes. *Because it HARD to Remember all*

7             *of her 90 Plus Lies she Has told*

         Q    Have you had a hard time over the last four

8    and a half years talking about it?

9        A    Yes.

10       Q    Are there times that you said nothing

11   happened?

12       A    Yes. *the TRuth*

13       Q    Are there times you said you didn't remember?

14       A    Yes.

15       Q    Have you always remembered?

16       A    Yes. *than why Did Bw say At Least 39 times*
             *I can't Remember At least ? Plus*

17       Q    Why did you say that? *Its Very Hard to Remember 90 Lies*

18       A    Because I didn't want -- I just -- I didn't *Swears*

19   want to talk about it.

20       Q    Now, do you remember a deposition where

21   Mr. Quarles was at, I was at, and he was asking you some

22   questions?

23       A    (Witness nods head.)

24       Q    Is that a yes?  I'm sorry.

25       A    Yes.

*[handwritten top margin: this is the ADA At Closing Arguments)  LAST word]*
*[handwritten left margin: (L-12-14)  EX: L-9]*

```
 1   her recollection of the -- of the testimony, but

 2   I'm going to instruct the jury again, they're to

 3   use their own recollection.
         *[handwritten: ✳ were my EX wiPe (Toyed) to Frame me) Before this]*
 4   MS. OPSAHL:  Now, we're not here to decide

 5   those cases.  You're not here to determine any sort

 6   of guilt, proof, evidence, or anything on those

 7   cases.  But what they are offered for is to prove

 8   in this case, in B▮▮▮▮▮ case, his motive, his

 9   opportunity, his plan, his preparation, his intent,

10   his knowledge, and his absence of mistake.  That is

11   what that is introduced to prove.

12           Now, (B▮▮) made some inconsistent  *[handwritten: 60 Lies Plus is nr.]*
                                                 *[handwritten: some (Slnc.)]*
13   statements.  (She) got right up here and told you  *[handwritten: total 90 Lies]*
                                                         *[handwritten: the (Truth) toudone]*
14   Yeah, I've said it, it never happened.  I've said I   *[handwritten: you Don't.]*
                                                           *[handwritten: Forget Some]*
15   don't remember.  She doesn't want to talk about it   *[handwritten: like this you only Can't Rem your Lies]*
                                                         *[handwritten: because they all (lies) she Can't Remember]*
16   She's never liked to talk about it.  It doesn't

17   mean she didn't remember.  She'll never forget it  *[handwritten: LIES]*  *[handwritten: Than when]*
     *[handwritten left: Does the Story Change in EVERY Document + At trial]*
18   But, ladies and gentlemen, I submit that those
     *[handwritten left: But the R3 13 Of a Big Lie is Too]*
     *[handwritten: (ALL 60 of them) + 30 more at trial = 90 Lies (U can Prove)(Lies.)]*
19   inconsistencies are not lies.  It doesn't mean it's
     *[handwritten left: they are all lies]*
20   not the truth.  Most of it is a 13-year-old trying   *[handwritten: Yes it Does]*  *[handwritten: (BS) ALL]*  *[handwritten: U D/word]*
     *[handwritten left: 18 days ago 14 years old]*
21   to testify and take the context of a question about
     *[handwritten left: that a few matters]*
22   something when she was nine years old.  You heard  *[handwritten: she a (BS) You Dont Forget it, only]*  *[handwritten: (Lies) you forget]*
     *[handwritten left: that Fool Two True]*
23   me ask her this whole, Did you have underwear on?   *[handwritten: (Lied) then]*

24   Mr. Quarles got up and asked her, Do you remember

25   what you wore there that day?  No, not really.  I
```

(#12). (Not Dwant (Any thing) To Do with This (Right) (Because Right)
see (II) EXi: (#K) (Pg 44-L-9-11) And Also - (L-12-14) (BW) said
*(Why) Don't (You People) Leave (Me) (Alone) (You People) (The ADA)
Kept on Getting (BW) (to Lie) & (Falsely) (I.D.) (Planted) (False)
(Evidence) (the Brown) (Rope) By (Det. Taylor) (Falsely) (in (Evidence)
And Also To (Falsely) I.D.) > the (3 months) (Later) Recieved (Christmas>
(Pg 317 29-35 Cookies) on My (Night Stand) that I (Recieved) A Long time After
(BW) (Alw) were Ever over (my Place) Again> (Recieve on) (Dec 15) too
+ (the Alleged (Fabricated) (Crime) So Called Happen on (Sept 14) 2007 And
Her (Last Day) over my (Place) to Her (2nd, invicyct) Lessenn on (Sept (807) on>
* That the (ADA) (Falsely) Got (BW) To (Falsely) I.D) At Trial (in Person) (No minds) (A Frand Jury)
with (False) (Evidence) That (no Witness's) (Testified) (At Trial) My Also (Reviewed) (The (Cook) on (Dec 15, 07)
(#13> Now SEE (II) EX: #L) Pg 189-L-7-14) + Also (L-21-75) were
(BW) Has (Testified) (that People) (Has made (Her (Say) things)
(Yeah) (me) > Like (the ADA) > (it Hurts) +(Falsely) (I.D.) ing (Planted) (Evidence
Christmas Cookies (Dec) I.D.) 3-313-25 with (3 Extra Copies Package
(A (Brown) (Rope) +(the (3) months) Later (Christmas Cook's) (Plus) MORE> that (was (not) EVEN>
then (3) months (Prior) & (Her) (Crack Cocane/ Prostitute) (mother) (Mary>
> ran) (Retried Again (Proof) Later (Pg 353) to Get (BW) To (Fabricate) This (whole)
(Bogus) (Fabricated) (Story) to (Rosann) (Custody) of (The kids) And to
use (me) As (The (FAll) Guy) And (it work) (Proof) Later (in (II) Pg 268 +
268) (in (Extra) Papers) (Plus) My EX-wife (Joan) (Paid (Her) to Do it
(Proof) (Later (II) Pg 245 + 248) + (90 MCD) (the Court) (Delearth) Has to Read <
* Review (This (Very important) (Documents) the (DeBearth) (Denied) my (Grievance) (with the (Extra) Packages)
with (the (3) Extra Pages) And (No Witness) Reviews them) (were) (Retred) (Driving) (Help (way) Tee Dead (Disturbing)
** #14)> (Note) Here is were (BW) Kept on Changing (VENUE)
o f were This (Fabricated) (Crime) (Story) So Called (Happen At) And
Has (Definetly) (Violated) > (FS: 817. 031) States> (VENUE) + Pro>
secution) or were (the Alleged) Crime (took Place) At (1st) (BW) Has
(Stated) it (All Happen) At (my) (Place) + (2)> (Then) on (BW) (1st) (Depo) testified
(Dec 10, 2009) It's (Now) (All) (Happen) At (Her) (Place) on (Sept 23) 2007)
* And I was (Embraced) (Tied-up) To my (Fabricated) (4 Posts) (Poster Bed) (I)>
(Never) (Had) And that (She) was (Pretty) Sure) that (was) (+ All>
>(Happen at (Her) (Place) And is (the First Time) (BW) Has (Ever) (Stated) or
(Testified) (She) was (Pretty sure) (About Anything) Before this (And (BW)
(Place) was (A Very Small (26 Foot) TRAVEL Trailor) they were (Renting) on>
>Back
in #Trailer Park) with (BW) + Her (Dad) + Her Big Sister (BW) + (Little Brother (NW)
And (A maximum) SIZE (Dog) that (my) EX-wife (Joan) Gave to them For (Ever) from
* (Plus) what (else (to (FRAMED (ME) >   >Contiue >   <(Her) (Pet Shop)

(Pg 11 of 18) or (34)

→ Plus (BW) Her Also (Talked) (She) Like Her (Menstrual Cycle) (Lessons) And (Did Not) Know (Why) they (Stop)

#14  And (According) To (the State) Report) (the 2) Girls (BW ## AW) & (their (Little Brother) All (Slept) on (Basically Dirty) (Mattress) with (No Sheets) or (No) (Blanket), + Also (the medium size (Dog) And (Mess) on the floor) & (Tons) of (Cockroaches) + (Plenty) (Dirty Clothes) And (the Place) smell (Bad) they were (Very Poor) (I was (Never) (Inside) of their (Place) .

*(B.W.) April 23 (Hearing) 1 of 2*

*B (44) Exhibit D*
*B (133)*
*B 1095 you have*

*(Exhibit 3) K*
*Pg 1 of 1*
*(L-9-14)*

1   we're going to have you come back in for just a little

2   bit, and then it will be over, okay.

3          B.W.: Okay.

4                    CROSS EXAMINATION

5   (BY MR. QUARLES:)

6   Q   B_____ you've tried to forget about this,

7   haven't you?

8   A   Yes.

9   Q   And you've said several times that you didn't want

10  to have anything to do with this, right?

11  A   Right.   *In her (1st Depo) (2 Times (Depo) + (at Trial))*

12  Q   And you've also said, you know, why don't you   *th ASSIS DA*

13  people leave me alone, correct?

14  A   Yes.   *(Also In her (1st Depo)   So (the Assis DA) Kept on (Pushing)*
        *(her) will do this,   (2 Times (Depo) + (Trial) said this)*

15  Q   And after you tried on the costume, you went back

16  into the bathroom; is that right?

17  A   Yes.

18  Q   And you said Mr. Snodgrass came into the bathroom

19  after that?

20  A   Yes.

21  Q   What kind of clothes did he have on?

22  A   I'm not sure.   *But (the) next Day at + Trail She Stated She*
        *was wearing Shorts + a T-Shirt (Before Long Being Grandant.)*

23  Q   What kind of clothes did you have on?   *After the DA Show*
        *her the Picture of her*

24  A   I think -- I'm not sure on that.   *And my Rent Bed the*
        *Story changed*

25  Q   And going back to the first time, you said that you



1    that?

2       A    I never said I didn't want to do anything

3    about it.

4       Q    Okay.  But you said you didn't want to talk

5    about?

6       A    Yes.

7       Q    And people have made you talk about it,

8    they've made you say things, correct?

9       A    (Witness nods head.)

10      Q    Yes?

11      A    (Witness nods head.)

12      Q    I'm sorry, she has to type it.

13    court reporter.)

14      A    Yes.

15      Q    Okay.  And there things that you told people

16    you don't remember and they've told you what perhaps you

17    should say, right?

18      A    No.

19      Q    No?

20      A    (Witness shakes head.)

21      Q    But there have been things that you said you

22    don't remember.

23      A    Yeah.

24      Q    That now you say you do remember.

25      A    Yeah.

(14)? From (Her) (Pet Shop) (now tell) What (Pet shops) Gives (FREE) (Dogs) or (Cats) (Away) For (FREE) then (in Business) (to) (sell (Pets) (not) Give them Away For (Free). So tell (me) (How) in? **? the (world) Could (BW) Be (Fabricated (Tied up) to my (Fabricated) (4) Posts) Poster Bed) & (Rape) & (Fingen) in (my) (Bathroom) at (Her) (Place) And Again (Testified) (She) was (Pretty Sure) (it All Happen) (at (His) (Place) This is (CRAZY) And (Totally) (100%) (Impossible (to Happen) And Also (Definitely) (Proves) (BW) (Lies) & (Fabricated) wild (Stories) #3 Than at Trial it All Goes Back to (Fabricating) Happening At (My Place) & kepts on Changing (Venues) SEE (TR) EX: #(M) Pg 154-2-1-13) + (Ex:M-) > Pg 155-L-15-25) & Also (Ex:M²) Pg 156-L-1-25) & Also (EX:M³) Pg 157-L-1-4) (And Also (2) (TR) (not Here) Pg 53-L-13-14) + (Pg 54-L-3) And (that this is (Just (not) (CRAZY) it Also (Contradicts) Each other)

(#15) (Now) Also SEE (EX:> #N) +(W-) (Pg 151-34-35) + (Pg 152-L-1-7) Were (BW) (Testified) (at Trial) That (She) (Likes) (Telling) (Stories) (Even If> they ARE (Not) True) (Like) the (one) And (She) Thinks (She) Is (Pretty> Good) At it) (me) (She (Sure) Is) (She) Got All of (You) (Gullible) (People) (to Believe) All of These (Crazy) Stories) And (How) (90) Plus (Lies) + (Fabricated) Stories) that All Cause (me) to Be (100%) (Falsely) (Convict)

(#16) (Now) (Your Honors) (I) Have Done A lot of (Research) on *(Children) (Lying) + (Fabricating) (Stories) (Like (BW) Has Done) (now) > And There is (a Condition) > called (Pseudologia) (Fantastica) That (Means) > (a Tendency) (to tell Stories) (Containing (Facts) (In> ter (Woven) with (Fantasy) By (Psychologist) > (KANG (Lee) At the> (University) of (Toronto, CA) And That (BW) Also (with) (Have) (Antisocial) (Personality) (Disorder) > (Means) > That (Tend) to Tell (Manipulative) (Lies) or (Narcissists) (Means) > May tell (False Hood) (To Boost) there (Image) (I) think (BW) Has (All (3) of these (Disorders) And (How) (90) Plus (Lies) + (Fabricated) Stories) & Also (I) Really Really (Crazy) (Stories) *SEE (EX: #N²) #1 2 3 4 5) Also (EX: > N-3) #L-6) (this (Picture) (N³) (Even) the (Bible (BW) (Both) (BW) & my Exwifes (Crazy) (2013)

(#17) (Now) on (TR) (Pg 161-L-3-9) At Trial (not Here) (BW) was Ask By my (Lawyer) (SBC) Did You (Mother) (Mary Ann) Have (A Poster Bed) (BW) > (I) Don't Remember. But on (BW) (1st Depo) on (Dec10,09) (BW) (Testified) That (my) (Fabricated (4) Posts) Poster Bed) (I never) Had)

(Pg 12 of 18) or (34)

*[Handwritten annotations in margins:]*

Exhibit #

DN I / B W

2-1-13  EXAM  Pg 1 of 4

154
155
156
157

*It So called happen Happen At her Place*

```
 1        Q    In the past when you were questioned about
 2    this, did you indicate that (you weren't sure) where this
 3    happened?)
```

*3 LIE*

```
 4        A    (No.) # I LIE
```

*5 cont*

```
 5        Q    Haven't you told some -- haven't you said
 6    before that (you) didn't know where it happened,) that it
 7    might have/ happened) at your house?)
```

*✗ 8*

```
 8        A    (It didn't happen at my house.)
```
*On her (1st Depo) I t did And She was PETTY SURE of it*

*9 s*

```
 9        Q    But have you told that to somebody in the
10    past?
```
*I Also BELIEVE the ASST. DA. OPSAHL told (BW) to SAY THIS if she gets Caught Lying*

```
11        A    (I don't remember.)  BUT According to (BW) Testimony on (Pg 129-L-13-16) [at trial]
```
*That (She HAS Always Remember EVERYTHING) (But HAS Said I Don't Remember (AT TRIAL) AT LEAST (37 Times)*

*✗ 12  16*

```
12        Q    Do you remember (page 53,) December 10th, 2009
13    deposition?
14             MS. OPSAHL:   Just a minute, Judge.  If I may
15        provide a copy.
16             THE COURT:   Okay.  B███████ what grade did
17        you say you were in?
18             THE WITNESS:   Seventh.
19             THE COURT:   Can you read pretty good?
20             THE WITNESS:   Uh-huh.
21             THE COURT:   He's going to ask you some
22        questions from that book there and what that is is
23        from when you were interviewed or when you talked
24        to somebody about what happened.  Whatever words
25        that were recorded have been written down.
```

VOLUSIA REPORTING COMPANY



1        THE WITNESS:  Okay.

2        THE COURT:  And so it's -- I believe it's

3   called a deposition, if that's what you're looking

4   at.  And he'll refer to a page number, which will

5   be at the bottom corner.

6        MR. QUARLES:  Actually, I think it's the top

7   right.

8        THE COURT:  Oh, okay.  Sorry.

9        MR. QUARLES:  That's okay.

10       THE COURT:  The page number at the top right,

11   and then along the left-hand column there should be

12   some numbers and that will be the line number.  So

13   he may be asking you some questions from that.  And

14   you're talking about page?

15       MR. QUARLES:  53.

16       THE COURT:  If you go to page 53.

17   BY MR. QUARLES:

18       Q    Did you find page 53, B

19       A    (Witness nods head.)

20       Q    Do you remember taking your deposition

21   somebody took your deposition.  It wasn't -- I didn't do

22   it.  It was in Tennessee, I believe.  Someone took your

23   deposition and asked you questions, you were placed

24   under oath and you were asked questions about

25   Mr. Snodgrass' situation.  Do you remember that?

VOLUSIA REPORTING COMPANY



(Subject # ___) (But Stret At 6.153)
A (_____)
(2-25)
especially (L-17-22) **

B.W. trail                    156

1    A    Yes.
2 cont Q    Okay. (Look at line 13 on page 53) (1st Depo)  Does that
3    question -- is the question: "And what did
4    Mr. Snodgrass do at your house?"
5         Is that (line 13) on what you're looking at?
6    A    Yeah.
7 cont Q    And what was your answer (on line 14?) (1st depo)
8    A    ("I think that's when it happened.) I'm not --
9    I don't know, but I think."  then this is (no way) in this world I forget this world I forget this
10 cont Q    Okay. And then the (next page, page 54,) line> (1st Depo) Not HERE
11   3. Okay -- the question is: "Okay. But you think it
12   happened at (your) house?"
13        And what is your answer?
14   A    "Or either at (my house) or (his) (I can't
15   remember." this would be totally impossible (Not to Remember this) Plus. Has testified on (Pg 129-L-13-16) She HAS Always Remember everything
16 cont Q    What's the next line?
17 (BW) A    "I'm pretty sure it was (my house." A VERY SmAll (26 Foot TRAVEL TRAILER with (4 dogs AND (a medium) dog)
under 18 cont Q    (And you were being asked about what happened,
B. 827,03) 19   right?)
20   A    (Yes.)
21 cont Q    (And you testified (under oath) back then that
22   (you) were (pretty sure) it happened at your house.)
23   A    (Yeah. (BW)
24   Q    But today you're saying differently, correct?
25   A    Can you say that again.

VOLUSIA REPORTING COMPANY



(START AT Pg 153-L-23-25)

1  cont    Q    Today you've testified it happened at Mr.

2    Snodgrass' house. Plus Drew A Picture of my Place as (A 3 story House)
                    It was a (Moble Home) 1 story

3         A    Yeah.

4  cont    Q    But when you were under oath and you were
                                    1st Depo
5    asked back on December the 10th of 2009 you said it

6    happened at your house. in "(VERY Small 26 Foot Travel Trailer) with 4 People + a dog
                                (I have a picture of it)

7         A    Yeah. (But) even Admitting She (LIED) About this

8         Q    Isn't it true that there came a time when you

9    got mad at Mr. Snodgrass and you wanted to get him in

10    trouble?

11         A    No. LIE

12  cont    Q    No?

13         A    Can you say that again.

14  cont    Q    Did you ever get mad at Mr. Snodgrass and want

15    to get him in trouble?

16         A    No.

17  cont    Q    Did you ever get mad at him?

18         A    No.

19         Q    Do you remember that Mr. Snodgrass had a

20    limousine?

21         A    I've heard about that he owned one that he

22    owned a thing where there were limousines. She Not only
      seen it in (my Front YArd) She got inside of it with her Family to (Check it out)

23  cont    Q    Did Mr. Snodgrass -- did he ever talk to you

24    and your sister about picking you up from school with

25    the limousine?

1    you promised to the tell the truth, so you're

2    still, what we call, under oath. You're still

3    obligated to tell the truth. Mr. Quarles is going

4    to ask you some questions, and the questions were

5    written down by Mr. X and so he's going to ask you

6    some questions. Okay?

7         THE WITNESS: (Witness nods head.)

8         THE COURT: You may inquire, sir.

9         MR. QUARLES: Thank you, Judge.

10              CROSS-EXAMINATION OF B.W (minor)

11    BY MR. QUARLES: S B C

12    Q    B[        ] have you referred to your telling

13    about what happened, or what you claim happened, have

14    you referred to that in the past as a story?

15    A    No. (lie)

16    Q    You've never talked about how the -- what the

17    story was?

18    A    I don't understand.

19    Q    When you were telling about what -- the things

20    that you've told the jury about today, haven't you used

21    the word that, you know, "the story"? Haven't you

22    described that as the story before?

23    A    No.

24    Q.   Do you like writing stories?

25    A    Yes.

VOLUSIA REPORTING COMPANY



1  Q  Do you think you're a pretty good story
2  teller?

3  A  I guess. (she) SURE IS, she got the Jury to Believe all of her Lies And got nk FALSE Demonstrated

4  Q  What do you want to be when you grow up?

5  A  I'm not sure yet?

6  Q  Have you ever told a story that wasn't true?

7  A  Yes. YEAH > this one

8  Q  Do you like a lot of attention?

9  A  No.

10  Q  Have you ever had a dream about what you think
11  happened at Mr. Snodgrass' house?

12  A  I've had dreams about it, yes she said dreams about (Nightmares)

13  Q  Do you know what a fantasy is?

14  A  Yes.

15  Q  What's a fantasy?

16  A  It is something that's make-believe, like this story

17  Q  What's reality?  Do you know what that is?

18  A  Yes. LIER

19  Q  What is reality?

20  A  What really happens.

21  Q  Have you ever had problems distinguishing
22  between a fantasy and a reality?

23  A  No. So THIS MEANS (BW) MALICOUS LIED About EVERYthing

24  Q  You've talked about this and told different
25  people about what you claim happened at Mr. Snodgrass'



## IDENTITY THEFT

### Many made claims to be the grand duchess of Russia, but all of them were frauds.

**IT WAS A GRUESOME CRIME:** In 1918 Bolshevik revolutionaries executed Russian tsar Nicholas II, the empress, and their five children. But did Anastasia, the youngest daughter, escape? Several impersonators exploited this hope, most famously Anna Anderson, an Anastasia look-alike who filed an unsuccessful suit in 1938 to try to prove her identity and claim an inheritance. Anderson, who had supporters as well as detractors, died in 1984. A posthumous DNA test found she was unrelated to the Romanovs and appeared to confirm she was a Polish factory worker named Franziska Schanzkowska.

#### OTHER FAMOUS FIBS

**JOAN LOWELL:** *"Any damn fool can be accurate—and dull."*

Lowell famously fabricated her best-selling 1929 memoir, *The Cradle of the Deep*, about childhood adventures aboard a schooner with her sea captain father.

**HAN VAN MEEGEREN:** *"It was awfully hard work."*

The modestly talented 20th-century Dutch artist pocketed millions of dollars for his forged Vermeer paintings, which he baked in an oven to make the fresh paint look centuries old.

cheating. "Here we give people a chance to steal lots of money, and people cheat only a little bit. So something stops us—most of us—from not lying all the way," Ariely says. The reason, according to him, is that we want to see ourselves as honest, because we have, to some degree, internalized honesty as a value taught to us by society. Which is why, unless one is a sociopath, most of us place limits on how much we are willing to lie. How far most of us are willing to go—Ariely and others have shown—is determined by social norms arrived at through unspoken consensus, like the tacit acceptability of taking a few pencils home from the office supply cabinet.

PATRICK COUWENBERG'S STAFF and fellow judges in the Los Angeles County Superior Court believed he was an American hero. By his account, he had been awarded a Purple Heart in Vietnam. He'd participated in covert operations for the Central Intelligence Agency. The judge boasted of an impressive educational background as well—an undergraduate degree in physics and a master's degree in psychology. None of it was true. When confronted, Couwenberg's defense was to blame a condition called pseudologia fantastica, a tendency to tell stories containing facts interwoven with fantasy. The argument didn't save him from being removed from the bench in 2001.

There appears to be no agreement among psychiatrists about the relationship between mental health and lying, even though people with certain psychiatric disorders seem to exhibit specific lying behaviors. Sociopathic individuals—those diagnosed with antisocial personality disorder—tend to tell manipulative lies, while narcissists may tell falsehoods to boost their image.

But is there anything unique about the brains of individuals who lie more than others? In 2005 psychologist Yaling Yang and her colleagues compared the brain scans of three groups: 12 adults with a history of repeated lying, 16 who met the criteria for antisocial personality disorder but were not frequent liars, and 21 who were neither antisocial nor had a lying habit. The researchers found that the liars had at least 20 percent more neural fibers by volume in their prefrontal cortices, suggesting that habitual liars have greater connectivity within their brains. It's possible this predisposes them to lying because they can think up lies more readily than others,

*[handwritten annotations throughout, including:]* EX:(N°2) Pg 1 of 2 · EX's # N°2 (Pg 1 of 2) · (This Picture looks A lot LIRB BW) · (BW) (2 Pics) · (BW) 85% · (BW) 15% · this side (BW) · 90 LIES & Fabricated Stories #2 SEE 502 pg 3 · Also My DEW LIFE from 90% · Also My (EX WIFE) 10% · (Both) (BW) + (My DEW LIFE) (BULL woman) · IDENTITY THEFT · Pg 16 out of (17) · BW NO · (BW) NO · Both · BW 3 · (BW) Both · BW (4) · BW · BW (5) · BW

continue on Pg 17 or might BE th Result of Repeated Lying Also Continues on (Pg 38) (OR 34) in (Entire Package)

*[handwritten at bottom:]* THIS was in the National GEOGRAPHIC MAGAZINE on (June 2017) ISSUE

*(handwritten: Exhibit — Pg 3 of 89 )*
*(handwritten: EX: (#N-3) (Pg 20 P2) )*

*(handwritten: Pg #12 out of (12) )*



## PRESIDENTIAL UNTRUTHS

The Washington Post

**Nixon Resigns**

Ford Assu

## Watergate set the bar for presidential lies when Nixon insisted he played no role.

ON THE MORNING of June 17, 1972, five men were arrested after breaking into the Democratic National Committee headquarters in the Watergate building in Washington, D.C. The media, led by *Washington Post* reporters Bob Woodward and Carl Bernstein, doggedly pursued the story, exposing wiretaps, secret documents, and hush money. President Richard Nixon denied involvement in the scandal, declaring, "I am not a crook," in a nationally televised press conference. But the White House cover-up failed. Faced with almost certain impeachment, Nixon resigned from his second term in office on August 9, 1974.

