UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL EVERETT SNODGRASS,

        Petitioner,

v.                                                 Case No. 3:23-cv-982-BJD-MCR

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

        Respondent.
_____

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

Petitioner, an inmate of the Florida penal system, initiated this case by filing a pro se Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Doc. 1). Petitioner challenges a 2012 state court (Putnam County) judgment of conviction for sexual battery for which he is currently incarcerated for a term of life.

Petitioner previously filed a federal habeas petition challenging this conviction. The Court dismissed the petition with prejudice. *See* Order (Doc. 31), No. 3:15-cv-754-TJC-PDB (M.D. Fla. Aug. 30, 2018). Thus, this Court has no authority to consider the claims raised by Petitioner without prior authorization from the Eleventh Circuit Court of Appeals. *See* 28 U.S.C. § 2244(b)(3)(A) ("Before a second or successive application permitted by this

section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."); *see also Insignares v. Sec'y, Fla. Dep't of Corr.*, 755 F.3d 1273, 1278 (11th Cir. 2014) (finding that "[s]ubject to [certain] exceptions[,] . . . a district judge lacks jurisdiction to decide a second or successive petition filed without [the Eleventh Circuit's] authorization"). The Eleventh Circuit has not authorized Petitioner to file a second or successive habeas petition. Therefore, this case will be dismissed without prejudice to Petitioner's right to file a new petition if he obtains the required authorization from the Eleventh Circuit.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the case.

3. The **Clerk** shall send Petitioner an Application for Leave to File a Second or Successive Habeas Corpus Petition. If he desires to file a second or

successive habeas petition in this Court, he may complete the application and file it in the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of August, 2023.

                                              BRIAN J. DAVIS
                                     United States District Judge

caw 7/31
c:
Daniel Everett Snodgrass, #134886
Counsel of Record