### OTHER FAMOUS FIBS

**DONALD TRUMP:** *"I won the popular vote if you deduct the millions of people who voted illegally."*

The president—who won the Electoral College but lost the popular vote—has kept fact-checkers busy with his steady tweets, many provably untrue. There's no evidence of significant voter fraud.

**BILL CLINTON:** *"I did not have sexual relations with that woman."*

Clinton's initial denial in early 1998 was subsequently proved false by the discovery of his DNA in a stain on intern Monica Lewinsky's dress.

ART BY TIM MCDONAGH, TEXT BY CLAUDIA *(illegible)*

*(handwritten: this continues on Pg 28 of 34) with (extra) Packets )*

---

the beginning of a loss of innocence—Kang Lee, a psychologist at the University of Toronto, sees the emergence of the behavior in toddlers as a reassuring sign that their cognitive growth is on track.

To study lying in children, Lee and his colleagues use a simple experiment. They ask kids to guess the identity of toys hidden from their view, based on an audio clue. For the first few toys, the clue is obvious—a bark for a dog, a meow for a cat—and the children answer easily. Then the sound played has nothing to do with the toy. "So you play Beethoven, but the toy's a car," Lee explains. The experimenter leaves the room on the pretext of taking a phone call—a lie for the sake of science—and asks the child not to peek at the toy. Returning, the experimenter asks the child for the answer, following up with the question: "Did you peek or not?"

Most children can't resist peeking, Lee and his researchers have found by monitoring hidden cameras. The percentage of the children who peek and then lie about it depends on their age. Among two-year-old transgressors, only 30 percent are untruthful. Among three-year-olds, 50 percent lie. And by eight, about 80 percent claim they didn't peek.

Kids also get better at lying as they get older. In guessing the toy that they secretly looked at, three- and four-year-olds typically blurt out the right answer, without realizing that this reveals their transgression and lying. At seven or eight, kids learn to mask their lying by deliberately giving a wrong answer or trying to make their answer seem like a reasoned guess.

Five- and six-year-old kids fall in between. In one study Lee used Barney the dinosaur as the toy. A five-year-old girl who denied having looked at the toy, which was hidden under a cloth, told Lee she wanted to feel it before guessing. "So she puts her hand underneath the cloth, closes her eyes, and says, 'Ah, I know it's Barney,'" Lee recounts. "I ask, 'Why?' She says, 'Because it feels purple.'"

What drives this increase in lying sophistication is the development of a child's ability to put himself or herself in someone else's shoes. Known as theory of mind, this is the facility we acquire for understanding the beliefs, intentions, and knowledge of others. Also fundamental to lying is the brain's executive function: the abilities required for planning, attention, and self-control. The two-year-olds who lied in Lee's



*(handwritten: this was in the National Geographic magazine on June 2017 issue)*

(#1). = Looks Like (How) (mothers) (4) Posts) Poster Bed) But (my) (4 Posts) were (A Lot Higher) * (Than on (BW) (2nd Depo) on > Sept 22, 2011) my Now (Lawyer) Ask (BW) (1 F) (Now) were (standing) on (Mr. Snodgress) (me) (Mattresses) How Much (Higher) were (the Posts) over (the Mattress) than (BW)? Stood up And Showed > them And (My Lawyer) + (the A.D.B) (Both) (agreed) (BW's) Has (Posts) (Fixed) that my (4 Posts) were a (3 Feet) Higher (over) my (Mattress) (Now) See (#) (Ex: = (#1) (Pg 144) (Pg 162-L-1-25) Ask my (BW) + F (She) Remembers (Drawing) with my (SBO) (Lawyer) is (showing) (BW) The (picture) she (Drew) on Her (1st Depo) on (Dec 18, 2009) of (the BED (she) was (Fabricated) (tied-up) to And (testifies) it Has (4 Posts) on it (Now) See (#) (Ex: = (#O) (Pg 162-L-1-13) = When my Lawyer * (L-7-9) is Asking (BW) (You've) (Always) said that (Mr. Snodgrass) (me) Had A (4) Posts) Bed) (Until) (today) (correct) (at Trial) (BW) (Yeah) * (L- 10-12) And (You've) (changed) that For (the First time) in > (4 years) (today) (BW) (Yeah) (ACTUALLY) it was (4 1/2 years) Plus) So (Now) See (#) (Pg 168) (Ex: = (#2) > (the Picture) (BW) (Drew) of the (Fabricated) (4 Posts) (Poster) Bed) She was (Fabricated) (tied-up) to + (Fab > icated) (Penetrated) + (Reason) that was (still) (Vivid) in (her) (After this) And Also After (Burns) > (look) At were (she) (Drew) the Picture of (Her) (Self) with (a Big) (Smile) on Her Face) (#4) > And Also (Drew) A (Fabricated) (Invisible) (Bathroom) (Door) that's (not) There) (its was (a 5X7 Foot (opening) + Also (BW) (All) (Fabricated) they (Both) Have (open) + (closed) the (invisible) (Bath (Door) and (that) (I) Also (Fab. > icated) (open) the (invisible) (Fabricated) Bathroom (Door) + (came in on (her) + (pulled) Her (shorts) + (underwear) Down And (Fabricated) (Fingers) (Her) (in my (Bathroom) Because (BW) Has Also (testified) (2 times) (at Trial) (I) (Would) (Dress) or (undress) (Her Again) See (#) Ex: = #I) > + Pg. 187) + (Ex: (#I ) Pg 194) with (Pg 10) And Also Has (testified) at (Her) (Depo) on (Dec 10, 09) that (I) Have (Never) seen (Her) with her) (clothes off) (or Down) + Also said (she) Has (never) seen (me) with my (clothes off) (Either) (Down) And (Proves) (that All of this) Began (Picture + (testimony) was (Based) on All (Lies) + (Fabricated) Stories + And (Now) See (#) Police Photo (Ex: = # O) (Pg 362) (of Picture) of P (my head = > (Bed) shows a (Half Moon) Headboard) (Like the (#) (No Posts) on (Footboard)

And Said it was → (White) + Had 5 Pins + on it

(Pg 13 of 18) or (34)



MR. QUARLES:  B as in boy.

2        May I approach the witness, Judge.

3        THE COURT:  You may, sir.

4    BY MR. QUARLES:

5        Q    B          , do you recognize that?  (Tenders.)

6        A    Yes.

7        Q    What is that?

8        A    A picture.

9        Q    Where did it come from?

10       A    I don't remember.

11       Q    Did you draw it?

12       A    Yes.  It has my name on it.

13       Q    Do you remember at one of the depositions that

14   you were asked to draw, I think, maybe Mr. Snodgrass'

15   room, or bedroom?  Isn't that what that looks like that

16   you drew?

17       A    Kind of.

18       Q    But you did draw this, correct?

19       A    Uh-huh.  It has my name on it.

20       Q    And is that a drawing of a bed?

21       A    Yeah.

22       Q    And does that have posts on it?

23       A    Uh-huh.

24       Q    Yes?

25       A    Yes.

```
 1    Q    Four posts?
 2    A    (Witness nods head.) (YES)
 3    Q    And is that -- as far as you remember, is that
 4    a drawing that you did of Mr. Snodgrass' bedroom?
 5    A    I think so.
 6    Q    You've testified and talked about it before.
 7    You've always said that Mr. Snodgrass had a four poster
 8    bed until today, correct?   For (4 yrs) Plus
 9    A    Yeah. (BW)
10    Q    And you've changed that for the first time in
11    four years today.
12    A    Yeah.
13    Q    Now, you've testified earlier today that you
14    went over to Mr. Snodgrass' house several times; is that
15    correct?
16    A    Only two or three.  Actually, it was 5 times (Sept 14, 15, 16 & 18  2007)
17    Q    Two or three.
18    A    (Witness nods head.)
19    Q    And the first time there was no unicycle
20    lesson, correct?
21    A    No.
22    Q    And the second -- what did you do the second
23    time?
24    A    We had a unicycle lesson.
25    Q    Did you and your sister have unicycle lessons?
```

VOLUSIA REPORTING COMPANY



#1 > She Drew my Bed As A (Guest) Not A Rented Bed
She Also Showing my Bed is made) I make it Every Day the First thing
I Do when I get up

#2 > (ME) > She is showing (ME) with my Eyes Pepping out At (HER)

#3 > She is Showing my Bedroom Door with (5) Panels on it And
said it was (White) (ME) > then PROVE Panels on it, its A Flat Plywood
Door And it is (Brown) Not (White) SEE (T) Pg 185-L-19-25)

#4 > (BW) Drew the Picture After so called Being Fabricated (Rape) on
my (Bed) But Still A Virgin) And She Drew A Picture of Her SELF with
A Big Smile on Her Face if this so called Happen She would of Drawn A
FROWN on her Face not A (Smile)

#5 > (BW) Drew A Bathroom Door on my Bathroom Again with (5)
(Panels) on it And Again Said it was (White) SEE (T) Pg 185-L-19-25
(ME) THERE Has Never Been (A Bathroom DOOR) And She (Fabricated)
this Bathroom Door & the Panels + the Color of it,

#6 > She is showing my 'BATH TUB) with (4) Legs on it And Again Said
it was (White)
(ME) > my BathTuB was (A Garden TuB) with (No Legs) with A Fake Brown
Rock BASE & (GREEN TUB)

#7 > My toilet She Said was (White) (ME) it was (Pink)

#8 > my Sink She is Show it is A Pedesel Sink + was (White)
(ME) my Sink was (A DouBle Vantey) (Brown) Stain) with A Hose Mirror
(ME) my Sink was (A DouBle Vantey) (Brown) Stain) with A Hose Mirror

#9 > The walls (BW) Said they Also were (White)
(ME) my walls were (BaBy Blue)

#10 (BW) Has Also testified For Years Plus That She was So called
(Fabricated) tied-up to my Fabricated (4 Posts) PosterBed with (Tan) Rope
But (Falsely) I D the Brown) Planted (Rope) At Trial But Also Has (2 times >
testified Now (the Pink) & (Brown) Rope is Now Change Colors
Again Now it is (White) Rope) SEE (T) Not Here (Pg 51-L-
+ Pg 167-L-       )

#11 > WERE (BW) Sign Her Name on this (Picture) She Drew

#12 > the Date (BW) Drew this on Dec 10 2009 At HER (1st Depo)



① Also since I look on (Arronica) My (2) Both (Bedrooms) that used to Be (My Show Room) 1 bedroom + the other (Bedroom) used to Be (my office) But (Now) They are in (My Bedroom)

② X on the Day of the Picture When I got (Falsely) (Arrested) on (Dec 19, 2007) I was Going threw some of my (Picture Books) And I went into my (Kitchen) to Get some (Root Beer) to Drink And I Look out My Huge Picture Window 3' X 6' foot And Seen A Bunch of Cars & Dust Coming Down my Dirt Rd (You) can see from my room window in my Living Room All the way Down to the Cross Roads And than I said to my self what the Hell is going on And than my Gate Alarm started going (Crazy) And All these (Cars) Are (Cops Cars) And they serounded my (Place) And came to my (Florida Room) (13 X 48') By with All see threw Window + Door And All these Cops At my (Front Door) And At First I thought they mite Be Here Due to one of my Ronton that I Really Didn't know And Did something wrong And (Dektkon Taylor) the Head Detective Knock on my Glass Front Florida Room (Door) And I went to the Door And said to (Det Taylor) (Det Don Noon (May) I Help (You) And (He) said Are you (Daniel Snodgrass) And I said (Yes) Sir And He said Turn Around (You) Are Under (Arrest) At first Again Not I thought (My Crazy) Bx with (Filed) Another (False) Police Report than (Didn't) you (Sexually) Asulted a Minor Girl And I said with a Surprize (I Did What) the (loadacrost) than they tore my Place Apart (Now) Really (Think) About the I so called (Fabricated) 10 + (Lured) Pop Porn (Furniture,etc) on (BW) than Later Also Fabricate (tied Alo up) + (Fabricated) (Rape) her + (Fabricated) Finger (Hoe) + Fabricated made Hoe(toch) on Hold my (Paws) that Change 5 Different time + ways And I am Going to Go to My Front Florida Room Door And See All these Cops + Detective And Answer (the Door) And Say May (I Help you) (If) this (Fabricated) Crime Really than (which it Didn't) I would of Grab my Gun And Ran out my Back Door where then were (No Cops At And (Jack off) And (Nobody) in their Right Mind (Common Since) to see I Did not (Do this) And (I Am Not He) (I do it) Would of Rude Answer the Door (if They Did this) And She Seen on (my Night Stand)

③ 15 (The Christmas Cookies) I Received on (Dec 5,07) that (BW) (Falsely) (I.D.) (Sept 18,07) (3 months (Paws))

#(12)? And (Nothing) to (Fabricate) (Tied up) to (Because) (it) (Never) (Happen) + Again see (EX:#1) Pg 129) + (EX:#2 Pg 1095) with (6 10) (B/W) testified (11)? (Never) Happen + (Also see (Pg 194) with (Pg 5) (1-8-14) That (B/W) (Recanned) at Trial And (admits) (s/w) (Lied) And (Fabricated) this (4 posts) (poster bed) that (s/w) was recalled (Fabricated) (Tied up) too (And rape on) And (Also) (So you (Don't Get (the wrong) (Idea) in this (Picture) of my Bedroom + Bed (Pg 361) all the (clothes) on the walls are for my (Assistance) (to wear) During my Show) And (see (#1) (Is (my (Show) outfit (I) Design + (made) And since (I) took on (2) > (Renter) that (Rented) on (my) (2) Back Bedrooms) my bed became > my (Show Room) +(office) And on this Day (I) was (Going threw) All my Pictures (I) Have (and as (you) Can (see) my (Beds) (made) + is the First Thing (I) Do when (I) wake up (to make (my bed) see (think) (Now) (I am) Going to Show (You) were (B/W) Has (Stated) + (testified) (She) was (Fabricated) (tied up) (Rape) (#1) (Different) (Ways) Her are (only (2) of (B/W (Fabricated) ways) (#1) > At First (B/W) Has (stated) that (she) was (Fabricated) (tied up) w/ is (one) Hand (over (her) (Head) to (one (top) Bed posts) And (the other (Hand) was (Tied up) (over (her) (Head) to the other (top) Bed posts) But (my bed) was (A round) (Head Board) (A) (Nothing) to (tie) his (up) to (over) (her) (Head) Than Also (one) (Foot) to (the Bottom (Bed (Posts) + the other (Foot) (tie to (the other (Bottom) > Bed (posts) with (her (legs) (spread apart) And (All) of (her) clothes) on (the floor) Again As (you) Can see the (Picture 362) my Bed Has (No posts) + (No foot Board) (Now) (I am) Going to Show (You) were (B/W) (testified) At (her) (2nd Depo) on (sept 22, 2011) (Just the (very (opposite) (#2) Now (B/W) was (only (tied up) to the (2 top) Bed (posts) (over) (her) (Head) And Now (Both) of (B/W (legs + Feet) Are (together) (now) with Her (Shorts) + > her (underward) (down) to Her (Ankles) (not) (tied up) And (Fabricated) (now) that (I am) (s) (sitting) on (top) of (Her) with my (Huge) (Penis) (and) (according) to (her) (Penetrated) (Inside) of (her) (tiny (Virgina) (now) Do (you) see (the Real > (contradictions) + (Here) (I) us thru Are (2) more (Fabricated) > (ways) this (so called) Happen (Late) Also this (only) (Take) (testified) (True) > (Real (Common) Since (to see) the) All would Be (100% (Imposible) to Do) + to A (over 61 inL) + (And (still) Being (A Virgin) (Also too)

(#17) > Plus (For (the Fact) (B.W) was (Still) (a (Virgin) with (Her) >
(Hymen) (In Full Tack) (Proof) (Medical Records) + (&) (Virginal >
Pictures) + the States (GYN) Nurses (Ms Van Hooten) Statements) And this
Also Shows (You) the (Court) How (B.W) (Lies) + (Fabricated) Stories)
* And is (Forensic Evidence)

(#18) > (Now) See (EX: > #04) (TT) (Pg 166-L-1-19) And Also See) Again
(EX: C) Pg 194) with (Pg 5) Were (B.W) (Falsely) (I.D.) (my Bed) After (he ADA)
Showed (B.W) (the REAL (Pictures) of (my Bed) of Texas (Now (B.W) (Lies) And
testified (She) (Now) (Recognizes) (my) Bed by my (Pink (Silk)
(Covers) But there Are (No Posts) (B.W) (No) (than on (L-17-19)
(my Lawyer) Ask (B.W) So (You) (Could not) Have Been (tied up)
(To Posts) (L-18-19) (I'm (Not (Sure) iF it was (that or (Not)
I know (I) was (tied up) though > (LIER) (Now) She is (Still) Saying
* (She) (Not) Sure) of Being (tied up) to Posts or (not). But was (Still)
(Fabricated) (Tied up) (Now) Again (No) Body) in this (world) would
* (Forget) (How) they were (So called (tied up) & (to What) they
were (So called) (Tie up) to > (And (You) (Never) (Forget) A LL
(the Details) that (Happens) when A (Tragedy) (Happens to (You)
(You) only (Forget (if (CAN'T) (Remember) (Lies) & (Fabricated) Stories)
* And all of this (proves) Count #1) was (Based on Lies)!!!!!! >

(#19) > (Now) As For (Count #2) Were (I) so Called (Fabricated)
(Finger) (B.W) in my (Bathroom) that (I am) Also Going (to Prove)
to this (Court) is All (Lies) + (Fabricated) Story) (Now (B.W) Has (Test >
> (Fied) At Trial #1 that (I) (Fabricated) > (OPEN) my (Bathroom >
(Door) < (Keywords) And (Fabricated) (Came In) on (Her) While (She)
> was Changing (Clothes) From (the Circus) outFit) Back into Hea (Regular
* (Clothes) (And So Called (Fabricated) (I) (Pulled (Down) Her (Shorts &
> (under wear) And (Penetrated) Her (Virgina) with my (Finger)
(Now) (I am Going (to Prove) to the Court (Several) (Lies) oF >
(Count #2) that would Been (100% (impossible) To (Happen) And it
is going to Be (impossible (to Prove) All of the > (B.W) (90) Plus (Lies)
Because of (Your) (So Far) (R w.o) (Exhibits) (Now) Back to (Count #2) (TT) Plaintiff >
Not Hoxe) (Now) the Day (before (Trial) At this (Hearing) on (April 23, 2012)
(B.W) Has (Testified (She (Closed) (the Bathroom (Door) < (Keywords) Pg 33-L-27-28)
+ Again (Closed) (the Bathroom (Door) #2) Also (Pg 48-L-9-14) were (B.W)

(Pg 15 oF 18) oc (34)

#79

* This is were (BW) (Father) (Mr. Webb) (testified) (at Trial) on
(Exit #T) (TT) (Pg 869 L 73 -25) with (Pg 26) that (BW) was (only) out
of (His) (sight) (on this Day) For (only) (2 or 3 mins) (at the most)
And then (2 or 3 mins) WERE (BW's) (changing) Her (clothes) only
And would of (Definetly) BEEN (100%) impossible to Do All
* (the) (Fabricated) (Harris) (things) to (BW) (in this (Time Frame)
out of (the Father) (sight) (on this Day) (plus) the (3 pictures) (I) took) of
(Her) in (the circus outfit) (taken) * (2 trixes) she showed ME (she) could
Do) (in (Evidence) (plus) Also (L-1-2) By (Mr. Webb) (we) were All
out there (together) (I) could see them) (yeah) (TT) (in (Extan)
(see)
on (Sept 14) 07) (package)

Go Back
To The
Front



166

1    looked at what's been introduced as State's Exhibit 5.

2         MR. QUARLES: May I approach the witness,

3         Judge?

4         THE COURT: You may, sir.

5    BY MR. QUARLES:

6    Q    And you've said that that was the bed,

7    correct?  (Tenders.)

8    A    Yes.

9    Q    And there are no posts.

10   A    I said there was pink covers that's how I

11   recognized it. Show her the picture of my

12   Q    Okay. But there are no posts on that bed

13   there?

14   A    No.

15   Q    But that's the bed.

16   A    Yes.

17   Q    So you couldn't have been tied up to a post.

18   A    I'm not sure if it was that or not. I know I

19   was tied up though.

20   Q    Do you remember where the rope came from?

21   A    No.

22   Q    It just all of a sudden was there?

23   A    No. He went and got it.

24   Q    Did he leave the room to get it?

25   A    Yes.

#19 = (Contradicts) Her (SOIP) And (Testifice) Long time Ago

① d) So Called (Fabricated) (Followed) Her into (the Bathroom) But
#3 at Taint ② (OPEN) This (Invisible) (Fabricated) Bathroom Door (Thats
(Not) There) It's (a 5×7 Foot) (opening) ③ Plus = Also (Fabricated) ①

② (She) was (Erased) in My (Dinning) Room (That (only) My (Renters)
were Aloud in to (their (Half) of my Place). So that makes
④ (Different) (Stories) (where) (How) (Bw) was (Fabricated) (finger)
at) And Again see (Exit #I) + (I²) (Pg 187) + (94) with (Pg 10) that (Bw)
testified) (I (never) (Dress) or (Undress) (Her) And Again (Bw)
(1st Depo on (Dec 16 2009) that (I) Have (never) Seen (Her) with (her)
(Clothes of P) And Also said (She) Has (never) Seen (me) with (my)
(Clothes of P) (erased) And (Again) on (Pg / 08-L-2022) (Closed) the (Door)
(now) see (page) (Bw) (Fabricates) the (whole) (Story) too + (Count #2) see
(EX: #D) (JD (Pg 169-1-7-20) were (Bw) (testified) Now (at 7am)
That (She) Has (never) said (in (4½ yrs) Plus (until) the Day Be-
fore (trial) at This (Hearing) About Anything (So Called) (Happening)
in My (Bathroom). (Bw = (NO) My Lawyer (L-16) (why = Not) -
Bw = Because (I) Didn't want to (me) Because (Bw) Just
thought (up) This (new) (Fabricated) (Lie) + (Story) that (why), And Also
(I) (Pg 180-L-5-12) were (the DA) is (Stating) That (Bw) (testified)
(At the time) (She) was (at my Place) (There was (a Bathroom Door)
Again My (Bathroom) (Entrance) way) was (a 5×7 Foot) (opening)
Ever Since (I) Bought This (Mobile Home) in (1999) And (No) Bath-
Room (Doors) (Plus) (I) Had (3) (Credible) witnesses (testified)
(at trial) that All (3) of them Have Been (Coming (over) to (my)
(Place) For over (10) yrs) And Has Used my (master Bedroom=
(Bathroom) And Again (My Lawyer) Ask (Bw) About my (Invisible)
(Bathroom (Door) (She) (open) (Closed) see (Pg/85-L-13-52) And (2) of my
witnesses (testified at trial) was (Mr Paul Leduc) (Pg 717-L-18-24)
+ Also (His) wife (Patty) (Pg 744-L-2-14) (No) Bathroom (Doors) And Also
A Long time (Friend) that Has (Lived) with (me) (on) + (a PC) For
over (6 yrs) + Coming to (my Place) For over (10 yrs) (testified) at
Trial) There Has (never) Been (a Bathroom (Door) on Mr.
Swedgeass) (Bathroom) It was a (5×7 Foot) (opening) (Pg 691-L-1-14)
By (Manty Road) Now see (Exit (P⁺) (JD Police Photo Pg 456) Showing

(Pg 16 oF 18) or (37)



Exhibit # (#P) (Pg 161)

(Z-7-21)

169

1    A    Yeah.

2    Q    And do you say you're not sure if you were

3    standing up or lying down? Also (Sitting)

4    A    Yeah. (I say I'm not sure) This is 100% totally impossible (Not to Remember this Unless it was All fabricated)

5    Q    So you weren't sure; is that right? was All (Fabricated)

6    A    (Witness nods head.) (Yes)

7    Q    B____, you've testified today that

8 Mr. Snodgrass touched you in the bathroom. You

9 testified about that yesterday and today, correct?

10    A    Yes.

11    Q    You never had -- you've been questioned about

12 what happened in Mr. Snodgrass' bath -- bedroom area

13 before, you never had said anything about something

14 happening in the bathroom before yesterday, had you?

15    A    No.

16    Q    Why not?

17    A    Because I didn't want to. LIE She Just thought up. Because its a New

18    Q    You've talked about other stuff, stuff he did

19 to you on the bed supposedly, but (you didn't) mention

20 (anything) about (the bathroom)

21    A    (No.)

22    Q    Have you also said other things happened at

23 other times? Did you ever say anything about him

24 putting his mouth on your private area?)

25    A    (No.)

VOLUSIA REPORTING COMPANY



→ Now Look At All the NumBers on Every thing And Match then up
with the NumBers on Picture (II) 518 Showing (BW) Big Sister Standing
Right In Front of the BathRoom entrance & Look Behind Her it
show A 5X7 Big Opening with (No) Doors to Candle Holders + Candle + Towel (#9)
on the inside (Door Jam) + At the top (2) BRACES And the sun Roof (#10)
And All the Clothes Are For (My Assistance) In My (Shows) Since I took on
(2) Rentoas) In my 2 Back Bedroom that use to (Be) My Office + My Show Rooms
And the (Dated) Picture of (A W) on (Pg 518) was Dated At the Bottom on (Sept 12. 2007)
Just (2 Days) Before (BW) Fabricated I (Rape) her Showing (No Doors)
And (Proves) (BW) Has (Lied) & FabRicated (Count #2) . Because if I (Never) Open
The (InVISABLE) BathRoom Door) that Means (Count #2) was ImposiBle to Happen

9 U

#(9) = My Master (Bath room) that is a (5X7 Foot) (Opening) (En
Trance) from my (Bed Room) Showing it Has (No) (Doors) Now (on
Also on Back) = (take) (Picture) (#956) + (EX:> #P2) (Picture) (Pg 518) And Look At the
(Bottom) Right Hand Corner And (You) well SEE (A Picture) of
(Bw) Big sister (Ashley Webb) on (A W) (Standing) Right in Front
of my Master (Bathroom) (Entrance) And (Look) Right Behind
Her) And (You) well see (a Bounch of (Numbers) #1-74) Now
(match) All of these (Numbers) to (Picture #456) (Numbers)
And (everyone) of then ARE (Identical) And these Pictures Are
In (Evidence) And (Everyone) of (A W) (is a Dated) (Picture) on
*(Sept 13, 2007) And When this (Fabricated) Crime (So Called) Happen
on (Sept 14, 2007) (3 Days (Later) on (Bw) 1st (Unmarked) Lessons) Showy
Bw) (Lied) + (Fabricated) the (Invisible) Bathroom (Door) that
she Has (open) + (Closed) And that a (Fabricated) (Open) this
(Invisible) (Fabricated) Bathroom Door) And (Came in) o a (her)
+ (Fabricated) (Pulled Down) Her (Shorts + (Underwear) + (Fabricated)
+ (Finger) (Her) in my (Bathroom) (Now) Also Look At (#9) Showing
(2 Candle Holder) + (2 Candle) + (2 Towels) on (the Inside) (Door
Jam) Also see (#10) Showing (2) (Braces) At (the Top) on (the Inside) =
(Door (Jam) And (Imposible) to Have (Doors) Hook (Now (Bw) Has Also
(Testified) At (Tried) (She) = (Fabricating) (opening) + (Closing) This (Invisible) (Fabricated)
(Bathroom (Door) see (Tt.) Pg 480-L-15-25 + Also (Pg 481-L-1-18) these =
was (A Bathroom (Door) (when I was (the) Because d (opened (Closed)
+ (Several) times) But again (Picture) (518) (Shows) (She) Also Has (Lied)
+ (Fabricated) the (Bathroom (Door) (Now) How (Can (2) Sisters) (Both) (Perfm =
>icated And (Invisible) Bathroom (door) + They (Both) Also (testified) I >
Had a (4 Posts) Poster Bed) (Now) Here is (the Definet) (Proof) this
(Never) (Happen) (#1) (Bw) (testified) on (Pg 114-L-16-20) that (a) (Open)
this (Invisible) Bathroom (Door) And (came in) on (Her) + (Fabricated) >
Pulled Down (Her) (Short) + (Underwear) + (Fingered) (Her) (Now (IP) there)
is (No) Bathroom (Door) For (ME) to (open) (that's (Invisible) Than
that Also (means) (I) could of (Never) (came in) on (Her) + (Pulled
Down) her (Shorts) + (Underwear) + (Finger) (Her) (#2) (Bw) was (still) a
(Virgin) After Being (Fabricated) (Fingered) this is (100% (Imposible)
to Happen) (#3) (Bw) Has (testified) (2 Times) At (Trial) (IT ALLSO) (Cont)
* (Now) (#10) Plus to (#12) (Continues) in the (extra) Page (Packages)
Pg 17 of P18 (to #14) (IF (Excepted)

(#19) Cont

→ For (BW) or (AW) or (ME) (to OPEN) or (to Close) + (Proves) (BW) (LIED) + (FABricated) this (Story) (Also) (AW) Has Also (Falsely) (Testified) (at Trial) that (She) HAS (OPEN) + Closed) this (invisible) "Bathroom" (Door) several times) (at) (Pg 480) + (481) There was A Bathroom Door when I was there Because I open + Closed it Every Time But (According) to (Picture) (Proof) (Dated) (in Evidence) (at) (Pg 518) (Proves) She (Lied) + Also (Fabricated) this (invisible) (Bathroom) (Door) (that's) (Not there) + They (Both) (BW) + (AW) (Fabricated) the EXACT SAME (Lie)



CASE NO        07-2375CF
STATE        DEFENSE
DATE  4/22/12  I.D. ONLY  J-2
DATE  4/22/12  FILED IN EVID # 86
        TIM SMITH
        CLERK OF COURT
BY: Melissa Stull
                    , DC. 519

(19)= I HAVE (NEVER) (DRESS) OR (UNDRESS) HER Again (SEE EXI# I) (Pg187) + (EXI- I-A) > Pg194) with (Pg10) And Again (19) > Has (TESTIFIED) on (HER) (1st Depo) & (I) HAVE (NEVER) SEEN (HER) with (HER) (Clothes off) So All oP This (DEFINITLY) (PROVES) (COUNT #2) WAS ALSO ALL (LIES) + (FABRICATED) > (STORIES) And was (INPOSIBLE) to Happen with All ARE (Clothes ON) Plus (A Virgin)

#(19A): (Now) Under (STATE-V-BURTON) > 314 SO 2d 136,137 (Fla 1975) (the

**SURPREME Court)** + (CRIM. LAW = K 959(1)(2) states > (TESTIMONY) > ACCEPTED (AS TRUE) BASICLY > were (FALSE) (STATEMENTS) (constituted) *(FRAUD) PRACTICE) (IN Court) & For (A NEW TRIAL) or (VACATE) And Also = (Crim. Law K 798(10) states (FRAUDULENT) (REPRESENTATION) may Be (RECALLED) and (SET ASIDE) Also CRIM. LAW K 996(2) & (K 898(14) (to VACATE)) (AT Anytime) (OPEN)

#(19B) > Also under (STATE-V-CLOVER) > 567 SO 2d 191 (5TH DCA) (1990) states > The ORDER Procured By (FRAUDULENT Testimony) (DESERVES) > **(NO) (Protection)** + (Under (Constitutional Law) = K 268(9)(2) & Also (under (Crim. Law K 706(2) > By Given the OPPortunity to Express (the FRAUD) and to OBTAIN (RELIEF) from it Under = (USCA 5th + 14th) * And where (my 5th) (DCA) (Ignored) Them (own) (Laws) (I) Presented) To Them (CASE Log)

*(19C) > (NOW) (YOUR HONORS) this (VERY) (VERY) INPortant (MOTION) (Continued) (Pg184) on (40) that is with (the EXTRA) (Package) Pages (Exhibits) (included) (that Definitly) **(will Prove) (I) was (100%) Framed) & is (Exculpatory) + (Impeaching) (Evidence) (Excuted)** (to Review)

C E R T I F i c A T i o N    O F    S E R V I C E

I HEREBY CERTIFY: that A TRUE And CORRECT CoPy oF The ABoue Foregoing was Handed over to the Prison Legal Staff And Mailed to The U.S. Middle District Court 300 North Hogan St. JACKSONVILLE. FL. And was EXECUTED on This Day of (15) oF AUG 2023

*(PS.) So (PLEASE) (IAM) (Pleading) to this
HONARABLE (Court) (to Please) (Except >
with Due All (Respect) (then (40) (EXTRA)
Documents) (& Exhibits) (to EXCEPT) (menus)
*(Justice) (to Ignore) menu to Camden
(&) my (LIFE) Depends) on these (40) (EXTRA)
Papers). & d (THANK YOU) For (Your) time)
And (CONSIDERATION) on this (MATTER)
(Pg 18# oF 18#) ORD #184 #840 (EXTRA) Package (#20) →

✗ Daniel E Snodgrass
DANIEL E. SNODGRASS
DC: 134886) (DoRM P1-1146
COLUMBIA CI ANNEX
216 S.E. CORRECTION WAY
LAKE City, FL 32025
PRO-SE
XX (SEE VERY INPortant)

**✳ (Foot Notes) ✳**

✳ (Now) (The Broke Down) That This is ALL (EXculpatory) + (Impeaching) (Evidence) that (Proves) I was (100% Framed) For This (100% Fabricated) (Crime) (Story) **PROOF**

# ①(I) was (Falsely)(ARRESTED) For (Fabricating) Peer Forming (Cunnilingus) on (BW) (DROP) — Pg 169 / Pg 170

# (2)(I) was (Falsely)(Arrested) For (Fabricating) (Tying (BW) up) To My (Bed) (Recanned) (Drop) — Pg 166

# ③(I) was (Falsely)(ARRESTED) For (Fabricating) MAKER (BW) (Hold or (touch) my Penis) (Drop) — 1st Depo

# ④(I) was (Fabely)(Arrested) For (Fabricating) (Fondling) (AW) (BW) Buttsex (Drop) — Record

✳ Then (Now) Judge Changes ✳ ⑤ I was Falsely) Charged For (Fabricating) (Penetrading) (Virginia) with My (Hand) — Medical Records

# ⑥(I) was (Falsely)(Charged) For (Fabricating)(Penetrading)(Virginia) with my (Finger) (A Tongue) — Medical Records / Double Jeopardy

# ⑦ The State After (4's yrs) (Plus)(Falsely) Brings Back (I) (Fabricated) made (BW) Touch my (Penis) — Pg 194

# ⑧(4 Posts) (Poster Bed) (I Never) (Had) my (Head) (Board) Never Look Like This — Pg 166

# ⑨(BW) Has (Stated)(Testified) For over (4's yrs)(She) was (Fabricated) (Tied up) To my (Fabricated)(4 Post) Poster — Pg 187

✳ ⑩ Also Has (Testified) (1st Depo) seen (Her) with (Her)(Clothe off) or Down — 1st Depo

# ⑪(BW) Has (Lied) over (90 Times) + (Fabricated) (Counts) (2,3) + Also Has (Testified) — Record / Pg 151, 152

# ⑫(She) was (Fabricated) (Tied up) to (I)(Never) (Had) (1st Depo) — Pg 161,162 / Picture / Pg 194,166

# ⑬(BW) Has (Testified) (Fabricated) That my (4 Posts) Poster Bed — 1st Depo

# ⑭(BW) Has (Testified) (Fabricated) My (4 Posts) were (3 Feet Higher) over my (Mattress) — 2nd Depo

# ⑮(BW) Has (Stated) I made (Her) watch (Fabricated) (Child Porn) on My (Computer) — EOLE / Pg 365 / 368, 369 / 3rd Depo

# ⑯(BW)(Father) (Mr. Webb) + (BW) Big Sister (AW) or (Ms. Webb) or (▇▇) — Pg 268

(Both) went into my old Lawyers (Ms. Moyer) office + (Both) (Confess) That — Pg 269

(BW) was (Lying) And that (Her) Mother (Mary Ann) (The Crack Cocaine) (Prostitute) — > Pg 252 Plus A lot of (T.T) on my words testimony

# ⑰(BW) Has (Stated) + (Testified) At Trial (2 Times) (It) (Never) — Pg 129 / Pg 1095

(Happen) see (Ex #J) (with Pg 10)

(Pg 1 of 4)



⇒ And Again (BW) Has (testified) She (Injoyed) Her (Unicycle) Leasons)
And (Did Not) know why They (Stop)

*(Foot Notes)*

(Proof Pg.H)

#18.> (BW) Has (Fabricated) Booms (Fabricated) (Tied up) to my (Fabricated) (4 Posts) Posts also I (Noticed) Had (5) Different (Way's) (the 5th Time) (it) (Never Happened) the TRUTH HERE ARE (2) Different Way's SEE (Pg 14) (Pg 51) + (Pg 52) that Are Just (the Oposite) (Cited on the Cloths Drawn + Arm's Legs Tied up Left Arm Right)

#19.> (BW) Has (Testified) Why Don't (You) (People) LEAVE (ME) (ALONE) (Now) Pg 44 > (People) As in (the Stalkers) Getting (BW) (to Lie) + (About) (I Dying) > with Pg 11
Planted (False) Evidence (that) (Brown) (Rope) + (3 month) Later (Picture of) (her does Look) plus

#20.> (BW) Has (Poison) (I.D) (Planted) (Evidence) the (Rotten) Rope (Rotten) in Evidence Record By (the Former's) (Vet) (Implied) that Got (Fired) over Has) that (BW) Has (Stated) + 19,120 Testified For over (48 yrs) until Trial it was (Dark Brown) (Rope) then (Test) (Fied) After 22 4 33 k. (Unlikely) (I Dying) (the Plant of (Brown Rope) it Has (Changed) Color's if "PP is (A True) > 335 (335 353
Scd (Pg 30) + #22 .        (Recover) She (Fabricated) Her (50¢ Rope)  Pg 51
(White) Rope (Test) (Reads the (2 Times) AT TRIAL it Keeps (Changing Colors)  Pg 167

#21.> (BW) Has (Stated) AT (First) it All Happen at (My) Place But (Later) (Later) At (Her) Pg 154 (2) (I+Once) on Dec 14, 07 (Test) (Fish) that ALL of this (Happen) AT (Her) Place + was 155 (Not) Sure, it All Happen there), Being (Fabricated) (Tied up) to my (Fabricated) 156 (4 Posts) (of to a Bed) + (Fabricated) (Room) + (Happened) in my (Bothroom) All 153
At Her Place and was (Pretty sure) it All Happen there SEE (Pg 12) (Exhibit P-Page) > Pg 53
then (at Trial) it went Basicle (Happens) at (My Place) it Keeps on Changing (Venue) (Pg 39,41)

#22> (BW) Came over to (My) Place (3) (Different) Way's (Used) to (Walk (and Her door) (and tried to go) (to my door) 1st Depo (2) (Took the Bus (Or) Rode over (Me) it Doesn't make (BS) Or Drove vs over (Walk) (Van) All the time
INTER
#23.> (BW) Stated I took Her to SCHOOL (Often) (Me) (I) (Never) Took VIEW (I) (Her) to School or (Pick Her up)

#24.> All this (Fabricated) Thing's (Happen to (BW) on Her 1st (Unicycle) (Lesson) on The (Sept 14 07) with (5) other (People) at (My) Place (Especially (BW) (Rather) Here) (Then going) Record to Do this (Right) But (4 Days) Later on (BW) (2nd Unicycle) (Lesson or (Sept 28, 07) Just (ME) After All (Alone) For (HER) He Coming until Her (Dad) Came to Pick (hr) up (in His Van) (No one would But According to (BW) Testimony (Nothing) (Bad) Happen to (Her) when (I Was) (Her) Be this Stupid All (Alone) (But'd (So called) (Fabricated) Did All this (Items) this Scd Good with (5 other People) there

#25.> And Also (BW) Having (SYPHILIS) According to (BW) (R.P.R) test Results From (Pg 19) the (Putnam County Health Department) And (According) to (My) (R.P.R) test Results From #31 the Same Place I Do Not Have (SYPHILIS) that (According) to Medical Standards is Very Very Highly (Contagious) And if I (secreted) Did (Counts 1 + 2) I Also Would of Had (SYPHILIS) (Too) + then a (Your) (Forensic) Evidence SEE (Pg 19) (#31)

#26.> And (BW) Has (Testified) (AT TRIAL) that (She) was (Fabricated) (PENETRATED) Record (2 Times) + (Rape) + (Injured) (But (the Biggest) (Proof) this (Never) (Happen) is (it turn's) Pg 129 (BW) was (Still) (A Virgin) + this (is) Also (Your) (Forensic) (Evidence) (Happen) Pg 109i

#27> Plus (BW) (Recall) (Crazy) (Testimony) at (My) (1st Depo) (that (BW) had (BS) (Too) (1) Do when (You) Allegedly) Got (Un tried (BW) > From Into (the Kitchen) to make A Band Aid my Lawyer Said with A Surprised (Voice) (You Did what) I Ran Into (the Kitchen) to make A Band Aid (Crazy) (2) Do You Wear (Glasses) (BW) > I use to when my (Eyes) were (Cross's) but then (Fixed Now) (My Point is (BW) Never Had (Cross Eye's) + (Never) Wore (Glasses) (3) My Lawyer Ask (BW) At her (1st Depo) Since it was So Close to (Christmas on Dec 14) what Do You Want For Christmas (BW) (A SPACE Ship) (SW) Really (SPaced Out) (Are Her?)

✱✱(Now) ALL OF THIS (Plus) A lot more (BW) (Too) A (Real) (Reason) (Common sense) to see (I) was (100% Framed) Now (I) (Strongly) Believe (I) (Have) (Reason) to this (Honorable) (Court) (Judge) that (I) was (Definitely) (Framed) For this (To Be) a (Fabricated) (Crime) (to Vacate) or (a New) (Have) (Trial) or at the (very) (very) Least it (Definitely) (Meets) + (A REASONABLE Doubt)

(Pg 2 OF 4)

**(Now) HERE ARE SOME (VERY)(Very)(IMPORTANT)(EXCULPATARY)(NOTES)

#1 (AGAIN) I WANT To (Thank You) For (Your) time to (Review)(these)(Prove)(Facts) And (I)(Hope To God) that (A MAN)(A Veteran)(LIFE) is Worth About (50) more (Extra) (Plus) Pages oP (EXCULPATARY) + (impeaching) (EVIDENCE) Because this is (my) VERY Last TIME (To Prove) my (100%)(INNOCENCE) And (Being)(FRAMED) or (I'AM) Going (to Prison)(DIE)(IMPRISON) For A (100%)(FABRICATED)(CRIME) And (the Real)(CRIMINALS) that (FRAMED)(ME) Well (Get Away) with This (REAL)(CRIME) oP (Framing)(ME) And (I'AM) SURE that this (HONORABLE) court (& Judge) (Will) BE Glad they (Read) + (Reviewed) this (Whole) Story oP these (Extra 50) Pages oP (Evidence) that Will (DeFinetly)(Prove)(I) was (100%)(FRAMED) And was (100%)(INNOCENT) / mark (Veteran) And Because (my)(LIFE) IS AT (Stake) HERE that HAS (SERVED)(His)(State) + (Country)(HONORABLE) Now This is (VERY)(VERY) (important)(in Formation) + (EVIDENCE)(IN This (Next)(Package)(Pgs 18th & 34)

#2 > That Will (DeFinetly) Show this (Court) + (Prove) I was (Definetly)(FRAMED)

#A:. That (my)(CRAZY) EX-WIFE(Joan)(#2)(medical)(PROOF) HAS (Tryed) To Pay People To (FRAME)(ME) For SEVERAL (times) + (years) For this (EXACT) SAME (may be more) I Don't know oP (Pg 248)(Pg 253) (CRIME) + (Tryed)(to Pay) AT LEASE (4)(WOMEN) + (1)(MAN)(to Do it)(1)(Proof) And (Finely) DID (Pay)(BW)(CRACK COCAINE)(Prostitute)(mother)(mary Ann)(1)(Pg 253)(Plus)

#B:> it Will Also (Show) WERE my (CRAZY) EX-WIFes > HAS (HARASS)(ME) EVER SINCE (1998) SINCE (I) LEFT (HER) And Will (DeFinetly)(Prove) She is Very (EVIL) + (the Devils)(Daughter) IN (Disguise) + OF(Her)(CRAZYNESS) And (Her) (Huge)(Criminal)(Pass) EVEN (AN OPEN)(1st) Degree (Murder)(Case) on (Her)(It A Long story)

#C:> And my (EVIL)(CRAZY) EX-WIFes (Tryed) to Also (FRAME)(ME) some more Right After (I) was (Falsely) ARREST & (Framed) For this) that (I)(Fabricated) So called (KIDNAP) + (Rape) + (CUT-UP) + (CHAIN-UP) to (Cender Blocks) & (killed) (A Bounch oP (Little Girls) + (threw)(these)(Bodies) oFF (A Bridge) IN (St Augustine) Fl (1)(Pg 611-2-15-23) & (Pg 672-L-1-23) +(me)(Pg 966-L-20-23) DETECTIVE (Taylor)(interviewed) (C.D.) Video (In Evidence) with (my)(CRAZY)(Wife) with (A SPIDER)(Monkey) on Her (Shoulder) (Plus) when this (6yr old Girl) Named (Heidia Cummings) (Came up)(MISSING) my (EVIL) EX-WIFE (CHILs up (the Hotline) And tells them (I) Fabricated (Kidnap) Her + (Rape) Her + (killed)(Her) + (threw) Her (Body) into (the > ) 

(Pg 3 oF 5)

(C) Cont.

> Rules) Right went (I) Always go (Fishing AZ) my (EX-WIFE) Knew (this place) and
(2) Detective) Come to my place & (SEARCH it) and (I) said to them (my (CRAZY)
EX-WIFE) (Call me in) Didn't she (You) Know my (CRAZY EX-WIFE) Don't (You) +
They (Both) said (we both Do) And Have Dealt with All Her (CRAZY) Stories for (YEARS)
And (ME, Sincerness) we ARE (NOT Allowed) to tell (You) (who) Called this (in) AS (he) >
was (Shaken) His (head) up & Down for (YES) Plus more to the

(D) > And Also (VERY) (VERY) (important) (Documents) or (Doc.) (TT) Pg 268, 269)
And (TRIAL TRANSCRIPTS) on (T.) were (BW) own (Father) (MR. WEBB) & Big Sister
(A▮▮▮▮▮▮) of (ALL) (Both) went into my old LAWYER OFFICE (MS. MOYER) &
(CONFESS) that (His) youngest Daughter (BW) was (Lying) & Her (Crack Cocaine) Pro >
> stitute) (Mother) (MARY ANNE) (Proof) TT (Pg 352) Plus (Put (BW) up to this) to Frame (ME) to
> Regain Custody of the Kids And (Pinned ME) to Do (it) + (it work)

(D1) Plus (BW) Having (SYPhilis) And (I) Don't (Proved) (counts 1 & 2) were (Fabricated) (LIES)

(E) WERE (the Judge) (Falsely) Dismiss my (material) (witness) my old Lawyer)
(MS. MOYER) on (Pro PPER) But Later tell (ME) to Put (Her) on the Stand) (to testified)
& (She) said (the Judge) WELL (I'am) SURE (She) Be BACK (you) (Had (Her) listed AS (your) witness)
But (the Judge) Dismiss (Her) on (PROPPER) + (Deprived) of my (material witness) (A Fair Trial)

(F) > were (the ADA) (with Held) (Favorable) (Evidence) (Like) (BW) R.P.O tial (Results)
FOR (SYPhilis) under (PS: 999, 011) + (Pictures) & the Very important (exculpatory) +
Impeaching) (Transcrypts) From (A He resng) the Day (Before) Trial (to impeach) (BW) (AT
Trial (TT) Pg 508-L-4-7) + (JULY-L-1-25) + Plus) ALOT MORE (want (the Jury) wanted (to
that (Note) of changed (the Jury) (Guilty) to (NOT Guilty) (Deprived) (me) of (A FAIR TRIAL) (SO
(#3) > (Now) HERE'S Something (ELSE) to (REALLY) (consider) Now (LL) this (SO
called (Fabricated) CRime. So called (Happen) on (Sept 14) 07) than (way) >

(A) > Did (BW) Get into (my truck) & come over to (my place) (Alone) Just (me)
+ (Her) on (BW) (And) (for A Lesson) on (Sept 18) 07) Just (4 Days Later) For
(Her) on (BW) (50 miles) (Alone) until (Her) (Father) came (to pick) Her up (10 mins) >
(early), But) > I (So called) (Fabricated) (tied) (Her up) to my (Fabricated) (4 posts)
(Poster Bed) (I never) (Had) + (Fabricated) (Rene Tranded) + (Raps) + (Fabricated) (Pinger)
(Her) in my (Bathroom) with (5) other (People) At (my place) on that (Day) (BW) (Father) (Big Sister)
+ (Brother) + my (2 Renters) that (Rented out) my (2) Back (Bedrooms) (Especially) (BW) Father)
+ (this) But) on (BW) (2nd Unicycle) (Lesson) (According to (Her) Testimony) (I) (never)
Did (Anything) to (Her) when (I) Had (BW) ALL (Alone) For (1-Hr) + (50 miles) And
(BW) (Father) on this (Day) Stayed For (10) mins) until (BW) (2 Hr) (Unicycle) (Lesson) was OVER)
So (Why) (Did I) So called Do the Same (thing) to (BW) when (I) Had (Her) ALL (Alone)
(Why) Because (I (never) Happen) + (BW) (Confession) (TT) Pg 129 / Pg 1095) (I+) (never)

(H appen) Also (TT) Pg 182 +194) Plus more (Proof) Later)
(B) (Why) would (BW) (sit) Right next to (ME) (3 DIFF Found) (three) (Places) After this) (1) > (5 DAYS)
At my Place For (A Lunch Break) with Her (Father) & sister + (Brother) All then All (3 times) (2) At A (out < 600 AZ)
Back (Bar) (Party) For (Families) + (3) At (the Shriners Circus) on (Sept 23) 07) (And (Hide Behind)
(ME) + (GRABS) my (ARM) For (Protection) From (the 6 Clowns) story (later) on All (3) Stories)

(Pg 4 OF 4)

(20.) > (Now) I (Thank You) For Choosing to (EXCEPT) these (Very)

** (Very)(Unportant)(EXCulpatory)(Unperaching)(Evidence). That we'll(DEER)
> (Ineth)(Peove) to this (Court)(I was 100% Peoved) and to see (the Whole)
(True)(Bogus) Story (Not) Just (Part) of (the Story) in (the 50 Pages) or Again?
(My Life) Depends) on These (EXTRA) Documents)(Pages) that we'll (Definetly)
(Peove) (My (CRAZY) EX-wife(Jean)(Paul)(Bw) Mother (Mary Ann) to (Frame) Me.

And The (Confession) of (BW) > Father (Mr. Mabee) + Also (Bw) Big Sister (Rw)
** And (Proves) (B)(That)(Symilies) are (I Did Not) Have (5)(That is)(Peoof)(Return Court)(Health Dept)
That IS (Veery Highly)(Contagious)(the Health Dept At >(2301 Kennedy St.)(Palatka, FL -32177)

(20.A) (Now) (I) HAVE (Definetly) (Proven) So For That (Counts 1+2)
Was (Definetly) ALL (Lies) and (Fabricated) (Stories), (Now) AS For (Count #3)
that I (Fabricated) made (Bw) so called (Held) my (Penis). At First
that Has (Changed)(Several)(times) From (Holding) to (Touching) to
*(1)(Never)(Happen) on (the Police Report) it was (Holding) my (Penis) that
was (Deep) or (Feb 6, 2008) And (Never) (Mention) or (Brought) up Again
until (4 yrs)(Plus)(Later) at this (Hearing) on (April 16, 2012) For (Gray
Section)(8 Days) Be Pored (Trial) + (The ADA) (Added) (Count #3) Now it
is (Touching) my (Penis) And Has (Brought) this (Bogus) (Fabricated) Change
(Illegally) that (I) so called (Fabricated) Made (BW)(Hold or Touch)
my (Penis) (Again) that was (Deep) And this Has (Definetly) Violated
(My)(Fla Consta Law Rights)(under) (Artical #1 sub sec #9) states>
* (Double Jeopody) And Also Because (Bw) Has (Testified) At
Her (1st Depo) on (Dec 10, 2009) > (She) Has (Never) Seen (Me)
with my (Clothes of PF) or (Down) that (I) Also Got A (Bogus)
(Life)(Sentence) For) Plus (2) More (Bogus)(Life) Sentences
For (Fabricated)(Counts>(1)(2)(Plus) Got (Railroaded) in
(Court)(At Trial) And Also (the ADA) As k (me) At Trial
* Did (I) Have (the State)(GYN) Nurse)>(Ms.) Van Hooten)
As my (Defance)(witness) + (Q) Said (No) See (TT) Pg 797-L-7-11) Now
(7) things) Here> (#1)(Why) would (the State (ADA) Ask (me) this For.
(Why) Because (She) Was (Scared), P(I) (Did it) would of (Blown)
(Her) Whole (Bogus)(Case Out of (the Court Room) And would of (Proven)
(Bw) was (Never) (Penetrated) or (Rape) or (Finger) Because (Rw)
(Medical Records)+(6)(Virginal)(Pictures) + the State (GYN)(First Mary) >
Would of (Definetly)(Proven)(Bw) was (Still)(A Virgin) with (No)(Damage)
(2) to the (Hymen), (3) > to Her (Cervex), (4) > to (Her)(Into or Outer)(Libia)

(Pg 18A of 34)

#20) Also (No) Damage To Her (Vulva) & Also (To) Her (Orifice) of (Her) (Virgina) And (that) (Her) (Orifice) of (Her) (Virgina) (was) (Normal) Size For (Her) Aged 9 yrs old (And) I F (I) So Called Did these (Harms) (Things) to (BW) (which) (I) (Did'nt) (She) would o F Had (Massive) (Damage) to Her (Virgina) & (No) (Hymen) And This Was My (Biggest) Mistake) (Attemt) (Not) to (Subpeona) (the state) (GW) N urse (Ms) (Van Hooten) (As a Defence) & (Witness) that (Definatly) would o F (Proven) my (100%) (Innocence) + that (I) was (100%) (Framed) (For) this (100%) (Fabricated) (Crime) (Story) (Especially) with my (Huge) Penis (To Be o (Fabricated) (Penetrated) into (BW) Very (Tiny) (Virgina) And would o F Been (100%) (totally) (Inpossible) (to Perform) (Medically) & (Physycally) And (Still) Been (Virgin) with (BW) (Hymen) only (One) Quarter of (An Inch) inside o F (Her) (Orifice) (Virgina) that is > (1) (÷ 1/4) of An Inch) Also that (means) (I) could (Not) Ever (Penetrated) (the tip) of (my) (Huge) (Penis) or (my) (Finger) (Tip) (inside) of (Her) with out (Popping) Her (Cherry) And (Destroying) her (Hymen) And that (Her) (Orifice) (Definatly) would of (Never) > Been (Normal) (Size) For (Her) Age) (According to (the) (State) (N) (Records)

#21) (Now) Here Is Some other (Proof) (there is (a) Document) in (Evidence) From (The Putnam County (Health) Dept) Stateing (BW) Had (Syphilis) (Site) (Right (Arm) And (According) to (BW) (R.P.R) Test Results (She) Had (Syphilis) (R.P.R) Stands = For (R A p.id) (Plasma) > (Regional) (Blood test) And (According to (medical) Standards) (Syphilis) Is (Very) (Highly) (Contagious) And I F (I) (So called) Did (Counts) (1) (+) (2) (I) Also would (Have) (Syphilis) too) But (According) to my (R.P.R test Results) (+) (Did Not) Have (Syphilis) And (the state) (ADD) (with-Held) this (I N Form Ation) (Video) From (me) And Has (Violated) (My)

(Pg 19 of 34)

(2) = (Discovery Right 3.220) & Also (FS.777.011)(to Prove)(My Injury) or (DISEASE) (STD) >(SYPhilis) And Also was (A Brady)(Violation) that (Deprived)(Me)

* of (Favorable)(Evidence)(to Prove) My (Innocence)(2)? (Now) they took My (Satin)(Sheets)+(my)(Silk)(Comforter)(Blanket)(But) they (Never) DiD. (A)(DNA) test on them) (But) if they DiD they (the only DNA) they would of Found was (Mine)+ (my)(Girl Friends) & (Definetly) (No)(B.W.)= (DNA). (Now) (I) Have (watch) A Lot of (True)(Crime)(Shows)(+ when There is (A Rape)(Case) they Also take the (Sheets) & (Blankets)(too)(But > They Also take (The (top)(mattress)(too) Because (Body Fuilds) they Also take (The (top)(mattress)(too) Because (Body Fuilds) well (penetrate) throu (And) onto (the top)(mattress) That (Never) Gets (wash) that they (Failed) to Do (Now) I Also Don't Know (if)(You (wash) that they (Failed) to Do (Now) I Also Don't Know (if)(You Know This (OR) Not But on (Satin)(Sheets) (You)(Can Not)(wash) out (Body Fuilds (Especially)(Blood)(Stains) + Also on my (Silk) Com Forder (Blanket) IF You Got (Body Fuilds) or Even (water) on it, (It = well (Definetly)(Fray) were Ever (it (Spills)(At) Like this)
(Blanket higher Mattress)

And it well Be (Completely)(Rouened)(I) Know this Fors(A)(Fact) Because one Time (I) was (Wearing) My (Silk)(Shirt) And Got (Ruened) All Caught in (the Radio) And my (Silk)(Shirt) was (Completely)(Frayed) All over + d Had to (throw) it out) Now d Just (Bought) them (Satin) Shuts)+ (Silk) Com Forder (Blanket) About (A couple A (weeks) Before I (not) > (B.W)&(A.W.) were ever (My)(Place) Around (Sept 1, 2007) And (met) X them on (Sept 10, 11, 2007) And the (Fabricated)(Crime) so Called Happen on (Sept 14, 2007) And (Both)

of Them were (still) Like (New) And (No)(Stains)+(No)(Fraying) with THAT And For (the State)(Failed)(to) Do All of this (Costs)(me) (my)(Life) & To Be (Falsely)(Convicted) + (Falsely)(Incarcerated)(Due to these (Negligance) And my (Satin)(Sheets) WERE (wash)(once (A week) But my (Silk) Com Forder (Blanket) was (Never) (wash) or (Dry Cleaned) And So this (so Called)(Fabricated) Crime would Had to Happen on (top) of my (Silk)(Blanket)(B.W.)(A.W.) Cause (I) make my Bed (the First thing when (I) wake up), see (pictures)(Bed (#36) (with) (G.13)

(Pg 20 of 34)

(#22) > (Now) Here is where my (CRAZY) EX-WIFE (Joan) Has
(Tryed) (Several) times) To (Frame) (ME) For this (Exact) (same)
(Crime) Because (I) Left (Her) After (I) Found out About (Her)
(Huge) (CRIMINAL) Past) + (RAP) Sheet) > ① (2 counts) of F (B+E), ② (Forgery) (Doc
uments) + (interments) ③ (Drugs), ④ > And the Big one A (open) (1 Degree)
(murder) Case) on (Her) ⑤ > I Have over ④0) POLICE Reports) on (Her) (on Back)
And (Her) (Pet Shop) And I Also Have (News Paper) (Articles) were
(Show) as (Arrested) For this (murder) And (She) Had this (Guy) Named >
(James Byrd) (murder) This (87 Yr old) man Name (Tom. L. Hensley)
In (St. Augustine, FL (in (1993) But I (Did not) meet (Her) until
my (Birthday) on (Nov 15, 1995) (at A (Bar) (2 yrs) Later) And was (Release) >
For (Lack) of (Evidence) (Because (He) Had (a $6,008.00 dollar) (Law Suit) on (Her)
Abus (a Dispute) over who (own) these (Dogs) (Now) I Have (A Lawsuit)
on (Her) (Court Order) For my (1st) Arrest) And (She) Has Also (tryed)
(She Had Keys to my Limo) > to kill) (me) (once) By Putting (2) (Pigmee) (Raddle (Snakes) From
Her (Pet Shop) IN (the Trunk) (of my (Limo) (I) Had (a Limo) Business)
And (I) was Going to Get it (Ready) (to Go out) on (a Limo) CALL) And
(I) seen (one) of my (5) (Brand) (New) (tires) (Flat) on the Back (Passenger)
(Side) So Now (I) Have to Go into (my (Limo) Trunk) to Get out my
(New) (spare) (tired) And when (I) (open my (Trunk) to Get it out
+ (I) Started to (Grab it) And this (Pigmee) (Raddle) (Snake) (tryed) to
(Bite) (me) But I Back off (Realy Fast) And went to my (Truck) And Got
my (Raddle) (Snake) (Pole out) and Caught thd (one) And Threw, into
the woods And As (I) went (to Grab) (the Spare tire) there was Another
(Pigmee) (Raddle) (Snake) under (the tire) And Again (I) got my (Snake)
Pole) + Caught And threw I into (the woods) Than (I) Changed my (Flat Tire)
+ took it up to (the Tire Shop) to Be (Repaired) And (the Guy) Said
This (Tire) is (No) Good) I to Got a (Knife cut) in (the (Side wall)
So my (Ex-Wife) (Joan) (Stabs) my tire) And knows (I) Had to go into
to make it my (Trunk) to get my (Spare tire) out And Puts three (2) Pigmee)
look like (Raddle) (Snakes) in my (Trunk) (to kill (me) + (she) is (not) A (fraid)
(to Handle) Any Kind of (Snakes) she) Had then (in Her (Pet Shop)
Now SBC (Ex: > (# 3) (Pg 245) were my (CRAZY) Ex wife) (medical
(Recor) Has tryed to Pay) (4) other (women) + (one (man) to Get
(I forgot) + Plus there is (A Police Report # 9965) were Someone (stole) (a Snake) out of He (d) (shop)
on (Sept 16, 2003)           (A Green Python) (ease. 05) (worth) (Pet Shop)
(Pg 2 1 0 P 34)           (It Devils Daughter) (Sub PARTS)

→ #A (She) Has (Filed) At Least (10) False) Police Reports) on (ME) And

#B (Has) (Filed) At Least (5) False) Court Documents on (me) And

#C Has Had (Me) (Falsely) Arrest At Least (2 times) (the First time On (Jan 24, 200x) (100% Bonded out) Shorty After I was (Arrested) + was Drop Right (Away) For (Filing) a False) Police Report) + Again Paying (BW) (Crack-Cocaine/Prostitute) mother (Maryann) to Have (me) (Falsely) Arrested) For this Fabricated Crime (Now)

#D Has (Tryed) to (Frame) (me) For this (Exact) same (Bogus) (Fabricated) Crime) At Least (5) other time) (4 women) + (one) Mom)

#E (She) Has (Tryed) (To) (Frame) (me) For (Kidnaping) + (Raping) + (Cut up) + Chaining Little Girls to (Cinder (Blocks) + (Throwing) the Bodies into the ocean) or (St. Johns River) At Least (2) times) See (Pg 23) + (Pg 24) (Both) After I (Falsely) Arrosted) For this (Fabricated) Crime

*#F → (She) Has (Tryed) to (kill) (me) At Least (one time) Before with (2) (Lignes) (Raddle) (Snakes) see (Pg 21) in the Front (#22)

#G And (She) Has Filed (at Least) (20) Times plus) I Fabricated Called (Her) up + (Threaten) (Her) (Life) (But) All my (Phone Records) + Her) Phone Records (Proved) (She) Lied + Fabricated their (False) Reports SEE (Court Papers) (P (Pg 50) +(5) Especially (#3 + (6) with (Pg 23) For (Proof) (Court Doc. stamp (Apr. 3, 2006)

Plus Alot more (HELL) She) Has Put (me) threw Just Because (I) → (Left) Her) And Again (Just Like the (Blues) (Presley) Song) Says She (Looks) Like an (Angle) (Talks) Like An (Angle) (But) is (The Devil) in (Disguise)

FOR LEGAL USE ONLY

** LOOK At the DATE HERE (SEPT 23) 1998 Now Look ... 2007 Dan Look At (Pg 329 A/I/B) (SEPT 23) 2007 (ALL 3) the EXACT SAME MONTH & DAY (SEPT 23) And my EX-WIFE Knew both FAMILIES And Paid the Alleged Victem (All) CRACK COCAINE (PROSTITUTE MOTHER) to (FRAME ME) FOR THIS LIKE (SHE) HAS TRYED HERE in this Document & ALSO SEE Pg (268 + 269) the Father of Ashley Statement Also testified to This At Trial

ALSO (PLEASE) Read this

(1) I, Linda Quillen, swear that the written testimony that I hereby give, is the truth, the whole truth, and nothing but the truth, so help me God.

(DATE SIMULAR FACTS)

(2) On September 23, 1998, Mrs. Joan Snodgrass called my friend Roxanne and said that Dan was a child molester and she gave her phone numbers to call. She wanted us to meet her at a store so we could break into Dan's house while he was at the other house on the canal where Joan was living. She wanted us to get some papers which her doctor had given her regarding her mental condition. She also asked us to get some papers regarding a murder case of someone she had been involved with. Joan wanted me & Roxanne to do a background check on Dan Snodgrass and not on her. She wanted us to also steal things such as the tv, vcr, etc. and bring it to her house. She would then say these things were stolen. We had never been in Dan's house but she told us where everything was, and described the whole house.

(At the time (I) own 3 Homes) (IN Evidence (CD) interview NEXT Page)

(3) She told us that she & Dan never had any problems before this time. (LIER) She started telling me that Dan was a child molester. I was afraid because I have an 8-year old daughter. Joan told us that Dan had binoculars and was using them to watch my daughter. When my husband came home, Dan gave him the binoculars and he couldn't see anything out of them. Joan gave us phone numbers to call different people and ask them about Dan but no one had anything bad to say about him. She also asked me to set Dan up by using my daughter and getting her to say that he had fondled her. She said if we would help her and get Dan convicted she would give us the house we were living in. She wanted us to move out of the house we are living in and move into the trailer on the canal where she is staying and after Dan was convicted she would give us the other house and we would move back in there. (She) was (Renting) From (ME)

(She was Renting From (ME) 1 of 3 Homes I owned)

(4) She told us she didn't want Dan (ME) to have any money and wanted him to be flat broke with not a dime to his name. She said she was going to change all their accounts and take his name off of them and withdraw the money so he couldn't have any. Joan knew that Dan was charging us $200 security and she asked me to give it to her and not to give it to Dan. She said she was going to leave him with nothing and bury him.

(Tryed to Kill ME Important on BACK) (DOC STAMP)

(5) Also, on September 25th, 1998, Joan Snodgrass asked me if I would go over to her house when the people from the State of Florida were there and confront Dan about being a child molester. The people were there regarding the sale of Dan's (2) house due to the widening of State Road 207. She wanted to do this so Dan would panic and possible leave the state. I did go over while the people from the State were there, but I didn't do what Joan asked me to do. Instead, I told Dan that my husband lost his job and we had to move. After the people from the State left, I had a policeman go with me to Dan's house and the policeman did a background check on Dan and said there was nothing on him in Ohio, Florida or anywhere else. I then found out there was a lot of stuff on Joan like mental disorders, a murder case that she was involved in and which has never been closed. Dan showed me papers about her being arrested and papers from Joan's psychiatrist who treated her Dr. Edward Zebooker, D.O. He stated "Patient is unable to care for herself and requires 24 hour supervision. If further information is needed, contact me." (She was CRAZY (LIKE A FOX))

(to Buy my 2 Houses to widin The Road SR 207)

(MY EX-WIFE) (She (NEVER) Showed Her (TRUE) CRAZYNESS UNTIL About Lawsuits After we were (MARRIED) than All (HELL) Broke (LOOSE))

(6) Joan told me that while we all lived in the trailer (me) my husband & daughter and Roxanne and her husband that she would leave everything in her name electric, phone, cable, etc. And that she would fix up an old car for us to use and she would only come in a couple days a month to groom dogs.

Linda Quillen (signature) 12-9-1998
Linda Quillen December 9, 1998

MaryAnn Seitz (signature)
MaryAnn Seitz
My Commission CC872241
Expires August 17, 2001

(SEE BACK)

(MS. SEITZ) Testified on (PROFFER only) Pg 680 to 682 (NOT HERE) Now Later on

Also (Pg 251) CD + 90)

245

ALSO ALOT MORE PROOF ON (SIMULAR FACTS) I HAVE Plus My old Lawyer (Ms Moyer) Pg 648 Also (Pg 666 thru 671) on (PROFFER) only) ALSO (NOT HERE) Now Later on

* This (Proves) my Ex-wife was Not Afraid to Handle (Snakes)
I Have with (me)
Goes with (P.6) there is A Police Report on the (Pet Shop) About (one) of her (SNAKES) was Stolen)
(She) Even tryed to (Kill) (ME) once, And Tryed to make
→ it Look Like An (Accident)
She (Flatten) my Back Passanger (Back Tire) with A Big
(my Limo Bosyness)
KNIFE) on my (Double Steech (LIMO) And d Had it (Book)
+ Detail it
For (that Night) So d went out To (Wash it) And get it
Ready) and Then d seen (the (Flat) Tires) I Just Brought
(SPEAR)
(5) Brand (New Tires) About A week Ago (One) For (A Spear)
(New) (Tire) And As d went For (the Tire) (A> Pig KNEE (Rattlers
Snake) was sitting on (my spear tire) & Almost + (Bite) me)
But d moved Really (Quick), So d went into my other Vechical
to get my (SNAKE Pole) And d caught it And Threw it
into th woods And then AS d GRAB For (the tire) there was
(Another (one) and d caught it To, A Threw into (the Woods) and
(spear)
get my (Tire) out + (Change my (Flat) And when d took it to the
Tire Shop) For Repair They Said Then (can't (Fix) it) because it was A
KNIFE (Hole) in the Side wall) Now (my Ex) Has Had A (Pet) Shop
+ Glowing Bugin Buiz Since I met Her And she would (Handle) All Kinds
of (Animals) to (Snakes) she Had she wasn't scared Of Any Animals or (Snakes)
That what (d Like About Her) Now she (Flatten) my Tire So d would go into my Trunk
to get out (Spear Tire) And Planted (there) 2 Pig Knee) Rattlers) to Bite me & To (Kill) me

(22)> There (Daughters) (to Lie) and Say (Fabricated) Molossed (so
(R Me) then) And (that ALL (Refussed) Now Here is A (Notorized) Stat >
ement) From (2)o P (the women) out o P (4) women From (Linda Guillen)
that (Rented) out (one) of my (3) (Homes) (down) At (B) time And (She)
would Get (Her) (8yr old) (Daughter) (to Lie) And Say (I) molossed her
And After (I) was Falsely) convicted) For this (LIKE Now) my (Exwife)
would Give (Her) (the (3) Bedroom) (& Bath) House on (4 ACGD) Lund For Do >
>ing this And Also (Her) Friend) (Roxsann) [illegible] Atkins (Her >
(CD) (Interview) (Confess) to this (In Evidence) (Photo Coty) of (CD) (Pg 343) (Pg 351)
So (Read) this whole (Document) or (Doc) And Side Notes And Also on
the Back of it (Plus) (I Should of SEEN) All the (Red Flags) on Her
Right of (the Rail) (at (like) ARE (Wedding) (Reception) (I) was (walking) Around
when this (woman) comes up to (me) A says Here is (your)(wedding) present
(your) ARE Going to (need it) (later) And (I) (said) (not) (let me) get my (wife)
to Help (me) open it) And (she) said (no)(Its For)(you)(only) that (I) >
thought (she) was (a Friend) of (my wife's) than she) (Hurry up) said (open
it up (I got to go) and as (I) was (opening) it (she) started walk >
ing away) (I) (I) open it (up) And, it was (a 20" inch) (Now) (big hatchet
(Knife) in a (Now) (sheet) (Now) I know (Why) (she) (Gave me) this +
(Present) And (I) Believe she was (A Friend) of the Guy my Ex wife)
Had (murdered) (it a Long) (Story) Now See (Exib#A⊥)(Pg 248)(Doc)(court
stamp)
And SINCE (Linda Guillen) + (Roxsann) (Refussed) my Ex-wife)(again)
(offer) And (instead) told (me) what (she) was (trying to Do to) (me)
And did this (Notorized Statement) on (Sept 23) [illegible] (the exact) Same
(month) And (my) (vote) on the Police Report (Sept23) But 2007 (So since
(she) could (not) Get them to Do) (my) (CRAZY) (Ex-wife) (again) tryed >
to Get (Her) own (Grand Daughter) (to Lie) And Say (I) (molossed)
Her (CARA DOSS) (8yr old) And (my Ex wife) (Calbug) the Hot Line
And tell them (I) (molossed) her + they Come to (my Place) (we) were
(Separated) And (Question) (me) And (I) took them over to
(Linda Guillen Place) to talk to (Her) And they talk to (Her)
+ Also (my) Friend (Jerry) (Ross White) (she) (tryed to Pay) + (Cora Doss) + (my Ex's
Daughter (Joy Doss) And (She) Said (Her) mother was (CRAZY) +
(Cora Doss) said (Grandpa) (me) (Never) Did anything (wrong)
To (me) (the only thing He) Did was (He Tickeled me) (once) And
As (you SEE) (at the Bottom) of this (Report) (state) (it Appears) to be (A
⚹ (Bitter) DIVORCE (Play) this is An (endu statement) (No) I Wel Action of
(Sexul Molostation) Again (trying to Framd) (For this) (the Doms) (me)
(Daughter)

(Pg 22 o P 34)

Case 3:23-cv-00982-BJB-MCR Document 1 Filed 08/21/23 Page 81 of 124 PageID 81



my EX-wife (JOAN) (File This FALSE Docum
SEE #6 PROOF

CIF235
PROVIDERS/REFL FLORIDA PROTECTIVE SERVICES SYSTEM

EX: 6 Pg 20/24

ABUSE REPORT

ABUSE REPORT 1998-112075. PAGE 5 (5 yrs old)
(D , C , D) (EX w/d GrandDaugh
(mother, > (Joy) Doss) EX) → Daughter

My X wife Fabricated this
FALSE Report EXACTLY like this
AFTER She Tryed to Pay Him
Ora William that Refused this
offer on Sept 23 Do you
See The Patter And this
Fabricated Crime on Sept 23 2007

(1) WILL REQUEST OTI FROM PUTNAM COUNTY TO INTERVIEW A/P AT ADDRESS "C".
***REQUEST OTI TO PUTNAM COUNTY TO INTERVIEW A/P. ADDRESS IS CRACKER SWAMP
DIRT ROAD. OFF 207. JUST BEFORE SIGN "ORANGE MILLS". GOING SOUTH TURN RIGHT
. BEAR LEFT. FIRST HOUSE ON RIGHT. WHITE WITH BLUE TRIM. NOT A TRAILER.
PLEASE RELAY RESPONSE TO CPI R. MALLOY, SUNCOM 865 5015. THANKS***********

(2) 10/23/98. 11:30AM. CPI BONNETT FROM PUTNAM INTERVIEWED MR SNODGRASS AT HOME
. DENIED ALLEGATIONS AND STATED (THIS WAS HARASSMENT FROM HIS SOON TO BE
EX WIFE) SHOWED CPI A NOTE FROM A DOCTOR STATING THAT MRS SNODGRASS WAS
UNABLE TO CARE FOR HERSELF AND IS IN NEED OF 24 HOUR SUPERVISION.

(3) 11/2/98, 3:00PM. TCT (JERRY CROSSWHITE) STATED THAT HE HAS KNOWN SNODGRASS
FOR YEARS AND HAS NEVER SEEN ANY INDICATIONS OF THIS TYPE OF ACTIVITY.
STATES THAT MRS SNODGRASS HAS CONTACTED HIM AND ASKED FOR HIS HELP IN
SETTING A CHILD WIRED TO SET SNODGRASS UP.

(Pg 1 of 4)
Kurt
Joan
Sept 23 1998

(4) 11/3/98, 8:50AM. TCT (LINDA QUILLEN) NEIGHBOR. STATED THAT (SHE) WAS (APPROACHE
D BY (MRS SNODGRASS) OFFERING HER LAND) IF SHE WOULD BREAK (INTO HIS HOUSE AND
PLANT SOMETHING. (ALSO WANTED (HER) TO USE (HER) OWN DAUGHTER) TO SET HIM UP.) SHE
STATES THAT (SHE) HAS (NO CONCERNS) WITH (MR SNODGRASS.)

(5) II. FAMILY STRENGTHS AND NEEDS.
STRENGTHS: (NO PRIORS.) AGE OF CHILDREN; VISIBILITY
NEEDS: NONE IDENTIFIED.
III. AVAILABLE COMMUNITY RESOURCES.
NONE DISCUSSED.
IV. SERVICES.
NONE DESIRED. RISK TO CHILD LOW AS A/P REALLY HAS NO ACCESS TO A/V ANY MOR

(6) E. ALL AWARE OF ALLEGATIONS AND ARE AT HEIGHTENED AWARENESS. NO DISCLOSURE.
APPEARS TO BE (A BITTER) DIVORCE (PLOY.) CLOSED CASE WITH (NO INDICATORS FOR
SEXUAL MOLESTATION.)

INVESTIGATOR HISTORY:
INVESTIGATION COMMENCED BY: (ROBERT MALLOY)

Also there was another Page on this, WERE my ex-wife Daughter said (HER Mother) WAS Do this (to get Back) at (me) For (LEAVING HER)

043433 ON 10/07/1998 AT 12:38 PM

OI ROBERT MALLOY          043433

TURNAROUND SIGNED BY:  ROBERT MALLOY   043433  11/06/1998

REVIEWED BY:  JOAN JENKINS   043433  11/14/1998

DATA ENTRY COMPLETED BY:  ROBERT MALLOY   043433  11/14/1998

FILED & RECEIVED OFFICIAL PUBLIC RECORDS
CLERK OF CIRCUIT COURT PUTNAM COUNTY FLORIDA
2012 MAR 14 AM 11:44

** Why Would I EVER Show (You) This (Doc)
That (Proves) my EX wife (Promised) me
For This (FaBricated) crime Now on (Sept 23) 2007

Plus there is 4 more Pages that Goes with this Report I Don't HAVE And were the mother of this Child Stated that (her Mother) my EX wife was Doing this to get back at me For LEAVING her (the Truth)

248

(Also) (Why) would (I) EVEN (know) (you) this (because my ex-wife) (she's been a prostitute) all her) (Now) my (Crazy) Ex-Wife Has (Filed) Several (False) Police reports

And (False)(Court Papers) Now see (EXI > # Q²) & (Q³)(Case No 99-2501 FD) (Now) Here Is Where (my crazy Ex-Wife) Has (Filed Several) (False) Court (please) Reports (ahead) And see (the court (Respond #5) State) Where my Ex-Wife (has used this (injunction) As (a Sword) (instead) of A) (Shield) And Has (HARASSED) (me) (And Had to) Spend Lots of (money) (Has)

(To Finding Her) (Baseless Allegations) (And (she) Also (Paid) > the Alleged (Victim (BW) that's (Not) (a Victim) at ALL (on my Behalf) Because (Iam) the (only) (true victim) (in this case (only) And (paid) a W (CRACK Cocaine) (Prostitute) (mother) (Mary Ann) (Petri) to (Promise me) For this to (Regain Custody) of the kids & (to used (me)) As the FALL (Guy) (and (it work) By Get (# BW) (to Lie) & (Fabricated) (Bases) (they) this (Whole) (Story) on (Sept 23) (2007) Again (the EXACT) Same (Month) ↓ (or) + (Day) As (She) Did in 1988 (Sept 23), Now Here Real Proof

(Again (#24) my (Crazy) Ex-Wife (gone) Is Still Trying (to Promote (me) For this) until (People (in 2007) After (I) was (Falsely) (Arrested (For this & (she) seen > this on (TV) & (in (the news Paper) (she > Go into (the Sheriff's > (video tape) Dept) to Do An (Interview) with (the Head Detective) or (Det.) T. in this Case (Det) k. Taylor (+ his (a) walker) (my Ex-Wife go In (spider) (Monkey) there with (the them) on (Her) (Shoulder) And tells them > that (I) Kidnap) A Bounch of (Little Girls) + (Rape) them (that they) & (cut) them (up) (into) (cender Blocks) And (Throw) them (Bodies) (P) (Pg 671,672) off (a Bridge) (in (St Augusteen) FL) in to (the Ocean) (And in (966) (the News Paper) It said (Fabricated) (Tied (BW) up) (so) (to my bed) my (fabricated) ← (the News Paper) It said (Fabricated) (Tied (BW) up) (so) (to my bed) my Ex-Wife) tells (the (Det Taylor) (the (only) time) (we ever Had (Sex) is when (He) (Had me) (up) to And (Bed) And Also When (I) > (fabricated) WAS out on (a $1,500.⁰⁰ (Bond) this Little (6 yrs old) (Girl) > (Hellen Cummings) Comes up (missing) About (2 miles) From (my Place) And (Ex-Wife) (Calls up) (the Hot Line) And tells them (I Kidnap) Her + (Rape) Her & (cut (Her) (up) And (Throw) her (Body) into the (St Johns) River) And on the News) It Showed (Divers) going into the (St Johns River) (Right Where (I) Always go (Fish in) into the St Johns River (Right Where (I) Always go (Fish in) (at) that my (Ex-Wife) knew (the Place) Then (2) Detectives Came to (my Place) About this And (I) kind of knew (the ones) And (I) Told

(Pg 23 of P 34)

IN THE CIRCUIT COURT IN AND
FOR PUTNAM COUNTY, FLORIDA

CASE NO.: 99-7501-FD-    DIVISION: 54

JOAN S. SNODGRASS

Petitioner,

vs.

DAN S. SNODGRASS

Respondent.

## ORDER DISSOLVING FINAL JUDGMENT OF INJUNCTION

THIS MATTER came before the court on the Respondent's Motion for Dissolution of Injunction for Protection Against Domestic Violence filed August 30, 2005. Based on the evidence presented, the court finds as follows:

1.    On April 23, 1999 the Petitioner filed a Petition for Injunction for Protection Against Domestic Violence against the Respondent. On May 6, 1999 a Final Judgment of Injunction for Protection Against Domestic Violence was entered with an expiration date of May 6, 2000. On May 17, 2000 another Final Judgment of Injunction was entered and was made permanent.

2.    Nothing occurred between the parties until April 12, 2004 when the Petitioner filed a Petition for Order to Show Cause alleging the Respondent had violated the permanent injunction. By Order dated May 18, 2004 the court found that the Petitioner's Petition was completely unfounded in law or fact and awarded the Respondent $1,500.00 in fees.

3.    On May 13, 2005 the Petitioner again filed a Motion for Order to Show Cause alleging again the Respondent had violated the permanent injunction. This Petition was denied on June 20, 2005 with a finding that the allegations were baseless. Again, on July 26, 2005 the Petitioner filed another Petition for Order to Show Cause alleging the Respondent had again violated the permanent injunction. This Petition was denied without a hearing with the finding that the allegations were insufficient as a matter of law to constitute a violation of the injunction.

4.    All of the alleged violations of the injunction made by the Petitioner appear to based on her construction of what the injunction provides for, which were all found to be insufficient as a matter of law.

5.    From all the testimony presented to the court over three separate days, the court finds that the Respondent has not violated the injunction, and it appears to the court that the Petitioner is using the permanent injunction as sword against the Respondent rather than a shield to protect her.

*(Exhibit "G" Pg 84)*
*(Pg 4 of 40)* EXTRA COPY

*(ME)* *EX Joan*

6. The court finds that the Respondent (has been harassed) by the Petitioner, and has had to expend (substantial) sums of (money) defending (her baseless allegations.)

7. The court finds that the (Respondent is (no threat) to the Petitioner) and the original necessity for the injunction no longer exists.

On the foregoing, it is

**ORDERED AND ADJUDGED** as follows:

1. The Final Judgment of Injunction for Protection Against Domestic Violence (rendered (May 17, 2000) is hereby (dissolved.)

Done and Ordered this (April 3, 2006.)

Edward E. Hedstrom, Circuit Judge

Copies to:

*(her Lawyer)*
Duke Fagan, Esquire
4741 Atlantic Blvd., Suite B5
Jacksonville, FL 32207-2168

*(my Lawyer)*
Garry Wood, Esquire
417 St. Johns Ave.
Palatka, Florida 32177

AND (She) Also HAD (ME) (FAlSEly) (ARReSTed) At the (GOldEN CoRRAL RESTURANT) IN (PAlAKA FL) $100 Bond CHARges (DROP) the NEXT DAY (Filed A FAlse) Police REPORT ON July 24, 2005 my DAD + GIRlFRiend + (wittNess) & MANger (witNess) At CoURT (B Filed CHARges) (PluS) (She) HAS (Filod) SEVERAL other (FAlSE Police RePorts) ON the DAY of CoURt I HAd (14) wittNesses) (She) HAd (NoNE) EXcept HeR (Lying) HuSBAND (#9) (I) wAS = #8 I HAVE over (50) Police RePorts) on (Her) on Her (Pet Shop)

SDC #6) → HAS BeeN (HARASSed) ANd It STARted IN 1998) ANd This wAS IN (MAY 17, 2000) ANd (HARASSed) + (FRAMed) Foa This (FABRicated) CRime (BY) (PAYing) (BW) (CRACK CocAiNE) (ProStitutio) (mother MARY ANN Peters) to GEt (BW) to FABRicate) the whole Story ANd (FRAMed me) NuMBER on (Dec 19, 2007) ANd WENt INto the SHERiff DEPt SHORtS AFter thAt to TRY ANd (FRAME me) SoMe (MoRe) ANd told the I HAVE (KIdNAp) (A BouNCH of LittlE GiRlS + (RAPe) TheN (Cut Up) then Bodies I ANd (CHAiN on the thiN up) to (A ceMDeR BlocKs) ANd (throw) TheR (Bodies) A ANd Braidey IN St PetersBuRg FL (In to the OceAN). So this (Proves) She Is STill (HARoSSING) to this DAY (P 51)

#24 > (them) They ARE (Free) to LOOK Anywhere they (wanted) without (A SeARCH WARRANT) Because Again (I) Had (Nothing) to Hide) And than (I) ASK (Det. Elieth) My (CRAZY) EX-WIFE) (Called this IN) Didnt She (You) Know (my CRAZY) (EX-WIFE) Don't (You) And They (Both) sAID (WE) Both Know (your (CRAZY) ex-wife) And (HAVE (Don't) WITH ALL (of) (CRAZY) Police Report) And (Mr. Snedyness) (WHO) ARE (not) Allowed to tell (You) (WHO) Called this IN (AS (he) was (SHAKING) His (HAND) (UP) + (DOWN) For (Yes) (Now) (I) Hope to God) that (You) ARE STARTING) to see (the ReAl (TRUTH) Here) That (I) Been (100% FRAMED) And (HARASS) By My (CRAZY) EX wife (case) that (Definetly) (HAS (Paid) (THE (FABRICATED) (So Called) (victim (But that (Definetly) (am) A VICTIM on (my Behalf) Because (I am) the (only) (Victim) (in this case only) That HAS Also (caused) me to Be (A VICTIM) While (I) was (IN Jail) For this And was (Rob) Fed (over) (\$50,000.00) DoLLars) (From (my BUSINESS) And I Also (caused) (me to Be (A VICTIM) on (March 20, 2009) (Because of this) (I) was (Assulted) + (Kidnap) + (Murder?) + (started By (this) + (Later) was (ARRESTED) Fou (Kidnapping) (while (Police Rports) + (Pictures) I HAVE (For Proof) (Court Papers) And Also (A Victim) in (PRISON) were (I) was (BEATEN) Almost to Death) (2) Times (Because of this) (And (Now) that makes (ME) (A Victim) At Lease (6) times (Because of this) (100% FABRICATED CRIME) + (I am 100% self FRAMED) For (that) (And I can Prove) to (Testan You) + (Tell You) AS MUCH AS (I CAN) to (Prove) this (ReALly) (ReALLy) important (INFORMATION)

#25 > (Now) HERE IS some (ReALly) (ReALLy) important (INFORMATION) that (DeFinetly) (Proves) (I) was (100% FRAMED) For this (HEINIS) CRIME) >(Story) (Now) The Alleged (FABRICATED) Victim (BW) (OWN) (FATHER) (MR. WEBB) AND (BW) (Big) (SISTER) (AW) (Both) went into (my (old Lawyers) office (MS. WEBB SASHA) (Both) (moyer) (ON there (OWN) (case) well) with (NO) SUBPEANA) AND (CONFESS) ON (MAY 14, 2009) (JUST (ONE) (DAY) BeFore (BW) (11th Birthday) And Told (My LAWYER) (BW) WAS (Lying) (About ALL oF this) And that (HIS) (EX-WIFE) (MARYANN PETRI) = (HAS CRACK CoCAINE) (PROSTITUTE) (7) Police (Reports) (Proof) Plus (Pg 252) (Later) + (BW) (mother) + (HER) (Mother) WERE (the MASTER minds) Behind All (the FALSE) ALLegations) + (to FRAMED) me) FOR THIS (HEINIS) FABRICATED = (CRIME) (to Regain Custody) (oF the Kids) And to (USED me) AS (the FALL Guy) And (it WORKS) (By Getting Her own (DAUGHTER (BW) (to LIE) AND >

(Pg 74 oF 34)

* (34) (For Example) to Give (You) An (IDEA) of (Her) (CRAZYNESS)
In (one) (Police Report) _____? _____) She told (Det.) Ellett) that (She)
was (Court order) to work For (Her) Boy FRIEND) (MR. Paul Poole)
At (His) (Pet Shop) For (10 YEARS) FOR (Free). Now SEVERAL (things wrong)
Here > ① (MR. Poole) was (Her) Husband) SINCE (JAN 13, 2000) And ② > It
was my (Ex-Wife (John) Pet Shop) Before (She) married (MR. Poole) ③ And
(Det.) Ellett) told (Her) that was (CRAZY) & that (SLAVERY) was >
Bunded (many YEARS Ago) This is Just (one) of About (40) (CRAZY) (Plus)
(Bogus) (Police Reports) (on Same) (She) (the OWNER) + (others (she) Just
An (Employee) Plus (A lot more)

**FOR LEGAL USE ONLY**

cont.
(#25) > (FABRICATED) this whole STORY (Now) HERE IS (the PROOF) SEE

JD/EX:~(#R) + (R¹) PROM (my Lawyer (MS. Meyer) to (my other (old Lawyer) (Mr. L. CLEPTI)
(Pg.) 268 + 269) (by) (MR. WEBB) And (Now) SEE (#2) (MS. WEBB or (R⬛⬛⬛⬛⬛⬛⬛) or
(AW) (CONFESSION) that (AW) ASK (BW) (Point Blank) Did (DAN/ME) EVER
(touched) HER) EVERY Time (BW) CAME BACK FROM (HER (2) unicycle Lessons)
(BW) Told (AW) > (No) And that there were (NEVER) Any (MARKS) on (her)
(me) > FROM this (FABRICATED) (Rope) BW was (FABRICATED) (tied up) with (ME) >
And IF (BW) was (FABRICATED) + called (tied up) (She would of (Definetly)
Had (Rope) (BURNS) or (MARKS) on (HER) And Also (PROVES) (BW) (lied)
And (FABRICATED) Being (So Called) (tie up) (Proved) And Also on (Pg 262) (#4) >
WERE (my Lawyer (MS) Meyer) Reviewed (the States) (CPT) interview)
Video Tape > (CD) of (BW) on (Dec 18, 2007) with (the Interviewer (MS) Patten) on (MS. P)
& WERE (MS. P) HAS (Definetly) (Coach (BW) with (All Kinds) of (Leading
Questions) And when (MS. P) Told (BW) that (this WAS Being (Video Tape)
AND (Pointed) to the (CAMERA) (BW) (Jumps) out of (HER) (SEAT) And
Starts (WAVING) At (the Camera) (with A REALLY (Big (Smile) on (her) (Face)
(FOR (Attention) (And There was this (TV Show) with (a Guy) Named
* (Dr. Taylor) That (Study) People (Lying) And (He Stated) (the EASY EST) (way)
To tell (Some one) is (Lying) IS (3 Things) (1) > (No (eye) (Contact)
(2) (moves) (Around in their (Seat) When (ANSWERING) Questions), + (3) (Puts >
There (Hand) on there (Face) or (over) there (Mouth) when (ANSWERING) Questions)
* (Now) (Now) (Really) Need to SEE (the (CD) (interview) with (CPT)
of (BW) + (MS. P) (Because (BW) Did (Exactly) ALL (3 of these (Things)
And (MS. P) Had to (kept on (tell (BW) to TAKE (HER) (HANDS) (Away
FROM (HER) (Mouth) & (BW) (Mumbled) All (the ANSWERS) (PLUS All of
(the (Leading Questions) Now BACK To (MR. WEBB) (Now) tell (me)
(Why) in the (World) would (BW) Rather + (his sister) (AW) Go
Into (my Lawyer office) And (Confess) to them (IF this (So called) Really
HAPPEN) (which it Didn't) (They would WANT to (kill me) (Not) Helping
And (MR. WEBB) was (my witness) (AT Trial) or (Not (A State) witness) Because
* (the State) know FOR A FACT) (MR. WEBB'S) (test) (money) would Prove) the State (Concocted) (Fabricated) *
(Pg 25 of 34)

*Ex* [handwritten marginalia]

*(Pg 10/2*) [handwritten]

Both were Mr. Snodgrass CP wers [handwritten]

MY 2 LAWYERS [handwritten]

(Pg 10/2) [handwritten circled]

(EX: AR) [handwritten circled]

Member [handwritten]

**JEAN MOYER**
ATTORNEY AT LAW
399 REID STREET
PALATKA, FLORIDA 32177

(386) 325-8284

they were Both in her office [handwritten]
on May 14, 2009 [handwritten]

September 17, 2009
MAILED [handwritten]

FAX: (386) 325-8288

my old Lawyer [handwritten]
Val Quetti
Public Defenders Office
St. Johns Ave.
Palatka, FL 32177

[stamp, right margin, partially legible:] 2012 MAR 27 AM 8:25 FILED & RECORDED OFFICIAL PUBLIC RECORDS CLERK ... COURT PUTNAM COUNTY FLORIDA

Re: State v. Snodgrass

Dear Val:

MR WEBB and His oldest Daughter (B.W) [handwritten]

(1) This correspondence is to inform you of the interview with ~~Mr. Webb and his oldest daughter.~~ Both Mr. Webb and his oldest daughter came to my office to discuss the issues raised by the alleged victim. Mr. Webb was asked whether his youngest child ever showed any fear of Mr. Snodgrass for which he stated "No." Additionally, Mr. Webb was asked if she ever came home crying from her two training sessions with Mr. Snodgrass. Mr. Webb again answered "No." He was also asked if she ever had any marks on her arms or legs. Again, he answered "No." As you should be aware, Mr. Webb did state that his three children lived in a very small travel camper. However, Mr. Webb did state that the child had accused a gentleman named Mel (information in the file) of the sexual contact. Mr. Webb and his ex-wife have been in an extensive custody fight over the children and believes that both his ex-wife and her mother are the master minds behind his daughter's allegations against Mr. Snodgrass. Mr. Webb verified that his daughters were very close and her sister would have known if anything had happened between her younger sister and Mr. Snodgrass.

Define TH [handwritten right margin]
Reasonable [handwritten]
Doubt [handwritten]

(2) (B.W) older sister [handwritten]

B,W [handwritten]

Ms. W███ was also questioned extensively regarding her younger sister. Ms. W███ was very protective of her sister because she was a victim of sexual abuse. She asked her sister point blank if Mr. Snodgrass ever touched her every time she returned from her training. The child stated "No" for both occasions that she went to training. There were never any marks on her sister and Ms. W███ would have observed any if they were present considering they shared a bed and Ms. W███ assisted in her bathing and dressing. Ms. W███ also verified the allegations against Mel and stated that at no time was her sister at the home of Mel without her presence.

(3) The ~~alleged victim~~ continues to change the date of the alleged incident when Mr. Snodgrass has proof that nothing could have occurred on those dates. At first it was the date of the circus, then it was changed to the date of the bonfire, where her father and brother were present. Then, it changed to a time prior to Mr. Snodgrass even meeting the Webbs. Finally, it occurred after the last day Mr. Snodgrass had even seen the family. If the alleged incident happened prior to the circus, then why did the child grabbed Mr. Snodgrass' hand (someone who had allegedly tied her

Definetly (Proved) AT LEAGE (REASONABLE DOUbT) [handwritten]
MR Webb + H███ then (Confession) [handwritten]
in her office May 14 2009 [handwritten]
with out A SUBPEONA on Then [handwritten]
own Piece well Did this WAS Because (Its the Real Truth) [handwritten]

TRIAL TRANSCript [handwritten]
(Pg 268) [handwritten]

Pg 70 4 2

Pg 2 of 2

EX: #R4

④ to the posts of the bed and (raped her) and asked him if he would take her to see the clowns because she was afraid of them (someone she had never met). As you are aware, Mr. Snodgrass' ~~...~~ Additionally, his computer was not visible from his bedroom. (Many of the allegations were inferred by the child investigator interview.) The child showed no signs of being a victim in the interview and rather enjoyed the attention she was getting by the interviewer who lead the child through the entire interview (with leading questions.) *see video Proof*

*Until Trail*
*Held had NO*
*direct Posts*

⑤ An interview CDs from one of the neighbors even mentions (Mel) as though he is (Mr. Snodgrass.) She states that Mr. Snodgrass has a white pickup and runs a lawn mowing service. (Mel) is the person who drove the white pickup and ran the lawn mowing service. ~~...~~

⑥ *Father* Mr. Webb and his daughter were both very cooperative and pleasant. If you need any more information from my office, please let me know.

Sincerely,

Jean Moyer

Jean Moyer

cc: Mr. Snodgrass

*True Notes*

This is When the Judge (FALSOLY) DISMISS my MATERIAL Witness + FORMER Lawyer important True NOTES SEE Pgs (6 76-2-14-17)+ B #89-2-9-18 (Jean MoyER + his oldest Daughter (A____) N____)+ B #89-2-12-11 EX: A+

✱ (Mr. Webb) + his oldest Daughter (A____) the alleged Victim That's (NO VICTim) AT ALL (on my Behalf) did Ms. Moyer office) on (May 14, 2009) Just one day before (B.W.) or B____ Webb 11th Birthday and (Confess) that (B.W.) was (Lying) And so they did this with (NO Supeona) on their own (free will) And told (my old Lawyer) (his X wife (MARY ANN Peter) that IS A well known (Crack cocaine + prostitute) according to (Mr. Webb) + (5 Police Reports) that (my X wife wif (Joan) paid (her) to (Frame me) For the Crime FABRICATED And (he) told (her) + his (X wife (Mary ANN) made (B.W.) (lie) about all of this to get Custory of the kids (and it work) And there A lot more (proof) to (prove) I was (Framed) And that I am (a 100% percent innocent) (Pg 269) Also testified to this Letter AT TRIAL that He said (this to my old Lawyer (Ms. Moyer) that the Judge (Falsoly) DISMISS) a my *material witness*

*Mr. Webb*

(H26)> Now SEE (EXIT 252) (ABUSE HOTLINE (Up Dated) 2007) (SO) (P) After Police Report # 2009-1631 that (PROVES)(BW) mothers (MARY ANN)(Petri) WAS (A CRACK COCAINE) PROS> > TI$UTIVE) (Now) Look (At the Bottom #6) WORD (BW) GRAND FATHER (States) to (BW)(You) need to be (on The streets)(Working)(Especially)(the Part) (The Adverse Affects) to (B████████)(BW) (is unknown) (ME)> Now > the ↑ (Is Their)(Heirs) Crime (I Have) Been (FRAMED) FOR • (Plus) there ARE (At Least 5) More (Police Reports) on (MARY ANN) (to Prove) this (Now) BACK to (MR. WEBB). (Now) there ARE (A Bounch) of (T.I) on (MR. WEBB) (Testimony) (At Trial) thats (Not Here) when (He) WAS on (The Stand) As (my witness) SEE (TT) Pg 856-L-5-13) where (I am) Showing (MR. WEBB) (His (CONFESSION) (Interview) on May 14, 2009) with (my Lawyer) (to Refresh) His (memory) And (to Read) this (Doc)(Pg 268 + 269)(EXS 2 + XR1) And Also SEE Pg 850-L-1-25) especially (L-25) (He) Admitts (He was there)(on this (Day) This (FABRICATED) CRIME (So Called) Happen on (Sept 14, 2002), And About ARE (Contract) Fee (BW) + (AW) (to Be in (my Shows) + Pg 860-L-1-11) were (He) is Reading (Doc) Pg 268 + 269) And (Author) Admitts (He) Did NOT (Beleave) (I) (26 A on Back) Did this (Hanis)(things) to (BW) on this (Day) or (any other Day) Also (SEE Pg 869 > L-13-25) (Admitts) (He) could (Always) SEE (His) Daughter (BW) (At ALL Times) + When (BW) WAS UP ON (my Stage)(60 x 40 Foot)(Practicing) to Ride A (Unicycle) And (to Ride) on (top) of my (Shoulders) on my (3rd Foot)(Unicycle) FOR (my Shows) And (I) MADE SURE (MR. WEBB) (WAS there)(on this)(Day) (Sept 14) 2002)(BW)(FIRST (Unicycle) Lesson) (So (I) PAID (MR. WEBB) (3 or 4) (Police Hour) FOR (3 Days) to Work in (my YARD) were (I) Just Got Done (T) Pg 826-L-1-16) (Cutting) Down (20 Trees) FOR (Hurricane) Reasons) (Now) this is AN (IMPORTANT) one) SEE (Pg 865-L-13-15)(EXT LITT) (Prior) SEE (L-17-18)(Especially) were (He) (26 B on Back) (testified) (on this (Day) (BW) WAS (NEVER) out oF (His) (Sight) FOR (No) More) than (2) or (3) Mins) (at the most) And this (B Becomes) (The Time) (Line) And (Proves) (It would of Been) (totally) (Inposible) to Do (Counts? 1 + 2 + 3) OR Even (Just one) (Count) in (a 2 + 3 Mins) out oF (MR. WEBBS) (Sight) And (also) (L-24) (Not) (When) (I) WAS There) And Also (T) Pg 866-L-2-14) (especially) (L-12-14) (WE) were ALL out their (together)? And This >

*( AT LEAST *
(26A) (PROVES) REASONABLE DOUBT) *
WERE (THE STATE (ADA)) objECTED FOR (ME) (to PUBLISH) AND to
INTRODUCE), INTO (EVIDENCE) BECAUSE IT Showed IN the
DOCUMENT (1) Pg 268, 269) #(1A) #(1B) where IT STATES ABOUT A
GUY NAMED (MEC) DID (the EXACT) SAME (CRIME) AS I WAS
(FALSELY) ARRESTED) FOR) FOR (FABRICATED) (PER PURMING) COMMITTING US)
ON (HOA) AND (to PROVE) A REVERSAL (WILLIAMS) ROLO 305)
AND (DEFINATLY) (DEPRIVED) ME of AN (FAIR TRIAL)? ALSO (TS)

(26B)

* ALSO * (AT LEAST) * (PROVES) (REASONABLE DOUBT) *
(26B) AND (EVERY THING) That (BW) HAS (FALSELY) CLAIMED + (FAB >
ICATED) So Called (HAPPEN) to (HER) ON THIS DAY (Sept 14) 07 (I AM) =
GVESSING) WOULD of HAD to TAKE AT LEAST (45 MINS) to AN Hour!
to Do (out of the FOR LEGAL USE ONLY And (IMPOSSIBLE) to
Do IN (2) of 3 MINS) AND (PROVES) this is ALL (LIES) + (FABRICATED STORIES)
AND (BW) (CHANGING) INTO A (CIRCUS OUT) Fit book Int (HOA) (REGULAR) CLOTHES
& 3 PICTURES) I took (IN ROIDER) & HOA 2 PROVE She Show ME She Could Do took
Up those) (2) on 3 MINS OUT of HER PROTHY SIGHT on this DAY AM of (NO) TIME
to DO (th FABRICATED) Other (HOMES) they to (HOA)

(26B)

*I was falsely arrested for this on Dec 18 2007*

(EX. 5) (Pg. 101)

**Field Narrative** (BW) Redactes

*(Ashley)*

Updated* 2007-04-20-14.14.38.000000* A COUPLE OF WEEKS AGO, STEPMOM, MARYANN, BECAME ANGRY AND SLAPPED A____ IN THE MOUTH. A____ SUSTAINED A BUSTED LIP AS MARYANN WAS WEARING A RING AT THE TIME. MARYANN'S AGGRESSION HAS BECOME MORE FREQUENT OVER THE PAST YEAR. A YEAR OR SO AGO, A____ EAR DRUM WAS BUSTED AFTER MARYANN TURNED THE MUSIC UP LOUD WHILE A____ EAR WAS NEAR THE SPEAKER. DAD IS AWARE OF MARYANN'S AGGRESSION TOWARDS A____ MARYANN'S INVOLVED IN DRUGS AND PROSTITUTION. ON AN UNKNOWN DATE, MARYANN GAVE A____ THREE XANAX A____ ELT "HIGH". MARYANN ALSO GAVE A____ GHB. DAD TAKES ONE XANAX AND IS "OUT ALL NIGHT". IT IS UNCLEAR WHO IS PRESCRIBED THE XANAX AND IF DAD IS ALSO MISUSING IT. STEPMOM HAS A HISTORY OF MENTAL ISSUES IN THE PAST, SHE HAS SELF MUTILATED (CUT) IN THE PRESENCE OF A____ AND ATTEMPTED SUICIDE. MARYANN HAS BEEN MISSING FOR TWO WEEKS NOW; HER WHEREABOUTS ARE UNKNOWN. A____ IS CURRENTLY HOSPITALIZED DUE TO CUTTING AND SUICIDAL IDEATIONS THAT SHE ATTRIBUTES TO HER STRESSFUL RELATIONSHIP WITH MARYANN. MARYANN'S FATHER HAS BEEN VERBALLY ABUSIVE TOWARDS A____ AS WELL. THE STEPGRANDFATHER CALLS A____ WORTHLESS, UGLY AND HAS MADE OTHER NEGATIVE COMMENTS TOWARDS HER. THIS TYPE OF BEHAVIOR ALSO CAUSES A____ TO BECOME UPSET, STRESSED AND SELF MUTILATE. STEPGRANDFATHER ALSO MADE A STATEMENT TO A____ YOUNGER SISTER (B____) SIMULAR TO "YOU NEED TO BE ON THE STREETS WORKING". (ADVERSE AFFECT TO B____) IS UNKNOWN. 24 HOUR.)

*(B.W.) H. Affects (ARE) what's happening to (ME) & Falsoly Accusing (me) of this*

---

**II.   Victim(s)** *As of June 18, 2016) A____ w____ Be 27 years old Fabricated (crime)*

| Name | DOB | Age | Gender | Race | Disabilities | |
|---|---|---|---|---|---|---|
| W____ A____ | ___991 | 16 | Female | White | | |
| Maltreatment | Findings | | Incident Date | | Caregiver Responsible | Fatality No |
| Inadequate Supervision | | | | | | |
| Intervention Services are Needed | Placement Outside the Home is Required | | | | Judicial Action Required | |

*Doc Stamp*

| Name | DOB | Age | Gender | Race | Disabilities | |
|---|---|---|---|---|---|---|
| W____ A____ | _1991 | 16 | Female | White | | |
| Maltreatment | Findings | | Incident Date | | Caregiver Responsible | Fatality No |
| Mental Injury | | | | | | |
| Intervention Services are Needed | Placement Outside the Home is Required | | | | Judicial Action Required | |

| Name | DOB | Age | Gender | Race | Disabilities | |
|---|---|---|---|---|---|---|
| W____ A____ | _1991 | 16 | Female | White | No | |
| Maltreatment | Findings | | Incident Date | | Caregiver Responsible | Fatality No |
| Physical Injury | | | | | | |
| Intervention Services are Needed | Placement Outside the Home is Required | | | | Judicial Action Required | |

| Name | DOB | Age | Gender | Race | Disabilities | |
|---|---|---|---|---|---|---|
| W____ A____ | _991 | 16 | Female | White | No | |
| Maltreatment | Findings | | Incident Date | | Caregiver Responsible | Fatality No |
| Substance Misuse | | | | | | |

A person who knowingly or willfully makes public or discloses to any unauthorized person any confidential information contained in the central abuse hotline is subject to the penalty provisions of s. 39.205.

**Investigative Summary**

*(MARY ANN) is the Mother of the Lying Victim X (BW)*

*X I Need to get C40 1 + 3*



*(handwritten top-left, struck-through:)* P - 4 8
(L - 1 - 2 )
** L - 13 - 25 ) Especially)
(L - 17 y 18)

*(handwritten top-center:)* (BW) Father
(MR. WEBB)
MARK WEBB
ALSO SEE Pg 268, 269

869

↓ 1    They was right -- we were all together out there in the

2    yard. ) I could see them, (yeah.)

3        Q    So you could see (the stage) no matter where you

4    are in the yard or --

5        A    Pretty much, unless I was on the other side of

6    the house.

7        Q    Was there any (debris) *(No)* on (the other side) of the

8    house?

9        A    There was in the back.

10       Q    But you still could see (the stage) from that

11   part, couldn't you?

12       A    Well, a certain part of it you couldn't.

↓ 13      Q    Yeah. But you -- when you were doing it, you

14   were only like -- well, how -- how -- (when you went over

15   to get the wheelbarrow for the brush) how long were (you)

16   there before you would be able to see the stage?

*(handwritten:)* ✱ ✱ (MR WEBB) 17   →   A    (Just a few minutes) Not -- you know, not --

✱✱✱ 18   maybe (two minutes) (three minutes) because it's just

19   right there. (The pile of brush) was right (in front of

20   (the stage) or right close to (the stage) *→ Were d Practice For my Shows A*
*20 X 40 Foot Stage and was*
✱✱ 21       Q    Right. So really (your daughter) was never *(BW)* *training (BW) For my Shows*
*on a 3' Unicycl Also*
22   really out of (your sight) (at any time) really that much, *her sister (BW)*

23   was (she?) *BW)*    *✱ (important Notes)*

✱✱✱ 24   →   A    (Not) when (I) was there. ) *But According to (BW) Testimony (Not true)*
*And Hearing + his (2 depos) (BW) Father) was there when the FABricated*
↑ 25       Q    Yeah.    *Crime (So Called) Happen on*

*✱ this is the (SO CALLED) DAY, This FABRicated*

*Story) HAPPEN ON (SEPT 14, 2007 FRIDAY    While (MR WEBB)*
*(BW) FIRST (UNICYLE) - LEASON   and*
*of (His Son) Were Cleaning my Yard of 20 trees (I) cut Down earlier, And taking*
*...... the Brush & my V 15 X 15 Foot Pit in Front of my 20 X 40' Stage.)*

870

```
 1        A    No.  Neither one of them.  My boy was there,
 2    too.
 3        Q    Didn't during the bonfire also -- did you, at
 4    the time of the bonfire, bring your other daughter over
 5    to watch the children, the youngest ones --
 6        A    I probably did.
 7        Q    -- on the second day of the bonfire?
 8        A    I probably did.  She helped me out a lot.
 9        Q    Neither one of your daughters knew how to ride
10    a unicycle; is this true?
11        A    That's true.
12        Q    And so wouldn't somebody have to hold them
13    up --
14             MS. OPSAHL:  Objection; speculation.
15             MR. SNODGRASS:  It's --
16             THE COURT:  Well, I'll allow the question on
17        that.
18        Q    Wouldn't someone have to hold them -- hold up
19    (the unicycle) for them to ride it?
20        A    Yeah, but, I mean, you could pick the place to
21    put your hands that wasn't in their stuff, you know.  If
22    you're going to teach somebody, you should have one made
23    that you got handles on, for one thing (MR WEBB) was watching us And
      NEVER SAID poo they about this Plus A Unicycle, is (Perfectly Balanced) And you
24    can't Add diservice to it or it will be off balances, were they going to be taught for shows or for
25    a circus, do you know?  Plus MR WEBB even try it as d
      HELD Him up the EXACT SAME way AS
      I Held up HIS 2 Daughter on the
      Unicycle And d Have taught Alot
      of People the SAME EXACT way And they
      NEVER (Falsely Accused me of this
```

(Cont.)
(#26) > Also (Definetly) (proves) (that) (the ADA) (LIED) to (the Court) +
to (the Jury) At (Closing Argument) (and (HAS) (LIED) (several times) that (BW)
was (Always) at (my Place) (Alone) with Just (me) + (her) And was (Very)
> FRAILE) And (stated) (that) (he) (me) (would (Get them) (Right) were (he wanted)
then) (Alone) + (VULNERABLE) (A Posion) (the) minds) of (the Jury) with these (CIES)
(SEE) (T) EXIT T2 Ln33 Mcl EXIT T3 L-1-12) Pg 1059 #33.35 + DW EXIT (A1060:13)

And Also (mr. WEBB) (Testified) said (T) Pg 869 (EXIT) with (233) (L-1-23) that (I) only (wanted)
(AW) For (my shows) Because (she) was (16 yr. old) (at the time) then (AW)
(Little sister) (BW) came out side (At there Place) + was (Begging) Her
(Dad) (me) (mr. webb) to Do it To) And (he) Also told (BW) (ok) (But) (I said) (I) >
would HAVE (to Think) About it) (Because (BW) WAS (so young) (now)
(if I (so called) Had Any (so called) (S Exua L) intention For (BW)
(why) Didn't (I) Just (Hire Her) Right now) (But) (I said) (I would
Have (to Think) About it). Because (she) was so young) And Also (I +
GAVE (AW) (A Mesage) on (the Back of (Her) (Legs) (only) so (if) the Also was
For so called (sexual) (Reasons) (Then) (why) Didn't (I) (Also) GIVE (BW) (A Mesage) too
(why) Because (BW) was (Loosen up) And (Didnot) (need one).

(#27) > (now) Here in this (Interview) with (CPF) (BW) HAS (never)
(Voluntered) Any (information) to (ms. P) until (the Very End) of it
And (BW) (said) to (ms. P) (you) Forgot to ASK (me) (BW) WAS (Dad) (me) (DRUNK)
(ms. P) was (DAN) (DRUNK) (BW) (YES) > (ms. P.) what was (Dad) (DRINKING) (BW) >
(BEER) + (WINE). (now) there ARE (3) Things) (wrong) (Here) (I am (EASY) (to PROVE)
(#1) > I (Hate) (Any Kind) of (WINE) + (2) > (I (NEVER) Drink) (Any Kind) of P >
(Alcohol) when (I am) (working) (Especially) when (I am) PRACTICING (my shows)
or (Doing) (my shows) + (#3) > (BW) Father (testified) (At Trial) see (T) Pg 873 >
(L-1-23) that on The (Day) (Sept 14 07) (BW) (1st Unicycle) Lesson (I was (DRINKING)
> (Coca-Cola). (So Again) this (proves) (BW) (Lied) + (Fabricated) this (story) too.

(#28) > (now) Here is only (3) OUT of (1) (Really) (Really) (CRAZY) >
> (statements) (BW) Her (testified) (To) (A lion) (Her) 1st (Depo) on (Dec 10,09)
(#1) > (my) (Lawyer) (ASK) (BW) What Did (you) Do After (you) (Allegally) (Got) (un-tied)

(Pg 27 of 34)

EX: (G-2)
(Pg 1 of 2)
(L-23-25)

BOTTISIDE
Pg# 1060 ON BACK.

Bottside
1059
1060
ON BACK

```
 1    forget how that child was B█████  Don't forget

 2    how she sat right here and told you about how this

 3    man put his hand on her tee-tee, and how he picked

 4    her up as she tried to get away, and put her on his

 5    hot pink bed, pulled down his pants, grabbed her

 6    little hand and put it on his pee-pee.  And don't

 7    forget how she sat there on Tuesday and told you

 8    that he took her clothes off, tied her with a rope,

 9    and put his pee-pee in her tee-tee, and it hurt.

10        You saw her testify.  You saw her difficulty

11    in getting those words out.  Ladies and gentlemen,

12    that was not fake.  That was not forced.  That was

13    not coached.  And it certainly wasn't her fantasy.

14    But it was his.

15    Mr. Snodgrass met A█████ and Mr. Webb on the

16    side of the road, and what does he do?  You have a

17    pretty daughter.  Finds out that Mr. Webb has a

18    nine-year-old daughter, too, and he gives them a

19    card.  The very next day he goes and seeks them out

20    at the Webbs' house.  He meets B█████ he offers

21    unicycle lessons, he gets them excited, he has a

22    cookout, he invites them over, they see trampolines

23    and tightropes and stages and sparkly outfits.  He

24    makes sure no one is allowed at their lessons  He

25    makes sure their lessons are on different days.  He
```

they Randomed of Gas + Money Taken (AW) to COURT

ADA (LIES)

I (NEVER) SAID TALK

(R w)

SEE (H) Pg 8617
(L-1-3) + Also
L-9-25 the ?
Teeth

I Do (25 Acts)

(1 of my Acts)
(1 of my Acts)
→ the ADA (LIES)
TO the JURY IN
Closing Arguments

Also Pg 1060
on BACK L-
(1-2)

this is true (L-25) (1) can only teach ONE Person
(AT A TIME) And this is the only Reason why Several
Plus (BW) Has stated & testified
Times that (her) Father Rg seated & there they were all
there on the (R) It rarely told Happened Spot 14 oa
& Also the Father testified he was there on the Day

1060

1   (gets) (them) right where he (wants them)   (Alone) and

2   (vulnerable.)

3   This was a seduction, ladies and gentlemen.

4   And he seduced their father, too.  I told you in

5   opening statements that you may not like a lot of

6   the things that you hear about Mr. Webb's actions,

7   what he allowed, and the position he put them in.

8   Essentially these two girls were sold, by contract,

9   essentially.  A contract which states:  I, John

10  Webb, give Daniel Snodgrass, or (Danny Delmar) stage

11  name, permission to teach my two daughters, A

12  W    , age 16, and B.W., age nine, how to ride a

13  unicycle and do shows with me.  Daniel Snodgrass,

14  or Danny Delmar, in allowing my two daughters to

15  travel with Daniel Snodgrass to do shows, and I,

16  John Webb, fully knowing that my two daughters,

17  A       and B         , will sometimes be in close

18  quarters when we are doing a show out of town.  And

19  allowing Daniel Snodgrass to do their measurements

20  for costumes and shows.  And letting my two

21  daughters, A      and B.W., go to other shows, like

22  circuses, to learn, and take pictures of both of

23  them for show performances.  And allowing me to do

24  whatever it takes to get them ready for shows.  And

25  your daughters will make:  A      , $50 a show, and

(28.) (I) Ran into (the Kichen) (To Make (A BAND-Aid) +
(my Lawyer) Said with (A SURPRIZE) (You) Did What? (BW) (I) RAN-
into (the Kichen) to Make (A Band Aid) (Now This (wsn't only) CRAZY)
But (Why) RUN into the (So called) (Kichen) (When my (Front) (Door)
Was (A lot) (Closer) (were (Her) Family was or (yell) For (Help)

(#2) - (BW) was Ask Do (You) (Wear (Glasses) - (BW) - I use To
when my (Eye's) were (Cross) But they ARE (Fix) Now (3 things)
wrong Here (#4) (BW) (Never) Wore (Glasses). (#2) (BW) (Never) -
Had (Cross (Eyes) According) to (BW) Father (Mr. WEBB) (2) - (You)
(could Not) Fix (Cross eyes) Then) or Property (Not Now right+

(#3) (CRAZY) testimony (Now) Since it was (So Close) to (Christ-
Mas) At (BW) (1st Depo) on (Dec 19, 2009) (my ASK) (BW) What Do (You)
want For (Christmas) (BW) - (A SPACE Ship) (Me) (Yeah) -
(She) is (Really) (Spece out) Alright) Besides what (I) vocabularized (Spaceship for Christmas)

#(29.) - Plus (BW) Has (Stated) That (I) HAVE Taken (Her) To
(School) (Often) (ME) I HAVE (Never) Taken (Her) to (School) (85.46)

#(30.) (Plus) (BW) Has (Stated) that (I) Have (Feed) Her (Often)
(ME) (I) only (Feed) Her (1-Time) only (+) All Her (2nd) + (Big Sister) +
(Little Brother) (Lunch) when (ME) + MR. WEBB Was (Working) in my (Yard)

#(31) * (Now (I) Have Done A Lot of (RESEARCH) on (Children (Lying)
? Now There is (A Book) Called = (Planted Black) By
(Dr.) UNDER WAGER) About (Children (Lying) + (Fabricating)
- Stories) that (A Child) Could Have (ComFABulation) - (MEANS)
(To Fill in (The Gaps) - (In Memory) By (Fabricating) or -
ComFABulate) or (Certain Events) or (Incidents) or (May) -
Have Been (Fantestically) (EMBRANDED) By what they (Like)
Have Seen on (TV) or (A Suggestion) (Planted) in there (Head) - (BW)
* (ME) - (BW) (BW) (Mother) + (By) (the ADA) + (B) the Interviewer) or CPT (Ms.
Patten) or (Ms.P) Also By (BW) Big Sister (AW) (Plus) (And) Also (By) one of
- (the World's) (Top) (Psychologist) (DAN A RIELY) Also on (Children)
(Lying) on (MAY 4, 2020) About (17 Papers on This) in (The NATIONAL -
- GEOGRAPHIC) - May 12 (2018) on (June 2017) ISuse is A (Professor)
At (Duke University) in (Durham. N.C) - Stats - AND (Children) -

(Pg 28 oF 34)

#31). > Starts Learning (to Lie) at the age of (2-5 yrs old) and gets A Lot (Better) as (the years) go on). (ME) > Like (BW (9 to Plus (Lies) and (Fabricated) Stories) at (9 yrs old) (Now) on this (One page) they are showing a (9 yr old girl) with (a Helmet on) with (Tons) of (wires) coming out of (the Helmet) to (a Machine) and Testing (Her) for all things (MO) Just Like (BW) (9 yrs old) and they used a (9 yr old (girl) (not (a Boy) because (girls) (Lie) more than (Boys) Do).

#32). > (Now) Here is were (BW) (Fabricated) Some more (Lies) > (After (couch) By (Ms.P) (BW) has (Stated) in (Her) (interview) with (CPI) that (she) (so called) > (Fabricated (showed) Her (Child Porn) of (7, 8, 9 yr olds) on My (computer) & (TV) that (I am) Going to (Prove) (To the Court) (BW) (Fabricated) this (whole) (Story) (too) Besides (How) Does (BW) (Know) the (Ages) of the (So Called (children) (How) > Because (She) (Fabricated) them (1) (Now) (BW) has (coach) And with (Leading) (Questions) to say this.) (Ms. Patton) or (Ms.P) > Ask (BW) Did (You) Ever See (Naked) Boys (coaching) > + (Girls) on (Mr. Snodgrass) (computer) (BW) (Yes) (Ms.P) (what Did (You) See (I) Seen (Naked) (Boys) + (Girls) on His (computer) that were (7,8,9 yrs old) (Now) (2) Did (You) Ever See (Naked) Boys (coaching) > + (Girls) on (Mr. Snodgrass) (TV) (BW) (Yes) (Ms.P) (what Did (You) See (BW) (I) Seen (Naked) (Boys) + (Girls) on His (TV) (Now) Here) is (the (Proof) That (Both) of them were (Fabricated) (Lies) (EX: (#U) (Pg 365) > (Now) the Head (Det) Ken Taylor) on the Stand (At Trial) on (Cross Examination > Pg 365 (L-7-25) Also (Pg 366-L-7-4) Stating) that (BW) Said (She) Watch (Child Porn) on (your) (computer) (Now) (the forensic Detective) > (Mr.) Taylor) (at Trial) After (he) got (Fired) For (Planting) Evidence) At my Place (the Brown) (Boys) + (Stole) Stuff At my Place) is (Now) (Mr. Taylor (on (At /Trial) Did (You) See (Com Fiscated) (Mr. Snodgrass (computer) > (Mr. T) Yes (Sir) And was it Sent to (FDLE) For a (Florence) (Examination) of (the Hard Drive) (Mr. T) Yes) it was) Pg 367 - L-3-12) (Now) Here is were (the Forensic (Det) (Mr. T) (Vol entered) this (information) (He) Said Did (I) Find (Anything) (to Do with (Child Porn) At (your) Place) (ME) (Yes) (Mr. T) > (No) & (You) Also (Com Fiscated) All of (Mr. Snodgrass) (VSH Tapes) + (CDs) to be Check out too (Mr.T) (Yes) And Also my (computer) See (Pg 368 - L-25) & (Pg 369 -L-1-4) > (EX: U) (Not Here)

(Pg 29 or P. 34)

*(handwritten annotations across top)*

*EX #U (L-90-25)* *there was No* *R Leon 338.25* *Computer 19 339-L14*

*(Pg 101?)*

1    MR. SNODGRASS: That's hearsay.

2    MS. OPSAHL: Well, objection to relevancy.

3    That was the Court's order.

4    THE COURT: I don't see that's relevant, sir.

5    MR. SNODGRASS: Excuse me, Your Honor?

6    THE COURT: I don't think that's relevant where

7    you got the costumes from.

*As my own Lawyer (At Trial) (ME)*

8    MR. SNODGRASS: Okay.

9    BY MR. SNODGRASS: *(Why) would I ASK THESE Questions unless it or Former (Secretary) was to (Prove) they were all (Lies, & Fabrication)*

10    Q. Mr. Taylor, didn't you confiscate Mr. *Because if he was (so called) (TRUE) to which it not & surely (would not) want the Jury to HEAR this*

11    Snodgrass's computer during your search? *Part*

12    A. It was collected as evidence. Yes, sir.

13    Q. Why did you collect his computer?

14    A. So it could be reviewed

15    Q. Because?

16    A. Of the allegation.

17    Q. What were the allegations? *Why would I kept on Drilling (Him) to get this information for (to Prove) (BW) Lied*

18    A. Of looking at pornography on your computer.

19    Q. What type of pornography? *Why would I even go there if I wasn't trying to Prove (BW) (Lied) & Fabricated All of this*

20    A. Child pornography > *FABRICATED + LIES*

21    Q. And where did you get this information from?

22    A. From the victims. > *that Lied + Fabricated All of this*

23    Q. And you -- did you send Mr. Snodgrass's

24    computer to FDLE, I think it is?

25    A. It was sent off to the lab in Tallahassee for

*(handwritten at bottom)*
*And it came back (Clean) with (No Porn) of (any) (Kind) on it) + (Proves) (BW) Lied + Fabricated the Story*

*Plus) Why in the world would I Bring this up for the Jury to HEAR) And (DADA) Did not) About Child Porn (Why) to Prove to the Jury (BW) (Fabricated) this Story*

(EXhibit) (99)
(P.20 P2)
(L.8.35) (L-1-4)

At trial (MR. Taylor)
Det. TAYLOR

Both Sides

Also ✗ (not HERE) (let) (intent cecced) this (info for motion) (369)
(P. 368+365) (witness) Did I Find Anything to Do with? Also (P.366)(P.365)
me

Former Detective T. ✗ (1) (A) child pornography at (your) residence?

2    BY MR. SNODGRASS:

3    Q.   (Yes. ME)

✗ (4)    A.   No.) MR. Taylor on (EX. Det.) So this Proves (BW) (Lied) and
Fabricated this

5    Q.   Thank you.  But you were under the implication

6    that there was some there, wasn't there, that's why you

7    did your second search?

8    A.   No.

9    Q.   Is that why you did the first search?

10   A.   Child pornography was not germane, was not the

11   focal point of the investigation. this is all (lie) Because all of the stuff
they Took My Computer Disc by surveillance cameras + cables + CD's 4 37 VSH Tapes

(12)  Q.   Did Mr. -- Major Bowlwright (ph) ever talk to

13   you?

14   A.   Who?

15   Q.   Major Bowlwright?

16   A.   We don't have a Major Bowlwright.

17   Q.   Bowlwright?

✗ (18)  A.   We have a Major Bowling.

✗ (19)  Q.   Bowling, that's it.  I'm sorry.  (I pronounced) so
(20)  it wrong. I Did this on purpose to get (Him) to Say (His Name) so
we were on (the Same Pages) I Knew His Right Name

21   A.   He speaks to me when I see him in the hallways.

22   I mean --

23   Q.   Did he ever say anything to (you) about (me?)

24   A.   Have (you) ever -- (you personally) ever come up in

↑ (25) a conversation?

On Back →

*(handwritten annotations in margins)* EXhibit "I" -[3]-25 Pg 1

*(top right handwritten)* 369 L -12-25  
370 L- 1-25  
371 L -1-25

1    Q.    Has Mr. Bowling ever said -- Major Bowling ever *(handwritten: He Told me This)*

2    said anything to you about me?

3    A.    Um, not specifically that I can remember.  But

4    as to which -- what are you referring to?

5    Q.    Has he ever told you that I came into his *(handwritten: ↓)*

6    office to make a formal complaint about anything? *(handwritten: About Det Taylor Stealing Stuff At my Place + Planted (False) Evidence)*

7    A.    No, sir, not that I'm aware of. *(handwritten: The Same Det (BROWN) Rope And was (Placed) Because of This By His Boss)*

8    Q.    What job is Major Bowling? *(handwritten: the major (Bowling) SOE were the Former (Det.)*

9    A.    At this time he's the Major -- *(handwritten: was (the) Taylor At Trial)*

10    Q.    I mean at that time. *(handwritten: (T) Pg 3 -6- -25)*

11    A.    In 2007?

12    Q.    Probably 2008-2009.

13    A.    Um --

14    Q.    And '10.

15    A.    I would imagine that at the time he was the

16    Major over the Patrol Division.

17    Q.    Mm-hmm.  And he is also over Internal Affairs?

18    A.    No.  *(handwritten: So Either (Det. Taylor) is (Lying) About this or (Major Bowling)*

19    Q.    He didn't have nothing to do with Internal *(handwritten: Lied to (me) And Said HE was over (Internal AFFairs) And their boss)*

20    Affairs?

21    A.    I can't speak to what his duties and

22    responsibilities are.

23    Q.    Okay, well --

24    A.    At this time they're not under his purview.

25    Q.    Okay.  Detective Taylor *(handwritten: (Former))* were you ever involved

(#32) > + About (37) (USH Tapes) + And * (30) CD's) All Came Back with
(No) (Child Porn) or (No) (Regular) (Porn) Eighteen or them (Plus)
(BW) was Ask At Her (1st Depo) on Dec/0 2009 By (my Lawyer) (Did >
(You) Ever watch (TV) ov er (MR. Snodgrass) or (MR.S) Place (BW) > (Yes) >

★ this is (How the Interviewer) (Ms. P.) Should of Ask (BW) This (Question)

(my Lawyer) > What Did (You) watch (on His (TV) (BW) (Testified)
I watch (Scooby-Doo) (The Cartoon) (my Lawyer) > Did (You) Ever
see any thing (Else) on (MR. S) TV) (BW) (No) Just (Scooby-Doo)
★ this is (TRUE) ★ (Plus) (I) was (NEVER) (Charged) with the (Crime) at All
★ (Again) the (Defennatly) (Proves) (BW) (Lies) + (Fabricated) (Stories) (And Not) (on Back)

#33 + IF ALL of this (Does Not) (Prove) my (100%) (Innocence) And
that (I) was (100%) (Framed) For this (100%) (Fabricated) (Crime) >
UNder (FS: S17.49) > Since the + (NO) Such (Crime) was Actually
(Committed) + All of this (Perjury) (Testimony) under (FS: 837.02) (a)
+ (FS: 837.021) (2)(4) - And (the) (Planted) (False) (Evidence) (the (Brown)
(Rope) + (Wizard) Going Through (State Evidence) Boxes) And (Illegally) (IN (the Court Room)
(Cop) (Listening) to (BW) + (AW) (Testimony) under (FS: 918.13) (A)(B) (the Proof
the Rope) was (Planted) 800 (ft) Pg 119-L-18-19) + (Pg) 120-L-3-25) + (Pg > 474) (Stole)
#4) Picture) of (the Planted) (Brown Rope) + (the Rope) (Pg 327-L-14-25) + Also (Pg 333
L-21-25) (Pg 334-L-1-25) + (Pg 335-L-4-9) + (Pg 336-L-11-25) + (Pg 337-L-1-25)
+ (MR.P) (Depo on Sept 3, 2008) (Pg 33-L 15-18) + (Pg 338-L-1-25) That
All of these (It) Definatly) (Prove the Perm od) (Set) R. (Fraud) (Planted) >
this (Brown) Rope) (And the (ADA) Got (BW) to (Falsoly) (I.D.) (at Trial) That
Also (Testi Feed) (2) (Times) (At Trial) this (Brown) Rope) was (White) Rope
See (Pg 5) + (6) (7) But (Stated + Instructed) For (4 years) (Below) (trial) ) It >
was (Tan) Rope (It kept) on (Changing) (Colors) (Plus) Not more (I can Prove)
(Plus) (the 3) month (Later) (Police Photo's) (Wrong Fully) (Taken) or F
(the Property) And (Falsely) used In (the Prosecution) (Proc eadure)
(under (FS: 90.9) (the (So Called) (Fabricated) Crime (Happen on (Sept 14) 2007)
+ (All) of (the Police Photos) were (Taken on) (Dec 19 + 20) 2007) or F
(Stuff) (Not EVEN) There) (3 months) (PRIOR) Like (Christmas) (Cookies)
> on my (Night Stand) In (my Bedroom) (Pg 450) Picture) (A (Clown Up) Picture) (on Back)
(Ex: #U3) > of Then (Pg 452) to (Lower) (the minds) of (the Jury) with (Falso) (Evidence) that
was (Received) on (Dec 15) 07 And that (the (ADA) Got (BW) to (Falsely)
(I.D) this (Christmas Cookies) (Not even that 3 month) (Prior) See (Pg 313
(Ex: (U3) > L-9-25) were (BW) is (Falsely) (I.D ing) (these Cookies) that were (Not that (True)
Also (At Closing Arguments) (the (ADA) Tryp to (Brainsw) the (Christmas Cookies) see (I) >
★ (Pg 1100 L-2) (also on) (the minds) of (the Jury) About (False) (I.D) Evidence By (BW)
(Pg 30 of 34)

* This is Why I wrote on (the Backs)
* (Its Very Hard to (Remember) Every (Detail) to this, (At First) (16 yrs Ago) (Plus)
* there Are Just to Many things, That Cause (me) to (Not) Have (A Fair Trial)
(Plus) Alot Lot more I Have (Not (Listed) that All Got (me (Falsely) Convicted)
* (Sorry) Lost (Thoughts) → (STADD (s)e) (very) Important) (info)          (1st Now)

→ (32 cont) So on (Dec 18 07) (BW) Seen (Child Porn) on my (TV) (but) (testified (She) (Never) Seen (Child Porn) on my (TV) Just (Scooby Doo) (the (Artoon) on (Dec 10, 09) (2yrs Later) (Changes (the Story) (to the Real) (Truth)
* * (Plus) there Also was (Forensic) (Evidence) that (Proves) (BW) (Lied)
& (Fabricated) (this Story) + (All the Rest) of the (Bogus) (Lying) Stories (Buy) →
(the State) (P.D.L.E) (Forensic) (Examination) of (the Hard Drive)
of My (Computer) Also (By the Hired) Detective) (MR. Taylor) (Testimony) (at Trial) Also (Proved) (Bw) (Lied) + (Fabricated) this (Story) too)
Again see (Proof) (T) (Pg 365-L-9-25) + (Pg 366-L-L-4) (Not Here) Also (Pg 368 L-25) (Not Here)
+ (Pg 369-L-L-4) (EX: U⁴) (Plus)


* (Very Important) (In Po.)
* (Sorry) Lost (Thoughts) → that Also (Proves) (BW (Lies) + (Falsely) (ID) Stuff)

→ (33) Now (At First) (the ADA) Gets (BW) to (Falsely) (ID) this (Planted (Brown) Recpe) At Trial (bot) For (4 yrs) Pls (it was (Tan) Rope) + (testified) (2 times it was) on (2 Occa)
+ Also At Trial (test Final) (2 Times) T (Pg 5 T + 16) it was Now (White (Rope) After (Enters) (ID) ing (the Planted) (Brown) Rope)

② then (the ADA) Again Gets (BW) to Falsely (ID) this (Christmas (cookies) on my (Night Stand) that (I) (Received) on (Dec 15 07) At (a show) I Did At (the Jacksonville (ZOO) (3 Months) After this (Fabricated) (Crime) so Called (Happen) on (Sept 14 07) So they Could (BW) (Falsely) (ID) this (Cookies) Again) See (EX: # V⁻) Pg 373 > (L-9-25) + Also My (2) Show (Partner) Also (testified) At Trial they Also (Received) This Same (Tray) of (Christmas Cookies) From this (Show) at the (Zoo) on (Dec 15 07) (MR. Paul) (Leduc) (T) Pg 224-L-7-25) + His (Wife) (Patty) (Pg 743-L-3-25) + the (Brown) or
(EX:V²) (Picture) of this (Christmas Cookies) on my (Night Stand (EX: # V³) Again to (Deliver) (to Posies) (the Minds) of (the Jury) with (False) (Evidence) (U²)





1    different sizes, flavors, smells.

2           MR. SNODGRASS:  Excuse me, Your Honor, I didn't

3       hear what the question was.

4           MS. OPSAHL:  What else was on the nightstand?

5           THE WITNESS:  I know we have it.

6           MR. SNODGRASS:  Judge, what was the relevancy

7       to the nightstand?

8           THE COURT:  Okay.  Objection: relevancy?

9       MS. OPSAHL:  The photograph is already

10      introduced into evidence and Mr. Snodgrass elicited

11      it on his cross-examination, the tray of cookies on

12      the nightstand.

13          THE COURT:  I'll allow the question.

14      BY MS. OPSAHL:

15      Q.  I'm showing you what's been introduced as

16      State's Evidence 8W.  Do you recognize this photograph?

17      A.  Yes, I do.

18      Q.  Is this the nightstand beside Mr. Snodgrass's
19      bed?

20      A.  Yes, it is.

21      Q.  And was this in his bedroom?

22      A.  Yes, it was.

23      Q.  And is this the tray of cookies that you
24      recall?

25      A.  Yes.

EX: 5 # E
(4 3 a) #3
(1 + 11 - 16)

Both sides
374

1    Q.   And you testified to massage oils?

2    A.   Yes.

3    Q.   Are those present, as well?

4    A.   Yes, they are.

5         MS. OPSAHL:  If I may proffer, Judge?

6         THE COURT:  What number is that, please?

7         MS. OPSAHL:  8W.

8         THE COURT:  Okay, thank you.

9         (Pause from 12:09 p.m. to 12:11 p.m. while jury

10        views publication.)

11        BY MS. OPSAHL:

12   Q.   And, Detective, how long after September 14th 2007

13   was this search warrant conducted?

14   A.   The search warrant was conducted on

15   December 19th.

16   Q.   So approximately three months?

17   A.   Yes.

18   Q.   Now, if someone in his bedroom was looking into

19   that mirror that you stated the camera was pointing

20   towards?

21   A.   Yes, ma'am.

22        MR. SNODGRASS:  Objection, Your Honor, calls

23   for speculation.

24        THE COURT:  Well, let's hear the question

25   first.

(#33)? Now see (Pg 379-L-11-13) were (The Foremen) (Def. T) (Testified)
(He) Did (the search warrant) on (Dec 19)07 (3 months Later) Teem Getting
these (Christmas) (cookies) And (I) Had (2 of) (my) (show) (Partners) test >
> (Feed) they Also (Recieved) these (Exact) (Tray) of (Christmas) >
> (Cookies) on (Dec 15) 2007) at Are (show) At (the Gibson will zoo) See (#1) >
Pg 227-L-2-24) By (Paul Leduc) & (His) wife (Patty) (Pg 743-L-1-6) >
WERE (d) was going to Use (AW) & (BW) For (my Shows) And Also that
(the cookies) (2-7-25) (I) Have For (Pecap?) (Plus) Her (Cookies) would of BEEN
* (Rotten) (3 months late) That All (the Detectives) (ATE) (them up)
                                        (Jean Moyer)
* (#34)? (Now) (I) Had my (Former) (Lawyer) to Be (one) of (my) >
(Material) (witness) (at Trial) that (the Judge) (Dismiss) on (Falsely) (Proffer)
See (Pg 676-L-2-45) + (L-14-17) + (L-23-25) Now see were (the) >
> (Judge) Tells (me) to Put (Ms.) moyer on (the stand) to (Explain) (to) (Testify)
(Pg 85) > (the Contents) of (Her) Letter (Ex: B) & (Ex: R) (Pg 268) + (269) (mr. Rourke
And (L ___ L ___) Confession with (Pg 25) see (Pg 433-1-245) + (L-7-18)
(Especially) (L-15-16) + (Also) (L-7-18) were (I) state that what (I) Had (her)
Here Plea on (Proffer) + (Trial) (Now) see (Pg 434-1-11) (especially) >
(L-7-8) (The Judge) is (Not) Telling (me) (she) is sure, that >
(She'll) Be Back (Ms. Moyer) (You) Had (Her) (Listed) as (a witness)
* But again see (Pg 676-2-14-15) were (the Judge) (Dismiss) my (Material)
(witness) of (Contradicts) (Herself) that (Cost me) A good (witness)
& that (Deprive) (me) of (a Fair Trial) to Have (the Jury) (Hear) (Her) Testimony
* to Be able to Introduce into (Evidence) this Letter (Pg 268 + 269) For (the Jury) to Review (Exculpatory) &
                                                          (Medical) Evidence >
(#35)? (Now) see (Pg 167-22-25) were (BW) that (Her Legs) were
(F. About to) (Tied up) (Testified) At (1st Dep) (BW) (I) Wasn't Sure)
(me) (No Body) in the (world) (would) (Ponder) (How they) were (so called)
(Tied up) & to what they were (so called) (Tied up to) (than) see (Pg 168)
L-1-25) (Especially) (L-5-8) were (BW) (Testified) (She) was not (on her
Side) , & (She) was (Laying Down) on (Standing up) in her (She)
when (She) was (Penetrated) (Tied up) + (Fabricated) (Penetrated) + (Rape)
this is totally (too) 9% (Impossible) to (Not) (Ramon Be) than Here
is were (BW) is (Testified) + (ID) in (the) (False) (Letter) Full >
of (Lies) (She) wrote) At (Her) (1st Dep) of what (so called) happen
to (Her) on (Sept 14) 2007) (Before) (Exhibit #4) And (Tell) (BW) to
Look at (L-10) Now see (Pg 169-L-1-6) were (BW) (Admits) (She) >

(Pg 31 of 34)

(#34) Cont.
→ And For (the Jury) to (Read) (BW) Father (Mr. Webb) + (BW) Big sister (A███████)
W████ or (AW) (Confession) that (BW) Was (Lying) About All of
this + that (Her) Mother (Mary Ann) th Crack (Cocaina) Prostitute (Room Pg 352)
Put (BW) up to this) Again Sce (II) Pg 268, 269? (Plus)



Q    And what were you doing when he left the room?

A    I was just sitting there.

Q    Sitting on the bed?

A    Yes.

Q    And you've testified that he did these bad

things to you and you were tied up, but you didn't yell

or --

A    No.

Q    Yell stop or help, or anything like that, even

though your sister and your brother and your father were

all there?

A    No.

Q    And you didn't go down -- when you go out you

didn't -- when you went downstairs and rode home with

your family, you didn't say anything to anybody about it

then, did you?

A    No.

Q    What color was the rope he tied you up with?

A    White.

Q    White.

Q    And your feet were not tied up?

A    No.

Q    You testified before under oath, though, that

they were tied up.

A    I wasn't sure.

VOLUSIA REPORTING COMPANY

*[handwritten annotations:]*
*EXH P 1...*
*(A-3-H) p 12 of 3)*
*(L-1-25)*

*And prove she (lied)*
*Under (FLS)?*
*About (BW) LETTER she wrote*
*on Dec 10, 2009 AT HER 1st Depo*

*168 &*
*+(169-L-1-6)*
*with (Pg 5)*
*(EX: >#1 )*

1      Q     You were not sure.

2            You've testified today that you were (tied up,)

3      you were (laying down) on the bed; is that correct?

4      A     Yes.

5      Q     When you've talked about that before haven't

6      you said you didn't know (whether or not you were (laying

7      down) or (standing up,) or what? (You) weren't (sure) in the

8      past? *Also Stated (Sitting up)*      *Also (Sitting up)*
                                              *or (Lying) on*
                                              *(Her Side)*

9      A     I was (laying down.)

10     Q     But do (you) remember telling (or writing about)

11     what (happened) and saying (you) didn't really (know) if you

12     were (lying down?)

13     A     (I don't remember.)   *(Impostble) Not to Remember this*
                                    *Unless of Course it was Another (Lie)*

14           MR. QUARLES:  May I approach the witness,

15     Judge?

16           THE COURT:  You may, sir.

17     BY MR. QUARLES:

18     Q     I'm showing the witness what's been marked for

19     identification (Defense Exhibit A) as in Albert.  Do you

20     recognize this?  (Tenders.)

21     A     No.

22     Q     That's not your writing?

23     A     (Yeah) it is my writing.  (BW) (Letter) She Wrote At Her (1st Depo)
             *on Dec 10, 09) of what she then (Full of Lies)*
             *Notice (Full of Lies)*

24     Q     Look about (10 lines) down.  Do you talk about

25     being on the bed?

VOLUSIA REPORTING COMPANY



1   A     Yeah.

2   Q     And do you say you're not sure if you were

3   standing up or lying down? Also sitting on on Her side

4   A     Yeah. I say I'm not sure.

5   Q     So you weren't sure, is that right?

6   A     (Witness nods head.) YES

7   Q     B_____ you've testified today that

8   Mr, Snodgrass touched you in the bathroom. You

9   testified about that yesterday and today, correct?

10  A     Yes.

11  Q     You never had -- you've been questioned about

12  what happened in Mr. Snodgrass' bath-- bedroom area

13  before, you never had said anything about something

14  happening in the bathroom before yesterday, had you?

15  A     No.

16  Q     Why not?

17  A     Because I didn't want to.

18  Q     You've talked about other stuff, stuff he did

19  to you on the bed supposedly, but you didn't mention

20  anything about the bathroom.

21  A     No.

22  Q     Have you also said other things happened at

23  other times? Did you ever say anything about him

24  putting his mouth on your private area?

25  A     No.

VOLUSIA REPORTING COMPANY

#35): (She) Was (Not) Sure (She) Was (Standing) or (Lying)
Down) When (Tied up) + (Rape) This (Again) is (Impossible) to (Not) be Sure of this
*(And Violated) U.S.C.§ 1593, 595 (1)(2)(3)(4)(Enex)(Written) Declaration *

#36): (Now) on (April-23, 2012) There Was (A Hearing) the Day Before
Trial (April 24-27, 12) See (Pg 127) Now During (Trial) (I) Tryed
to (Impeach) (B.W.) were (She)(Contradicted) Hor Sal(F)(At Trial)
From (Hor)(Testimony) (the Day Before) (word the ADA) (Objected) to
my (Question) (Because) They (Failed) (By) (Law) to Give (me)
(Copies) of (B.W.) test (money) on April 23, 2012) And (Deprive)
(me) of (A Full (Confrontation) (to Prove) (B.W.) (Lied) + (Fabri-
>(cated) this (Story) + (to Prove) my (Innocence) Because what
she (Testified) to on (Apri 23) would of (Proven) this could of (Never) (Happen)
(Ex: (#10) (Now) See (Pg 528)>(L-4-7) Were (the ADA) states (Mr. Snodgrass)
Has (No) Transcripts Hore to (Impeach) (Hor) (She) Should know
(She)(Quote Hold) Then + (Violated) My (Discovery Rights 3.220) + Also was (A
*(Brady) Violation)* of (Depriving) of (Favorable)(Evidence) to (Pg 32A)
*(Real (Time) First) + (Unable (to Prove) my (Case) (Again) And (my) Innocence) (Plus) Also (Continues)>

#37)> (Now) (B.W.) Was Ask (Didn't) (You) Enjoy (Your) Unicycle
(She) Also (testified) Losson (B.W.) (I Guess) See (Pg 210-L-5-7) Also were (B.W.) this
(She Did not know) (testified) There was (Nothing) That made (Hor) Feel (Uncomfor-
(why) However > table) on (the Unicycle) (is it Possible) (You) Said then (B.W.) its Possible
being in (Step) L-5-25) (Now) See (Pg 211-L-14-22) were (B.W.) (Looking) At (Hor)
(I Depo) on (Dec 16, 2009) (Pg 90-L-22+23) (Did Any thing Happen (B.W.) (No)
Also See (Pg 212-L-1-12) (Especially)>L-9) So (You've (Changed) (Your Story)
*(me) So what About (B.W.) Being (So called) (Tied up)+(Rape)(Insered) (Just (Minutes) (Before)
(this)

#38)> (Now) here is where (B.W.) (Testified) (She) Came (over) to my (Hor)
Depo (8-24-17) > (Place) (3) Different) (ways) (B.W.) Was Ask) (How) (She) Got over to
See (my Place)(B.W.) ① (My Dad) (drove us over) 611 (3) tines) And Had
(Depo) > (A Van) (But) ② (In (B.W.) (In Toview (B.W.) (State) me) + (my Dad + Sister) (Both)
L-1-17 > All (Walk over) to (me's) Place (me) (5 miles away) Because (my Dad) Had
(L-15-17) > (No) Car) Than (1st Depo) (B.W.) testified) (they All) Took (the Blue) City (Bus)
(over) to (my Place) (me) it Called (the Blue City Bus) Because (Only)
(Operates) in (the city) + (I) Live in (the Country) And it Did Not Come
(Now where) (Close to (my Place) And See (Pg 216-L-6-25) + Also (Pg 211-L-
22) + (B.W.) Depo) (Pg 21) L-2) Are (Proven) (B.W.) (Lies) + (Fabricates) (Stories)

(Pg 32 of 34)

*(Very Very Important) (In Per Matien)

cont. #36

*Again (Violated) my (Discovery Rights 3.820) + was (Definetly) (A Brady Violation

*(This) (Definetly) (Deprived) of (Favorable) (Evidence)

> . (Also) (The Court) (Failed) > To Have (The First) > *(Debbie. A. Siner)*

(Stenographer) There with (Her) (Transcripts) (The Day of (The Jury) (Deliberation) of > (BW) + (Aww) (Testimony) on Tuesday (April 24, 2012) (In Case) (The Jury) (Needed) to Have the Stenographer to Read Back (Certain) > (Important) (testimony) See (IT) EX.# W¹) (Pg 1124) = L-3-25) (Especially) (L-10-11) were (the Judge) Ts telling (the Jury) them Are (No) (BW) (Testimony) (Transcripts). And Also (The Jury) (Request) For The (Courts) + (Stenographer) to Have (Certain (testimony) of (BW.) to (Read) Back to (Them) see (L-15-16) So this (Definetly) (Deprived) (ME) of (A True) (Verdict) Because if (the Court) would of (L-16-20) Did its (Job Right) + Had (the First (Stenographer) *(Ms. Siner)* there During the whole (Jurys) (Deliberation) And (Read) Back (BW) (testimony) (the Out Come) Might of Been (Not Guilty) And this Also (Proves) that (the Jury) Had (Reasonable) (Doubt) or they would of (Never) (Requested) to (the Court) To (Read) Back (BW) (testimony) And (the Judge) on (L-21-25) Also telly (the Jury) it would Be (tomorrow) (April 28) 12) to Get the (Stenographer) Here to (Be Able) to (Read) Back (Your) (Request) And Because of My (Life) was on (the Line) Here (the Court). Should of (Waited) until (the Next Day) For the First (Stenographer) *(Ms. Siner)* to Be There to (Read Back (BW) testimony) And (Not) Fun (the Jury) to Go Back into (the Jury Room) + Discuss this under (False) *(Speculation)* + to Here (the True) (Facts) (not) (Guessing) (Them) what (BW) (testified to) And this (Definetly) (Deprived) (ME) of (A Fair Trial) + (A Fair Verdict) And Should of Been (A Mis-Trial) And (the Court) Should of Had only (one) (Stenographer) + Trial) (Not) (2 Different ones)

← Go Back to (Pg 32) (#37)

(Pg 32A of 34)



(prior) testimony on Monday was that it was his

fingers as well.  That was a prior consistent

statement, (not an inconsistent statement.) (LIES)

And (Mr. Snodgrass) has (no transcript) here to

(impeach her) with on that.  And I'd object to this

line of questioning and (the improper impeachment.)

(MR. SNODGRASS:)  But she was still (under oath,)

Your Honor, when (she) testified) to these statements.

THE COURT:  Well, (if you don't have a

transcript,) it's your recollection against her

recollection, against my recollection, against her

recollection.  And I do believe that it's improper

(impeachment.)

You know, you're entitled to ask her questions

to see if -- while she's on the stand here today,

if she wavers or she gives inconsistent statements

or what have you.  But without having the record,

you can paraphrase something, you could remember it

differently than she does or the prosecutor does.

So I would prefer that you make your questions

direct and not on something she might have said

unless you've got something to substantiate that.

BY MR. SNODGRASS:

Q   Didn't you just state that you did not know

what you were wearing that day?

*Evidence was*

*Pg 1 of 2*
*1-10-25  (1-3-20)*   *Debbie A. Singer #1639 (Vo/USIA - Reporting Co)*   *116*

*recently 2-16-20*   *this is were (the Judge) went into (Chambers) with (the DA) And (MR G Vincles)*
*only, and Not (ME) (By Law) Because I was my OWN LAWYER Not ⊼   SBC.*

```
 1        able to -- well, yeah, I guess they'll still have
```
*And I didn't Know About Anything They talk About (in Chambers) About this*

```
 2        to specify, though.  Okay.
```
*And (Violated) My Rights, Because I would of Disagreed to this And*

```
 3        THE COURT:  Could we bring them in, and I'll
```
*Made SURE (the JURY) Got To Review these (Transcript) That Just into*

```
 4        go ahead and read this to them.  I am going to say
```
*a F (Charage) the Guilty Vardrak to (Not Guilty) And was (Reasonable Doubt)*

```
 5        there's no written transcript so they'll be aware
```
*(the Judge) 4th AOA) were worry And MORE About (Time), Than (the Jury)*

```
 6        of that.
```
*Coming to (A More (Honest) Verdict) (Truth + Justice) Because if (they*
*Didn't Have Some Kind of (Reasonable Doubt) they*

```
 7        (The jury returned to the courtroom.)
```
*Would of Never Requested*
*to Review (B.W.) testimony*

```
 8        THE BAILIFF:  The jury's seated, Your Honor.

 9        THE COURT:  All right.  Thank you.

10        All right.  (Members of the jury) there is (no)

11        written (transcripts) of (B.W.)'s (testimony.)  And I'm

12        reading from 4.4(2) of the standard jury
```

```
13        instructions.  (Members of the jury, (I have
```
*the Judge*

```
14        discussed with (the attorneys) and (with (Mr. Snodgrass)
```
*(the Bailie) (NOT ME)*   *I was (made*
*Jury*      *Big Key Words*      *Told to ASK About*

```
15        (your request (to have certain testimony) read back to
```
*Any of this*

```
16        you.  It will take -- we don't have it.  (We don't

17        have a copy of (the transcript.)  And because our
```
*why*

```
18        (court reporter) here today (is a different woman) that
```
*They Should of NEVER Had 2 Different Reporters*

```
19        was here (on Tuesday) (we don't have (the information)

20        (to read it back to you.)  My best guesstimate would
```

```
21        be that (it would be (tomorrow) before we would have
```
*Key*

```
22        (the court reporter) able to prepare and (read back)
```

```
23        (the testimony.)
```
*This Should of Been Done When Some Life*
*Is on the Line Here, that was (Framed) I would of Objected to This*

```
24        I'm going to direct you (to return) to the jury

25        room and discuss your request further.  If you are
```
*And Puts Pressure on (the Jury) Not to Here this Evidence*
*that mite of (Save My Life) From this (Fabricated (crime) I was*
*100 Percent (Framed for) + was Definety (A Prejudicial Error)*

*this could of changed the verdict*

*(35A) (Now) This is (A very very important) (ISSUE) About (At Least)
*(ONE) of (the Jurrors) Stating (HE) (could) (Not) (HEAR) (BW) + (AW)
(Testimony) (Read) (Shortly) But (First) (I) Also Had (A Hearing Problem)
+ I was on (A tank) For Almost (3 YEARS) in the military (ARMY) in
(Germany) & (Loss) Alot of my (Hearing) + (Hearing) (Boom Boom) For 3yrs
Any Way (the Court) Gave (me) An (Hearing) (Device) During (Trial)
(A Real (Cheap one) that (Cost) $5 2.95 Dollars) (T.V. EARS) (Now) I Have
(Mention) in At Least (20 (II) About Hav) (Problems) (Hearing)
(BW) + (AW) (Testimony) (Especially) (BW) Even (the Judge) Had
to tell (BW) (Several) (times) to (Speak up) + Said Because (You) Have
such (A tiny) Little (Voice) (Now) Here Are some of the (II's)
out of 20 (T.T) (Pg 10-L-17-18) + (pg 22-L-20-25) + (pg 23-L-1-5) (BW) talking
Really (Low) + (pg 25-L-9-11) Have (BW) speak up, (pg 26-L-21-25) = I can't Hear
what (BW) is (Saying) (pg 31-L-1-4) = For (BW) to Talk (Louder) + More (Clearer)
Sounds Like (Mum Bling) (pg 39-2-1-11) = All I'm Hearing is (Mumbling) =
All the way to (pg 483-L18) = I can't Here (You) (AW) (BW) (presists) (testimony)
*Plus Alot (Mex) (Especially) (TT) (EX: #W²) Pg 218-L-20-25) states
(the Judge) telling (EVERYbody) About (the Courts) (Really (Loud) (Air
Conditioned) Right outside (the Court) Room) (window) Right (Next)
to (the Jury) Box) And (Admits) About Be Able (to Hear) & (Let (the Judy)
Know Well (I) Did At Least (20 times) on (20 (T.I) But (she) (Never)
Did Anything About iT) And Also (I) was (Not) (the Only) (one)
that Could Not Hear (BW) + (AW) (Testimony) (Especially) = (BW)
the Alleged Victem (testimony) (Now) see where (ONE) of the (6 Jurrors) *
Admitted (HE) was (Having Problems) (Hearing) (AW) testimony)
Due to (BW) + (AW) Talking Really (Low) + Mum Bling) (thE ANSWERS)
see (TT) (EX: #W²) (Pg 460-L-14-19) Especially (L-15 + 16) So iF this
(Jurror) Had (Problems) (Hearing) (AW) on (the Stand) that Talks (Louder)
Than that means (the Jury) (Did not) (Hear (A Word) (BW) the Alleged
Victem (Said) on (the Stand) That (According) to (the Judge) (BW) Has
such (A tiny Little (Voice) And that (means) (the Jurror) Gave A
*(False) (Virdect) * Just (Falsely) Agreed) with the other (5 Jurrors)
That (May) Also Had (Problems) (Hearing) (BW) (testimony) + thats (Why)
→ they Ask (the Court) to Have (the Stenographer) (Read BACK) (BW) (testimony)
And they were Afraid to (Admit) they (could not (Hear) (BW) (testimony)
And Also Due to (the Really (Loud) (Air Conditioned) And (the Judge) Should
*of (Stop) this (Trial) with A (Mis-Trial) until the (Air Conditioned) (was fixed)
(Pg 33A of 34)

see EX: #(W²)
pg 11 etc L-10-25
with pg 22A

Go To the Back →
(Pg 33 B)

(#39) → Now see (Doc. VII) Pg. 27) its more to State Ask For (ALIBI) on (March 28, 2008) P.o. (Sept 23) 2007 And After (I Gave the State) an (AIR Tight) (ALIBI) and (Proved) that this (Fabricated) Crime (So Called) Happen on (Sept 14) 07 & (Date) → (Picture) (in Evidence) (4½ yrs) Later) Plus the State (ADA) gives me (the 2nd Notice For (ALIBI) For the (Exact) Same (Date) As on (Pg. 27) See (Pg. 329) (Given to me) At Trial on (April 25) 2012 For (Sept 23), 07. After it was (Proved) it (Fabricated) Happen on (Sept 14) 2007 the Day Before You (Arrest)

#(40) → (Now) I (Strongly) Believe B (Your Honors) That (I) Have Definetly (Proven) And (Presented) to this (Honorable) (Court) (Judge) that (I) Have Definetly) Been (100%) (Framed) For This (100%) (Fabricated) (Crime) And that (I am) (100%) (Innocence) of) Because it (Definetly) (only) Takes (Real) (True) (Common) → Sincerity to see this) & to (Comprehend) it) & to Provide (Me) with (True) Justice) Because (it show) (A Manifest) of (an Justice + (A Misscarriage) of (Justice) (under) (above) Copps (Pk 197-44) Also (k 197-1183) & also (under) (Pg. 90-104) (1) (And to (Push Aside) All (Formal) (Technicalities) & (Issues) & (Appropriate) Orders And to (Unequivocally) (to Reverse) & (Remand) For (A New Honest) Trial or A (Just to Vacate) & (Aquite) this (Falsely) (Accused) (Defendant) or (Altho) (Beyond Any) (Case) (it Proves) (Reasonable Doubt) ** (Because (I) is the only (True) (Victim) in this (Case) only **

(41) (Now) (I) Have (Written) to (A Lot) of (Places) to Help me (Prove) My (Innocence) & (A Lot of (Law Universities) (Lawyers) (Pro Bono) & (Private Investigators) → About (15) And Also (Write to (the (Innocence) (Project) of (Florida Inc) in (Nov 2014) & they (Re → sponded) on (Jan 16, 15) Say they (Are) (Sorry) they Cannot Assist (me) And Also (48 Hours Mystery) (CBS News) in (NY) (Around) (Jan 2009) And they (Responded) back on (March 23, 2009) they could not Help (me) (At (the Present (Time) it seem that (Nobody) Care) ** And Also (in 2 EXA) (Series of Action) (unrepelled) (conviction) on (Feb 28), Plus (No Answers Back And (At 5th) (Extension) (Ministeries) (Along Full Conviction) in (USA) Plus Lots More

(42) → (Now) (I) (Don't) Know if (this Court) Knows this or (Not) (But it is (the Truth) & (That they teach this (in (School) (Not in (School) (But (At (School) (The Kids) tell (Each Other) if (Someone) Makes (You)

(Pg. 33 B of 34)



*about my Hearing aid and the air Conditioner*
*(EXW-2)*
*(L 20-25)*
*(L 20-24)*
*(Pg 1 of 2)   (th Judge) L-1-4)*

```
 1          that she told different stories, different aspects

 2          of it.  So I'll go ahead and allow it.

 3               So he's talking about (the deposition) there,

 4          B        , page 21, line 2.

 5     BY MR. QUARLES:

 6          Q    Was the question:  "Did he walk you over?"

 7               And what was your answer?

 8          A    "Yes, we walked over."

 9          Q    And that's walking over to Mr. Snodgrass'

10     house, right?

11          A    Yes.

12          Q    And going -- looking down on lines 10 and 11,

13     that also says that (you)(walked over) doesn't it?

14          A    Yes.

15          Q    And it says (you didn't) have (a car) or anything,

16     correct?

17          A    (Yes)

18          MR. QUARLES:  Could I have a moment, Judge?

19          THE COURT:  Yes.

20          (Ladies and Gentlemen,) it just so happens that

21     the (air conditioning) unit (is outside this (window) on

22     the first floor and (it comes and goes)  So if it

23     creates a problem (with you being able (to hear,

24     please let (us) know that.)

25          (Pause in proceedings.)
```

*she Come over by Place (V now)*
*(Pg 217) by now*
*(they) Plus said (She) took th Blue city No where NEAR my Place*
*(Bos) over my Place that Does not Con*

*what about Sey*
*but also Tyn't*

*Yes) But the Con over IN Thee (Silverd (VAN) All (Sorr)*
*the Time see Pz    States the    on (Bo* Con*

*This was mentioned During waited until*
*(BW) testimony But the guts to Complain*
*(the) um Testifying (3 of 00-L-14-19)  Right NEXT to guy Boy*

*About Wo Prob Being able to hear*

*I SURE DID And HERE'S ABOUT (20 T.T.) to Prove it*
*SO Why would (the Judge) Say this of the AIR Conditioner*
*WASNT making A Really Loud (NOISE) FOR, And CAUSING HEARING (PROBlems)  Plus (one Qucron) Had PRoblem*

*And 2 1/2 hr Later then Turron Finely Sey some thing About Not Hearing*

VOLUSIA REPORTING COMPANY

L-14-19

one of the Jurors @ cont
good so if
never ashley testimony Good that
means he didnot hear anything
[was?] testified to

The jurors are seated, Your Honor.

THE COURT: Okay, Ladies and Gentlemen, your

patience is appreciated. Did you discuss this case

among yourselves or with anybody else?

5    JURORS: No (collectively).

EX: X#W-3
(L-14-19)
(Pg 2 of 7)

6    THE COURT: Did any of you do any independent

7    research?

8    JURORS: No (collectively).

9    THE COURT: And did anything happen that I

10   should know about?

11   JURORS: No (collectively).

12   THE COURT: All right. Okay, we will go ahead

13   and resume with this witness.

She testified After (Blu) Did (Bw) older Sister (A.W)

14   (Ashley) I'm going to ask if you could sit

It wasn't (AW) it was the Air Conditioner

15   closer to the microphone. (One of the jurors) (Big Key)

16 → indicated there is a (little bit of (trouble hearing, Big Key

17   (so if you could (speak up) And I guess we could (turn

18   up the volume) if it's not sufficient, but if you

19   would just (speak up) please, ma'am. That talks loud)

And IF HE'S Having Trouble Hearing (A____) Than HE Didn't h

20   And so, Mr. Snodgrass, you may inquire A word

Because of (the Courts) Loud (Air Conditioner) Noiser (Bw) said she talks loud

21   BY MR. SNODGRASS: And GAVE A FALSE VIRDICT

22   Q. A____ didn't you state just earlier that you

23   went ~~_____~~

24   A. ~~____~~

25   (Mr. Snodgrass tendering documents to Ms

But (the Judge) Brought this up During (Bw) Testimony
see (Pg 218-L-20-25) That talk Really Low
And when they turn up the Volume at Magician Field
the Sound of the Air Condissioner from the Mic-& Phones
Picking it up and made it A lot worst

* So if he a having
A hard time hearing
everytime they [___] horse
you think [___] time of hearing
very [?]

How do I [?]
that this Juror
heard all of
(testimony Right)
if he is hard of
Hearing

this is a
Big LIE (Pg 34 + 35)
or Pg 18, 19
of see [?]
[?]interview

42(cont.) = (MAD) + (You) WANT to GET them & (GET EVEN) (JUST SAY)
they (Foundled)(You) or (Molessed) (You) or (RAPE) (You) to GET them
IN Big (TRouBLE) LIKE (BW)+(AW) DID To (ME) HERE (Now) (ME) → BECAUSE
I Told them (Both) That one Day (I) would (Pick them up) From (School)
IN My (DouBLE Stretchin) (LimO) to MAKE them FEEL LIKE (STARS)(Big) → That
(I) DID Not Do (YET) And they Properly Told ALL the other Kids At →
(School) they were IN (Show BusiNess) & well BE (Pick up) From (School)
IN (A Big (LimO) And the Kids → (Teased) them (Bad) About this And They Got →
REALLY (MAD) At (ME) For this, + (FABRICATED) this Story to GET (ME) INTO Big
(TRouBLE) And (it work) (Now (I) want (You) to REALLY (THINK) ABout this)
THAT (AW) HAS (STATED) IN HER (INTERVIEW) with (CPI) on (Dec 18, 2007)
with the States (INTERVIEWER) → (Ms. Patten) or (Ms. P) on the SAME (Day) AS
(AW) HER LittLe Sister (BW) the FABRICATED Victim) DID (AW) (INTERVIEW) with (CPI)
And (Told (Ms. P) on (TI, Pg# 28) At 29) And that's (Why) (WE) (BW) (AW) (ARE →
→ Doing This FOR) to GET (Him) (me) INTO (Big TRouBLE) And Also (STATED) (AW) on →
(Pg 30) → (I well Do (AnythiNg) to GET (Him) (me) INTO (Big) (TRouBLE) And (AW)
ALSO Filed ANother → (FALSE) (Police Report) on (ME) And (LIED) + (STATED)
(I) WAS up At (the CORNER (STORE) & (I) FABRICATED (THREATEN) (HER)
IF (She) (Testified) And (FALSELY) (Repeated) this (2 WEEKS) After this•
(ME) → this is (A Bovches of (B.S.) And ALL (FABRICATED) (LIES) And if this (So
CALLED) HappeN (Which it DiDN't) (Why) DID (AW) WAIT (2) Long (WEEKS)
to (FALSELY) (Report) this (iNSTEAD) of Reporting (it Right AWAY) And (She)
Also (STATED) in this (Bogus) (Police Report) That HER (GirlFrieNd) WAS
with (AW) (HER) IN (THE CAR when (I) FABRICATED (Came up to (AW) in
the CAR) + (When (I) FABRICATED) (THREATEN) HER And (HER) (that) (GirlFrieNd) WITNESS'Es (this)
(ME) DoiNg this) But LATER (I) Found this So CALLED (GIRL FRIeNd) →
(WITNESS) And (She) Told (me) (She (NEVER) SEEN (ME) (Before or) (AT THE STORE)
oN This DAY or SEEN ANythiNg (HAppeN) with (ME) + (AW) And (PROVEs)
(AW) DID this (FALSE) Police Report (2 WEEKS LATER) (to GET (ME) INTO MORE
FALSE) (TRouBLE)(Big) And (FABRICATED) this (Bogus) Story (Too) (& To Falsely (Violate
My Bond)

(Pg 33) C of 34)

(#43) > Now SEE (EX: #10) (TT) (Pg 867-L-1-20) Also (TT) Pg 868-L-2-1 (Especially) (NOT HERE) (HAS)

(L-21-25) were (the FABRICATED) VICTEM (BW) TESTIFIED that (She) (LIKES)

Doing EVERYthing that (HER) Big Sister (AW) (Says) or (Does) + Also

(TT) Pg 194-L-5-7 with (Pg #10) were My LAWYER is Asking (BW) (You)

LIKE (Doing) (EVERything) that (YOUR) (Big Sister (AW) (DOES) SHE is (YOUR)

Big SISTER) (BW) > (Yeah) Now (things) to Really (think) About) that they

(Both) HAVE (FALSELY) (Stated) or (TestiBED) To) #1 > They (Both) HAVE (stated)
+ (TestiFied) that (I) Had A (4 Posts) (Poster Bed) (I NEVER Had) (my) Bed (Head- (FABRICATED) (AGAIN)

Board) look LIKE this = (A) + (NO) Foot Board) OR (Posts) (TT) (Picture # 362) (Proof)
(NO)

#2 they (Both) (FABRICATED) + (TestiFied) (at TRIAL) They (Both) HAVE (open)
+ (Closed) My (BAthRoom (Door) (thats (NOT there), Its A (5x7 opening) And (BW) (INVISIBLE) (Also)

(FABRICATED) (I) Also (open) this (INVISIBLE) (FABRICATed) BathRoom (Door) + (FABER-

ICATED) (Came IN on (Her) + (FABRICATED) (Pulled Down) Her (Shorts) + (underwear)

+ (FABRICATED) (Finger) her) that was (STILL A Virgin) (After this) (impossible (to Happen)

(Plus see (TT) Picture # 456) (BathRoom (INTORANCE) (No Doors) with (Pg 16) (Plus (TT) (Pg 187- (MAY)

L-23-25) + (TT) (Pg 194-L-15-21) (I) (NEVER) (Dress) or (UN Dress) (BW) 3 > they (Both)

(Claim) they BEEN (RAPE) (AW) > Rape (when) (She) was (14 yrs old) (TRIAL) Guy (Convicted (AT) (And THE) (was)

> (BLUE) (NAmed) (Now) (BW) (FABRICATED) BEING (RAPE) (at TRIAL) + (only) (18 DAYS) Away.

From Being (14 yrs old) (But (STILL) A Virgin) (impossible) (Both (14 yrs old) 4) they

(Both) (Claimed) there (Rappist) was (DRUNK) + (Drinking BEER) + (BW) #5 > And (at TRIAL)

INTERVIEW) with (ICP) (at the very (END) that (I) WAS (DRUNK) + (Drinking (BEER) + (5)>

+ (WINE) (Again (I) Hate Any Kind of (WINE) (And the (Father) (testified (at Trial)

(on this DAY) this (FABRICATED) CRIME. so called Happen on (Sept 14) 2007 +

(He) was there) + (testified) (I) was (Drinking (Coke-A-Cola) (on the Day)

(TT) Pg 873-L-1-13). 6 > they Have (Both) (Claimed) that these (2) other (Guys)

(BLUE) + (MEL) (molessed) them) + (BW) (stated) that (MEL) (PERformed) >

(CUNNITINGVS) on (HER) (IN the police Report) + (medical (Records) + (Also >

Stated (I) Also (FABRICATED) (PERformed) (CUNN) (TINGVS) on (BW) (Police Report) thats

Want (I) was (FALSELY) ACCUSSED oF & (FALSELY) (ARRested) For that was

(DROP) About (50 Days) later on (Feb 6, 2008) (FALSELY) ARRESTED on (DEC 19 07) And (Re- (Guilty (Pg 5)

CANNED (At TRIAL) (TT) Pg 169-L-22-25) + Pg 170-L-1-4) All to Get (ME) into

(Big (TROUBLE) (Now) (How) CAN (2) (Sistary) (FABRICATE (the) (EXACT SAME) (FABRICATION) that >

(Pg 33 L) (Pg 33 of 34)



Q    Did Mr. Snodgrass tell you he was only looking

for an assistant -- (one assistant) at first?

A    At first, yeah. (A ▮ only) (not (BW) the older l. At first

4    Q    And that's when your other daughter came out

5    and was wanting to do this?

6         MS. OPSAHL:   Objection; leading, asked and

7    answered.

8         THE COURT:   I'll sustain on the leading.

9    Q    After your (BW) (daughter) came outside, did (she) want

10 → to do (unicycle lessons) too? → FOR (MY SHOWS) I BEEN Doing F. 45 YEARS ALL o USA + 3 other Co

11   A    (Yeah) when she found out (her sister) was going

12   to.

13   Q    After (she) found out (her) (AW) sister) was going to.

14   And at that point (isn't (it true) that your -- that's when

15   you're (BW) (daughter) (begged you) and -- to Do it

16         MS. OPSAHL:   Objection; leading.

17         THE COURT:   Sustained.

18   Q    At that time, did your daughter ever say

19   anything to you about wanting to do these -- (the

20   (youngest one) > (BW)

21   A    (Yeah.) (Yeah.)   Because (she) found out (her big

22   sister) was going to do it, so (of course (she) wanted to,

23   you know. So this goes to Show You (AT FIRST) (I had NO INTEN OF Hiking (BW) AS AN ASSISTANT (BW) ASily W.

24   Q    (BW) (She) wanted to do everything (her) (older sister (A ▮

25   does?  NEXT Pg → (Right) (Pg 868 L-1) > Right me We

(FABRICATED) (Happen to them) And (PROVES) That (one) of (them) Had to tell (the other (one) (what to (Say) At their (INTERVIEW with (FA) to Get (ME) into (Big TROUBLE) So All of this (Plus) I Have more Should (DEFINITLY) (PROVE) to this (HONORABLE Court / Judges) that I Have BEEN (100%) (FRAMED) For this (100% (FaBRicated) (CRIME) And To submit AN = order (to (VACATE) their (Bogus) (Charges) or to (REVERSE) + (REMAND) for AN (NEW (HONEST) (TRIAL) that Well Also Help ME (Put Away) (the REAL Criminals) in this Case (only) (the (ONES) That (DEFINITLY) = Framed) (ME) And to Let (REAL (TRUE) Justice) (PREVAIL) For (the = only) (TRUE) (Victem) in this case (only) (ME) that Has Also caused (ME) to Be (A-Victem) 5 other (times) (BECAUSE of this) And if there is A such (A thang) As (TRUE) Justice (PLEASE) (PROVE) it) And (VACATE). BECAUSE if (You) Don't (You ARE (Condeming) a (100% (Innocent) (man) (Veteran) that Well (DIE) (Falsley) in (PRISON) For a (100% (Fabricated) (CRIME) And that (You) Well Also BE Letting (the Real (Criminals) that (Framed) ME (Get Away) with this (CRIME) & Because it is the Most (EASYEST) (CRIME) To (Framed (Someone) For) Because (you) (Don't (NEED (NO) (DNA) or (NO) (NO) Physical (Evidence) or (Medical) (Evidence) or (Foinsic) (Evidence) To Get Someone Like (ME) (Falsely) (Convicted) for the (CRIME) (All as (You) NEED is (A Good (Lying) (witness) Like (FA) + Being (Couch) (And (I am the Living (Proof) of this)

                    C E R T I F A C A T I O N   O F   S E R V I C E

I HERE By Certify; that A TRUE And Correct CoBy of the Foregoing WAS HANDED over to the PRISON Legal STAFF And Mailed to (the US. middle District Court) At = 300 (Seven) HoGAN Bd. (JACKSONVILLE, FL) And was Executed on this Day of 16 of Aug 2023

P.S. Again (PLEASE) (ForGIVE) (ME) oF my (Bad wRiting) I HAVE (NERVE) (Damage) in my (WRITTING (Hand) (Plus) Now REAlly (Bad (BURRY) (VISION) out oF my (LEFT (EyE) From (A Botch (OPeration) And Conc N't SEE Good out of my Right (EyE) only Also (PLEASE) (EXCUSE) Any Bad (SPElling) too (Thank you) For (EXCEPTing) these (EXTRA) Pages) (Exculpatory) (Evidence)

X (signature)
DANIEL F. SNODGRASS
DC: 134886 (DORM P1-114-L)
Columbia C.I ANNEX
216 S.E CORRECTION WAY
LAKE City, FL 32025
Pro-SE